# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 3:20-cv-00865-AJB-MDD |
| TITLE: | South Bay United Pentecostal Church et al v. Newsom et al |
| E-FILED DATE: 5/8/2020 | DOCUMENT NO.: 3 |
| DOCUMENT TITLE: | Ex Parte Motion for Temporary Restraining Order |
| DOCUMENT FILED BY: | Bishop Arthur Hodges III, Rabbi Mendel Polichenco, South Bay United Pentecostal Church |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") Discrepancy

OTHER: Pursuant to chambers rules section III: "All ex parte motions will be accompanied by a declaration from counsel documenting : (1) efforts to contact opposing counsel; (2) counsel's meet and confer efforts; and (3) opposing counsel's position regarding the ex parte motion."

**IT IS HEREBY ORDERED:**

☐ The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record.

☒ The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties.

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Judge Battaglia

Chambers of the Honorable
Anthony J. Battaglia