Charles S. LiMandri, SBN 110841
Paul M. Jonna, SBN 265389
Jeffrey M. Trissell, SBN 292480
Milan L. Brandon, SBN 326953
LIMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938
cslimandri@limandri.com
pjonna@limandri.com
jtrissell@limandri.com

Harmeet K. Dhillon (SBN:207873)
Mark P. Meuser (SBN: 231335)
Gregory R. Michael (SBN: 306814)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593
harmeet@dhillonlaw.com
mmeuser@dhillonlaw.com
gmichael@dhillonlaw.com

Attorneys for Plaintiffs

Thomas Brejcha, *pro hac vice**
Peter Breen, *pro hac vice**
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Telephone: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org
*Application forthcoming

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY UNITED PENTECOSTAL CHURCH, a California non-profit corporation; and BISHOP ARTHUR HODGES III, an individual,<br><br>Plaintiffs,<br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br><br>Defendants. | Case No. 20-cv-865-BAS<br><br>**Declaration of Jeffrey M. Trissell, Esq. in Support of Plaintiffs'** *Ex Parte* **Application for an Order Granting Injunction Pending Appeal**<br><br>Judge: Cynthia Bashant<br>Courtroom: 4B |

JEFFREY TRISSELL, ESQ., DECL.

I, Jeffrey M. Trissell, Esq., declare and state as follows:

1. I am an attorney at law duly licensed to practice in the State of California and in the Southern District of California, and am counsel for Plaintiffs South Bay United Pentecostal Church and Bishop Arthur Hodges III. As such, I have personal knowledge of the matters set forth below and could and would testify thereto if called upon to do so.

2. On Monday, May 11, 2020, at 1:00 p.m., counsel for Plaintiffs held a meet and confer conference call with counsel for the County-affiliated Defendants (Timothy White) and counsel for the State-affiliated Defendants (Lisa Plank and Todd Grabarsky). On the call, defense counsel made clear that they were not in a position to stipulate to an injunction of the Executive Orders at issue in this case. The County Defendants stated that their Orders were predicated on the State Orders, which they could not violate. The State Defendants stated that they could not agree to the relief sought.

3. As shown in the attached email, prior to the filing of this *ex parte* application, opposing counsel were notified that it would be filed, in accordance with CivLR 83.3(g). This application will also be emailed to opposing counsel immediately after it is filed.

I declare until penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on May 15, 2020.

  
  
*[signature]*  
Jeffrey M. Trissell, Esq.

**ATTACHMENT**

| | |
|---|---|
| **From:** | Jeffrey Trissell |
| **To:** | "White, Timothy"; "Lisa Plank"; "Todd Grabarsky" |
| **Cc:** | "Gregory Michael (DhillonLaw)"; Paul Jonna; Charles Limandri; Kathy Denworth; "Mark Meuser (Dhillon Law)"; Milan Brandon; "Harmeet K. Dhillon (DhillonLaw)"; pbreen@thomasmoresociety.org; "Thomas Brejcha"; "Michael McHale" |
| **Subject:** | South Bay Pentecostal Church v. Newsom |
| **Date:** | Friday, May 15, 2020 5:09:19 PM |

Counsel,

Please be advised that later tonight Plaintiffs will be filing with Judge Bashant a short *ex parte* motion for an injunction pending appeal.

Sincerely,

Jeff

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Jeffrey M. Trissell** | Associate
**LIMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com




This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s).  If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law.  If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. See Evid. Code §§ 1221, 1222. Thank you.