| | |
|---|---|
| Charles S. LiMandri, SBN 110841 | Harmeet K. Dhillon (SBN: 207873) |
| Paul M. Jonna, SBN 265389 | Mark P. Meuser (SBN: 231335) |
| Jeffrey M. Trissell, SBN 292480 | Gregory R. Michael (SBN: 306814) |
| LIMANDRI & JONNA LLP | DHILLON LAW GROUP INC. |
| P.O. Box 9120 | 177 Post Street, Suite 700 |
| Rancho Santa Fe, CA 92067 | San Francisco, CA 94108 |
| Telephone: (858) 759-9930 | Telephone: (415) 433-1700 |
| Facsimile: (858) 759-9938 | Facsimile: (415) 520-6593 |
| cslimandri@limandri.com | harmeet@dhillonlaw.com |
| pjonna@limandri.com | mmeuser@dhillonlaw.com |
| jtrissell@limandri.com | gmichael@dhillonlaw.com |

Thomas Brejcha, *pro hac vice*\*
Peter Breen, *pro hac vice*\*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmorsociety.org
\*Application forthcoming

Attorneys for Plaintiffs

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY UNITED PENTECOSTAL CHURCH, a California nonprofit corporation, and BISHOP ARTHUR HODGES III, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br><br>Defendants. | Case No.: 20-cv-865-BAS<br><br>**Notice of Motion and Motion for an Indicative Ruling Pursuant to Fed. R. Civ. P. 62.1(a)(3)**<br><br>Judge:  Cynthia Bashant<br>Dept:   Courtroom: 4B<br>Date:   August 10, 2020<br>Time:   No Oral Argument Unless Requested by the Court<br><br>ORAL ARGUMENT REQUESTED |

Notice of Motion and Motion for an Indicative Ruling

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs South Bay United Pentecostal Church and Bishop Arthur Hodges III, by and through counsel, will and hereby do move for an indicative ruling that events occurring since its May 15, 2020 order on Plaintiffs' application for temporary restraining order, and order to show cause re: preliminary injunction, raise "substantial issues" which should be addressed by this Court in the first instance.

This motion is made on the grounds that good cause exists to grant the application because: (1) California's changes to its coronavirus regulatory scheme since May 15 constitute significant changes; (2) California's decision to not enforce that regulatory scheme against the "George Floyd" protestors constitutes a significant change; (2) the manner in which California's regulations burden Plaintiffs' religious rights has changed along with the regulations; and (4) subsequently published Supreme Court authority affects the analysis.

This motion is supported by the accompanying Memorandum of Points and Authorities, by the declaration of Charles S. LiMandri, Esq. and all exhibits attached thereto, by the supplemental declaration of Bishop Arthur Hodges III, by the briefing, original declarations, and requests for judicial notice submitted by Plaintiffs with their *ex parte* application for a temporary restraining order and order to show cause re: preliminary injunction, and by such further argument and evidence that may be adduced at any hearing on this matter.

LiMANDRI & JONNA LLP

Dated: July 10, 2020        By: /s/ Charles S. LiMandri
Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
Attorneys for Plaintiffs