1   Charles S. LiMandri, SBN 110841
2   Paul M. Jonna, SBN 265389
    Jeffrey M. Trissell, SBN 292480
3   LIMANDRI & JONNA LLP
    P.O. Box 9120
4   Rancho Santa Fe, CA 92067
5   Telephone: (858) 759-9930
    Facsimile: (858) 759-9938
6   cslimandri@limandri.com
7   pjonna@limandri.com
    jtrissell@limandri.com
8
9   Thomas Brejcha, *pro hac vice**
    Peter Breen, *pro hac vice**
10  THOMAS MORE SOCIETY
    309 W. Washington St., Ste. 1250
11  Chicago, IL 60606
12  Tel: (312) 782-1680
    tbrejcha@thomasmoresociety.org
13  pbreen@thomasmorsociety.org
14  *Application forthcoming
15  Attorneys for Plaintiffs

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
Gregory R. Michael (SBN: 306814)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
harmeet@dhillonlaw.com
mmeuser@dhillonlaw.com
gmichael@dhillonlaw.com

Attorneys for Plaintiffs

16

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY UNITED PENTECOSTAL CHURCH, a California nonprofit corporation, and BISHOP ARTHUR HODGES III, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br><br>Defendants. | Case No.: 3:20-cv-865-BAS<br><br>**Notice of Motion and Renewed Motion for a Temporary Restraining Order / Preliminary Injunction**<br><br>Judge:   Cynthia Bashant<br>Dept:   Courtroom: 4B<br>Date:   TBD<br>Time:   No Oral Argument Unless Requested by the Court<br><br>ORAL ARGUMENT REQUESTED |

**TO:  THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs South Bay United Pentecostal Church and Bishop Arthur Hodges III, by and through counsel, will and hereby do renew their motion for a temporary restraining order / preliminary injunction pursuant to Fed. R. Civ. P. 65(b), seeking an order enjoining Defendants Gavin Newsom, in his official capacity as the Governor of California; Xavier Becerra, in his official capacity as the Attorney General of California, Sonia Angell, in her official capacity as California Public Health Officer, Wilma J. Wooten, in her official capacity as Public Health Officer, County of San Diego, Helen Robbins-Meyer, in her official capacity as Director of Emergency Services, and William D. Gore, in his official capacity as Sheriff of the County of San Diego ("Defendants"), as follows:

Defendants, their agents, employees, and successors in office, are restrained and enjoined from enforcing, trying to enforce, threatening to enforce, or otherwise requiring compliance with:

1. any industry-specific standards for Places of Worship that do not apply to other industries;
2. any government order treating Places of Worship dissimilarly from shopping (whether deemed by California to be essential or non-essential shopping), restaurants, factories, and protests; and
3. any prohibition on indoor worship services, including singing or chanting during such worship services.

This Motion is made on the grounds that Plaintiffs are likely to succeed on the merits of this case, they will suffer irreparable harm without injunctive relief, the balance of equities tips sharply in their favor, and the relief sought is in the public interest.

Good cause exists to issue the requested Order to preserve Plaintiffs' rights under the Constitution of the United States and the Constitution of the State of

1

Notice of Motion and Renewed Motion. for TRO / Prelim. Inj.

California, and to avoid irreparable harm to those rights. This Motion is supported by the accompanying Memorandum of Points and Authorities; by the declarations of Plaintiff Bishop Arthur Hodges III, Attorney Jeffrey M. Trissell, Esq., and experts Dr. Charles Cicchetti, Dr. James Lyons-Weiler, Sean G. Kaufmann, Dr. George Delgado, and Dr. Jayanta Bhattacharya, and all exhibits attached thereto; by the Verified Second Amended Complaint (Dkt. 47); by the prior briefing (Dkt. 12, 29, 36, 45); by the prior declarations of Bishop Hodges (Dkt. 12-2, 45-2); by the prior declaration of Dr. Delgado (Dkt. 12-3); by the prior attorney declarations with exhibits (Dkt. 12-4, 45-3); by the prior requests for judicial notice (Dkt. 13, 21, 45-4); and by such further argument and evidence that may be adduced at any hearing on this matter or of which the Court may take judicial notice.

Plaintiffs request that the Court waive any bond requirement, because enjoining Defendants from unconstitutionally prohibiting religious practices will not financially affect Defendants.

LiMANDRI & JONNA LLP

Dated: August 10, 2020      By:   _____

Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
Attorneys for Plaintiffs

NOTICE OF MOTION AND RENEWED MOTION. FOR TRO / PRELIM. INJ.