Charles S. LiMandri (SBN: 110841)
Paul M. Jonna (SBN: 265389)
Jeffrey M. Trissell (SBN: 292480)
LIMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938
cslimandri@limandri.com
pjonna@limandri.com
jtrissell@limandri.com

Harmeet K. Dhillon (SBN:207873)
Mark P. Meuser (SBN: 231335)
Gregory R. Michael (SBN: 306814)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593
harmeet@dhillonlaw.com
mmeuser@dhillonlaw.com
gmichael@dhillonlaw.com

Thomas Brejcha, *pro hac vice\**
Peter Breen, *pro hac vice\**
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Telephone: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org
\*Application forthcoming

Attorneys for Plaintiffs

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY UNITED PENTECOSTAL CHURCH, a California non-profit corporation; and BISHOP ARTHUR HODGES III, an individual,<br><br>Plaintiffs,<br>v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-865-BAS<br><br>**Second Supplemental Declaration of Bishop Arthur Hodges III in Support of Plaintiffs' Renewed Motion for a Temporary Restraining Order / Preliminary Injunction**<br><br>Judge: Hon. Cynthia Bashant |

I, Bishop Arthur Hodges III, declare and state as follows:

1. I am a plaintiff in this action. I am a resident of San Diego County, California. I serve as Senior Pastor of South Bay United Pentecostal Church, also a plaintiff. I also serve as Superintendent for the SoCal District of the United Pentecostal Church International.

2. I submit this second supplemental declaration with respect to Plaintiffs' renewed motion for a temporary restraining order / preliminary injunction. This declaration is meant to supplement my prior declarations dated May 11 and July 9, 2020, and the Verified Second Amended Complaint. As a result, I largely do not repeat the matters discussed in those declarations. I have personal knowledge of the matters set forth below, and could and would testify competently to them if called upon to do so.

3. To ban singing in Pentecostal worship services has the effect of banning those worship services outright. Based on our reading of Sacred Scripture, singing is at the heart of our worship services, and comprises 25-50% of our typical Pentecostal worship gathering experience at Church.

4. The earliest reference to singing in the Bible is in Exodus, the second of the Bible's sixty-six books, as the children of Israel exuberantly praised God in song upon His delivering them miraculously from Pharaoh and Egypt's pursuing armies.

- Exodus 15:1: "Then sang Moses and the children of Israel this song unto the Lord, and spake, saying, I will sing unto the Lord, for he hath triumphed gloriously: the horse and his rider hath he thrown into the sea."
- Exodus 15:2: "The Lord is my strength and song, and he is become my salvation…"

///
///
///

5. Ever since, singing has become fairly synonymous with praising God, both in scripture and practice among the people of God.

- Psalms 104:33: "I will sing unto the Lord as long as I live: I will sing praise to my God while I have my being."
- Judges 5:3: "Hear, O ye kings; give ear, O ye princes; I, even I, will sing unto the Lord; I will sing praise to the Lord God of Israel."

6. Forty-four verses in the Bible link singing and praise to God, and we are told to sing praises to the Lord. For example: Psalms 47:6: "Sing praises to God, sing praises: sing praises unto our King, sing praises."

7. We are told by the Bible to sing praises to the Lord. Psalms 68:32: "Sing unto God, ye kingdoms of the earth; O sing praises unto the Lord; Selah."

8. Throughout scripture, and even into the last book of the Bible with a scene in Heaven, singing remains integral to praising God. Revelation 15:3 (a scene in Heaven): "And they sing the song of Moses the servant of God, and the song of the Lamb, saying, Great and marvellous are thy works, Lord God Almighty; just and true are thy ways, thou King of saints."

9. Singing is an integral component of praise to God because Sacred Scripture tells us that God dwells in the praises of His people. Psalms 22:3 "But thou art holy, O thou that inhabitest the praises of Israel."

10. In a Pentecostal Church worship service, everyone is instructed and expected to sing praise to God, just as everyone is instructed and expected to pray to God. In our worship services, praying, singing, and praising God is not for spectators, it is for participants. Our Music & Praise teams are instructed to lead the Congregation in Singing, Praise, Worship.

11. Singing praise together brings a disparate group of individuals together into "one mind and one accord" (Acts 2:1) as a cohesive unit called a congregation as opposed to just a crowd listening a concert.

///

12. Singing, in the various forms of the word, appears 232 times in the Bible. For example: Psalms 33:3: "Sing unto him a new song; play skilfully with a loud noise."

13. One entire book of the Bible is devoted to poetic songs: the book of Psalms, and there are 150 of them. The last chapter gives us instructions on what to do with the previous 149. Note that we are to praise God through song and instruments in the sanctuary. The last verse of Psalm 150, and / or the entire book of Psalms, reminds us that praising God with song is expected of everyone!

- Psalms 150:1–6: "Praise ye the Lord. Praise God in his sanctuary: praise him in the firmament of his power. Praise him for his mighty acts: praise him according to his excellent greatness. Praise him with the sound of the trumpet: praise him with the psaltery and harp. Praise him with the timbrel and dance: praise him with stringed instruments and organs. Praise him upon the loud cymbals: praise him upon the high sounding cymbals. Let every thing that hath breath praise the Lord. Praise ye the Lord."

14. The Apostle Paul affirms this imperative in the New Testament, that we are to sing praise to God together at Church: Hebrews 2:12 "Saying, I will declare thy name unto my brethren, in the midst of the church will I sing praise unto thee."

15. He further affirms that everyone is to participate: Ephesians 5:19: "Speaking to yourselves in psalms and hymns and spiritual songs, singing and making melody in your heart to the Lord."

16. And that songs are used to teach and reinforce Truth: Colossians 3:16: "Let the word of Christ dwell in you richly in all wisdom; teaching and admonishing one another in psalms and hymns and spiritual songs, singing with grace in your hearts to the Lord."

///
///

17. Even Jesus led His disciples in singing:
    - Matthew 26:30: "And when they had sung an hymn, they went out into the mount of Olives."
    - Luke 19:37-40: "And when he was come nigh, even now at the descent of the mount of Olives, the whole multitude of the disciples began to rejoice and praise God with a loud voice for all the mighty works that they had seen; Saying, Blessed be the King that cometh in the name of the Lord: peace in heaven, and glory in the highest. And some of the Pharisees from among the multitude said unto him, Master, rebuke thy disciples. And he answered and said unto them, I tell you that, if these should hold their peace, the stones would immediately cry out."

18. Other verses in the Bible make clear that praising the Lord is an imperative:
    - Ephesians 5:18-20: "And be not drunk with wine, wherein is excess; but be filled with the Spirit; Speaking to yourselves in psalms and hymns and spiritual songs, singing and making melody in your heart to the Lord; Giving thanks always for all things unto God and the Father in the name of our Lord Jesus Christ."
    - Psalms 40:3: To the chief Musician, A Psalm of David: "And he hath put a new song in my mouth, even praise unto our God: many shall see it, and fear, and shall trust in the Lord."
    - Psalms 96:1: "O sing unto the Lord a new song: sing unto the Lord, all the earth."
    - Psalms 144:9: "I will sing a new song unto thee, O God: upon a psaltery and an instrument of ten strings will I sing praises unto thee."
    - Psalms 149:1: "Praise ye the Lord. sing unto the Lord a new song, and his praise in the congregation of saints.

19. There is delivering power in praising God in song: Acts 16:25 (Paul and Silas are in bonds in prison): "And at midnight Paul and Silas prayed, and sang praises unto God: and the prisoners heard them. And suddenly there was a great earthquake, so that the foundations of the prison were shaken: and immediately all the doors were opened, and everyone's bands were loosed."

20. Even in Heaven, there is singing in praise to God: Revelation 5:9: "And they sung a new song, saying, Thou art worthy to take the book, and to open the seals thereof: for thou wast slain, and hast redeemed us to God by thy blood out of every kindred, and tongue, and people, and nation"

21. Singing transcends language. I have been to numerous continents and countries of the world, only to discover believers singing some of the same songs, but in their own languages. I ministered in Turkey on Saturday, August 8 (via Zoom) in two different services to two different language groups, Turkish and Farsi. They both sang songs in their own language that I could sing along with in English because it was the same song. The same happens in my own multi-national congregation, with African immigrants and others.

- Revelation 14:3: "And they sung as it were a new song before the throne, and before the four beasts, and the elders: and no man could learn that song but the hundred and forty and four thousand, which were redeemed from the earth."

22. Our primary Pentecostal Hymnal, "Sing Unto The Lord," published in 1978, is one of many song books. It contains 401 songs, hymns, and spiritual songs. On the cover page it has this inscription, which is repeated on the last page of this important song book: Psalms 30:4: "Sing unto the LORD, O ye saints of his, and give thanks at the remembrance of his holiness."

///
///
///

23. And it says, "We give thanks to the Lord Jesus Christ and do gratefully dedicate these messages in song to His Glory." This is an acknowledgment of the importance and necessity to praising our Lord and Saviour in song.

I declare until penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August 10, 2020.

_____
Bishop Arthur Hodges III