Charles S. LiMandri (SBN: 110841)
Paul M. Jonna (SBN: 265389)
Jeffrey M. Trissell (SBN: 292480)
LIMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938
cslimandri@limandri.com
pjonna@limandri.com
jtrissell@limandri.com

Thomas Brejcha, *pro hac vice*\*
Peter Breen, *pro hac vice*\*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Telephone: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org
\*Application forthcoming

Attorneys for Plaintiffs

Harmeet K. Dhillon (SBN:207873)
Mark P. Meuser (SBN: 231335)
Gregory R. Michael (SBN: 306814)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593
harmeet@dhillonlaw.com
mmeuser@dhillonlaw.com
gmichael@dhillonlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY UNITED PENTECOSTAL CHURCH, a California non-profit corporation; and BISHOP ARTHUR HODGES III, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-865-BAS <br><br> **Declaration of Charles Cicchetti in Support of Plaintiffs' Renewed Motion for a Temporary Restraining Order / Preliminary Injunction** <br><br> Judge: Hon. Cynthia Bashant |

I, Charles J. Cicchetti, declare and state as follows:

1.    I am a resident of the State of California. I am a Managing Director at Berkeley Research Group, Inc. The views are my own and do not reflect the views of any entities with which I am affiliated. I submit this declaration in support of Plaintiffs' Renewed Motion for a Temporary Restraining Order / Preliminary Injunction. I have personal knowledge of the matters set forth below, and could and would testify competently to them if called upon to do so.

2.    I am an economist with a BA from Colorado College (1965) and a Ph.D. from Rutgers University (1969), and three years of Post Graduate Research at Resources for the Future (RFF). I was formally trained in statistics and econometrics and accepted as an expert witness in statistics and econometrics in federal court.[1] In the course of my work I regularly use epidemiology models and advanced statistical techniques. I have written expert reports analyzing toxic chemical and health effects, including three reports used in settlements related to the health and cancer risks related to TCP in drinking water. I have written three monographs in support of litigation related to federal regulations based on morbidity and mortality risks from air pollution: *Why EPA's Mercury and Air Toxics Rule is Good for the Economy and America's Workforce*, July 2011; *Expensive Neighbors: The Hidden Cost of Harmful Pollution to Downwind Employers and Businesses*, January 2011; *The True Cost of Harmful Pollution to Downwind Families and Business*, November 2010.[2] In much of my work I design surveys, draw random samples and test the data for statistically

---

[1] For example, I analyzed the American Cancer Society's million-person health data and a Meta study of the combined health risks of smoking and asbestos exposure for a deposition in California Court in *Raybestos-Manhattan of Whiteley v. Raybestos-Manhattan*, Case No. 303184, November 30, 1999. More recently, I provided an expert report in *San Diego Unified Port District v. Monsanto*, No. 3:15-CV-0578 (S.D. Cal. Apr. 5, 2019).

[2] The last two monographs were prepared for Exelon in response to EPA's proposed Transport Rule under the Clean Air Act.

significant differences. I also have been asked to evaluate the work of other experts and to opine on the data used to draw conclusions and the significance of omitted variables and ignored facts.

3.      I testified as an expert hundreds of times since my first testimony in 1967 before regulators, arbitration panels, state and federal courts in Canada and the United States. Much of my work involves data analysis and interpretation, sampling and survey design.

4.      I commenced my professional career after completing my academic and post-doctoral studies and eventually became a tenured Professor of Economics and Environmental Studies at the University of Wisconsin from 1972 to 1985. For the first three years I also served as the first economist for the Environmental Defense Fund (EDF). From 1975 through 1976, I served as the Director of the Wisconsin Energy Office and as Special Energy Counselor for the Governor. In 1977, I was appointed by the Governor as Chair of the Public Service Commission of Wisconsin ("PSCW") and held that position until 1979 and served as a Commissioner until 1980.

5.      I am a consultant and expert witness. During much of my career I taught economics and public policy. From 1987 until 1990, I served as Deputy Director of the Energy and Environmental Policy Center at the John F. Kennedy School of Government at Harvard University. After teaching part time, in 1998, I accepted the Jeffrey J. Miller Chair in Government, Business and the Economy at the University of Southern California, which I held until 2006. I returned to a part time role at USC, where I currently meet with students who study lectures that I pre-recorded. I served on the California Governor's Market Advisory Group responding to the California Energy Crisis in 2000. I joined Berkeley Research Group as Managing Director in 2016. A true and correct copy of my *c.v.* is attached as Exhibit 1.

6.      The purpose of my Declaration is to explain California's regulations that place certain counties on a "monitoring list," and if so placed, require restrictions on

how houses of worship may operate. I show that California's exclusive reliance on the number of COVID-19 "cases" to quantify health risks is too narrow a focus. Very importantly the number of cases tracks the level of testing, which has been ramped-up. This quantum omits other measures of morbidity and mortality that are better indicators of health risks and provide much more accurate measures of changes in health risks over time.

7.    California's recent actions seem predicated partially on a belief that California is experiencing a worsening in COVID-19 related health conditions. The primary data used to support the conclusion that things are worse in California is the dramatic rise in positive cases reported daily. More recently, even this data is trending down in California. No death or serious illness should be ignored. California has its share of both. That said, trade-offs are mostly necessary to achieve the Public Interest reflecting a sober balance of benefits and costs. Very importantly, other data related to testing and health must be considered. I teach my students and testify routinely explaining that "omitting variables" biases conclusions. Facts ignored result in flawed public policy.

8.    In practical terms, concentrating on a single measure of health risk to determine the best response omits a great deal, which leads to biased conclusions and can result in faulty policy choices. California relies heavily, if not exclusively on COVID-19 case counts (cases), to determine the stage or phase of recovery, if various counties should slow down, accelerate or reverse opening businesses, gathering places and more. More specifically, the California Department of Public Health (CDPH) issued "Guidance on Closure of Sectors in Response to COVID-19" on July 1, 2020. The state monitors counties to determine what can open, remain shuttered, and closed after reopening.

9.    The current Guidance continues the May 7, 2020 Order of the State Public Health Officer that relies on confirmed cases requiring "stable rates of infections", based on new infections, hospitalizations, surge capacity, improved

1    ability to test, contract trace, isolate and provide support to individuals exposed. Two

2    refer to medical matters directly. "Cases" mean people who test positive for a

3    COVID-19 infection. "Hospitalizations" refers to available capacity including

4    standard non-Covid-19 patients, current Covid-19 patients in hospital care and

5    potential surges in patients needing hospital care. The description of hospitalizations

6    anticipates that some treatments and surgeries can be postponed. This makes the

7    potential supply of beds, ICU and ventilator resources somewhat elastic because it is

8    reasonable to free-up resources if an "acute care surge" in COVID-19 patients were

9    to hit California's hospitals. (I explain below that California counties mostly satisfy

10   the standards based on maintaining hospital capacity.)

11       10.    The CDPH formulates its "opening" or the more pessimistic

12   "shuttering" criteria for counties and sub-political units with a variance form,

13   "Covid-19 County Variance Attestation Form". This provides a roadmap that allows

14   political sub-divisions to seek to alter the state's rules on what can open in either

15   direction.

16       11.    The CDPH publishes its data that monitors its "opening" criteria daily.

17   As of July 23, 2020. Only 6 of 58 counties exceeded the 3-day criteria for increased

18   hospitalizations for COVID-19 and other patients by more than 10%. Two of the six

19   were 10.5% or less. None of the counties had less than the 25% of stand-by ventilator

20   capacity criteria. Only 12 of the 58 counties missed the stand-by ICU bed availability

21   criteria of 20%. Based on hospital resource availability criteria, virtually all counties in

22   California could re-open.

23       12.    The number of new cases being reported is the criteria that drives

24   county closures in California. Most counties are performing the required number of

25   tests. Four counties had fewer than the CDPH criteria of 150 tests performed per

26

27

28

1    100,000 people based on a 7-day average with a 7-day lag. Nevertheless, three[3]

2    passed at least one of the "Case Rate" criteria based on less than 100 per 100,000

3    over 14 days, or less than a 25 case rate and positivity less than 8%. The other 54

4    counties exceeded the number of tests per day criteria, but could not satisfy the case

5    level criteria for re-opening. There were 23 counties with case rates that exceeded

6    both the CDPH threshold elevated case rate criteria. There were another 14 counties

7    that did not CDPH's case rate per 100,000 (14 day) criteria. These 37 counties could

8    not seek a variance. Others would need to file a variance to re-open.

9        13.    It is logical to expect that the number of tests performed and cases

10   reported would be highly correlated. Put simply more testing will yield more positive

11   cases being reported. The only exceptions would reflect differences in demographic

12   and medical conditions in the additional people being tested. In the early days of

13   covid-19 most testing was done at hospitals where people who were very sick were

14   omitted and for first responders and medical-care providers. The former were almost

15   certainly infected. The first responders were often healthy and relatively younger

16   than the senior citizens who were very prone to being infected and becoming sick.

17       14.    By mid-April testing was ramping up. Prior testing samples were not

18   random. The initial expanded testing involved self-selecting and this skewed early

19   results, but the initial bias was reduced. By mid-May there were 10 million tests

20   performed and a month later in mid-June the total number of tests doubled. In July

21   total testing nationwide approaches 50 million. Testing remains mostly self-selection.

22   Nevertheless, with the number of tests approximating 15% of the population the "law

23   of large numbers" results in the sample mean moving closer to the average of the

24   whole population. For this reason, with more testing the underlying statistics related

25   to infection rates and deaths become more stable. Nationally, the 7-day average

26   _____

27   [3] Glenn county with a population of about 28,000 did not satisfy the state's number
     of testing and case level criteria.

28

infection rate per test using the Johns Hopkins University (JHU) data is 8.5%. The current national death rate across all demographic groups is about 43 people per 100,000. The deaths per infected case nationwide average 3.7%.

15.     California is a state with about 40 million people. The number tested is about 6.7 million, or nearly 17%. California has a lower corresponding infection rate of about 7.6% than the national average. Current deaths for all demographic groups are 19.9 people per 100,000 or less than half the national rate. In California the deaths per infected case averages less than 2.0%.

16.     The JHU and CDC data show that between mid-May through late July that as testing was ramped up cases reported and thus infections 100,000 increased proportionally. The CDPH criteria for seeking a variance to open businesses and houses of worship is based on the cases reported at a county level. With high and growing levels of testing this effectively means shuttering businesses and houses of worship.

17.     Other states have not implemented what is in effect a statewide ban on religious worship. This is despite the fact that California has not suffered as much as the rest of the nation and other large states. See the following table[4]. Further, since early July confirmed new cases and deaths have stabilized in California based on moving average data.

**Politico Summary top five states (July 22, 2020)**

|          | Deaths | Pos Cases | Tests     | Population |
|----------|--------|-----------|-----------|-----------|
| NY (all) | 25,506 | 407,326   | 5,164,812 | 19 million |
| CA       | 7,694  | 391,538   | 6,414,321 | 40 million |
| FL       | 5,183  | 360,394   | 3,052,106 | 21 million |
| TX       | 4,020  | 332,434   | 2,984,554 | 29 million |
| NJ       | 15,715 | 176,963   | 1,802,874 | 8.9 million |

---

[4] Politico data is used because CDC data separate New York and New York City.

18.     At the end of July, California had less mortality and morbidity relative to its population size compared to national data and the other large states shown except for Texas with respect to deaths relative to population. California's infection rate of positive cases divided by the number of tests using the Politico data is 6.1%. Nationwide there are about 4.17 million positive cases with about 4.86 million cases for an infection rate nationally of 8.6%. California has less than half the national mortality rate and lower infection rates.

19.     Things are improving in California. On August 9, 2020 the tracking data published in the New York Times shows a 33% drop in cases for the past week compared to the average reported two earlier weeks despite more testing. CDPH data show declining positivity or infection rates, as well as a downward trend in reported deaths.

20.     While health statistics are improving across the reported metrics, there is no scientific evidence that supports California continuing to restrict religious worship. At the very least, California should begin to ease the ban on the 25% of space occupancy and 100 persons attending religious gatherings. Regardless, easing restrictions is simply a cautious step. In reality, there is insufficient evidence or facts to justify the exceptional decision to continue to shutter houses of worship unless they can take their services outdoors. The use of the number of cases to drive this policy obfuscates matters and yields a flawed statistic and a costly policy choice all things considered.

21.     California effectively bans houses of worship from reopening because it adopted a nearly impossible to achieve "variance" application process. Virtually every county could pass the hospitalization and critical medical resource availability criteria the CDPH adopted for reopening. However, a relatively constant and now improving infection rate, regardless of having lower infection rates than other states, means that maintaining daily testing levels will yield more cases. Expanding testing as planned in some counties will actually further increase the number of reported cases.

Headlines will proclaim a growing health threat and mostly ignore the stubborn fact that the more people tested the more cases will be detected. Worse, the CDPH criteria will make it impossible with expanded testing for variances to be granted. Just as important testing that reveals cases without symptoms is a form of natural vaccination. Yet, the media and public officials do not report this information, despite the fact that hospitals are not being over-run while cases increase. Now, we also find the new cases are declining sharply, which suggests less risk of hospitals, ICUs and resources being over-run.

22. Medical treatments are reportedly showing improvements in recovery and reducing the time COVID-19 patients need to be hospitalized and given extensive treatment. This is good news and deaths in California are also stabilizing since early July. Such successes are mostly good news. Nevertheless, they mask some important data that should affect the reasonableness of shuttering houses of worship.

I declare until penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on August 10, 2020.

*Charles Cicchetti*

_____

Charles Cicchetti

**EXHIBIT 1**

**Curriculum Vitae**



**Charles J. Cicchetti**

BERKELEY RESEARCH GROUP, LLC

Emeryville | California | 94608

Direct: 626.577.9551

ccicchetti@thinkbrg.com

ccicchetti@mac.com

## SUMMARY

Charles J. Cicchetti, Ph.D. is a Managing Director at Berkeley Research Group. Dr. Cicchetti is an economist and former Chair of the Wisconsin Public Service Commission (PSCW). He was a tenured Full Professor of Economics and Environmental Studies at the University of Wisconsin, Madison, Deputy Director of the Energy and Environmental Policy Center at the John F. Kennedy School at Harvard University, and The Miller Chair of Government, Business and the Economy at The University of Southern California (USC). He currently lectures graduate students in the Electricity Engineering Department at the University of Southern California.

He testified extensively and written a number of books and articles on electricity economics. He co-authored *Perspective on Power* and the *Marginal Cost and Pricing of Electricity,* which is widely referenced worldwide. He also authored *Restructuring Electricity Markets,* discusses market economic principles developed for the World Bank, and *The California Electricity Crisis,* that expanded his discussion of electricity market liberalization and things to avoid. His most recent books are *Going Green and Getting Regulation Right* (2009), and *Climate Change and Regulation* (2019).

Dr. Cicchetti has served as an expert advisor in complex litigation and arbitration related to wholesale markets in Canada and the United States. He was the sole author of an *Amicus Curiae Brief for the US Supreme Court* on expanding wholesale markets to include demand-side management. Much of his work throughout his career includes valuing benefits and costs and estimating damages related to environmental preservation and injury and preservation.

## EDUCATION

| | | |
|---|---|---|
| Ph.D., Economics | Rutgers University, 1969 | |
| B.A. | Colorado College, 1965 | |
| | US Air Force Academy, 1961 to 1964 | |

## PRESENT EMPLOYMENT

Managing Director and Member, Berkeley Research Group (BRG) 2017

Adjunct Instructor, Department of Electrical Engineering, USC Viterbi School of Engineering 2016 to present



## PREVIOUS ACADEMIC POSITIONS

| | |
|---|---|
| 2009- Present | Instructor in Electric Engineering, University of Southern California |
| 1991-2008 | Adjunct Professor, University of Southern California |
| 1998-2006 | Jeffrey J. Miller Professor in Government, Business, and the Economy, University of Southern California |
| 1987-1990 | Deputy Director, Energy and Environmental Policy Center, John F. Kennedy School of Government, Harvard University |
| 1979-1986 | Tenured Professor of Economics and Environmental Studies, University of Wisconsin-Madison |
| 1974-1979 | Associate Professor, Economics and Environmental Studies, University of Wisconsin-Madison |
| 1972-1974 | Visiting Associate Professor, Economics and Environmental Studies, University of Wisconsin-Madison |
| 1972 | Associate Lecturer, School of Natural Resources of the University of Michigan |
| 1969-1972 | Post-Doctoral Research Resources for the Future, Washington, D.C. |
| 1968-1969 | Instructor, Rutgers University |

## PROFESSIONAL AWARDS, RECOGNITION, AND PRIZES

1965 Leo Mohl Award for Best Senior Thesis in Economics, Colorado College
1965 Kaye Prize for Outstanding Student in Economics, Colorado College

## EXTERNAL GRANTS

1966 to 1969 US Department of the Interior (DOI), Bureau of Outdoor Recreation, financed PhD Thesis.
1972 to 1975 Environmental Defense Fund (EDF)
1972 to 1975 National Science Foundation and Upper Great Lakes Regional Commission
1973 to 1974 Ford Foundation Energy Policy Project and Public Interest Economic Foundation
1975 to 1977 National Science Foundation and Planning and Conservation Foundation

## PROFESSIONAL AFFILIATIONS

### PRIOR EDITORIAL BOARDS



*Journal of Environmental Economics and Management*, Former Member;

*Energy Systems and Policy*, Former Member

*Land Economics*, Former Editor


## BUSINESS AND NOT-FOR-PROFIT AFFILIATIONS

| | |
|---|---|
| 2013-Present | Co-Founder and Board Member, Sally's Rescue Inc., dog rescue 501 3(c) Foundation |
| 1996-2016 | Co-Founder, Pacific Economics Group, a California LLC |
| 2008-2016 | Senior Advisor to Navigant Consulting, Inc. |
| 1992-1996 | Managing Director, Arthur Andersen Economic Consulting |
| 1991-1992 | Co-Chairman, Putnam, Hayes & Bartlett, Inc. |
| 1988-1991 | Managing Director, Putnam, Hayes & Bartlett, Inc. |
| 1984-1987 | Senior Vice President, National Economic Research Associates |
| 1980-1984 | Co-Founder and Partner, Madison Consulting Group |
| 1977-1979 | Chairman, Public Service Commission of Wisconsin, Appointed by Governor Patrick J. Lucey (member until 1980) |
| 1975-1976 | Director, Wisconsin Energy Office and Special Energy Counselor for Governor Patrick J. Lucey, State of Wisconsin |


## *PUBLICATIONS*

## BOOKS AND MONOGRAPHS


*Climate Change and Regulation: Going Green II.* Vienna, Virginia: Public Utilities Report, Inc. 2019.

*Amicus Curiae* Brief of Charles J. Cicchetti (sole author) before the Supreme Court of the United States related to including Demand Side Bidding in wholesale electricity markets on behalf of Petitioners in *Federal Energy Regulatory Commission v. Elec. Power Supply Association*, 135 S. Ct. 2049 (2015).

*Why EPA's Mercury and Air Toxics Rule is Good for the Economy and America's Workforce*, July 2011.

*The Results in Context: A Peer Review of EEI's "Potential Impacts of Environmental Regulation in the U.S. Generation Fleet,"* with Susan Tierney, PhD, May 11, 2011.

*Expensive Neighbors: The Hidden Cost of Harmful Pollution to Downwind Employers and Businesses*, prepared for Exelon in response to EPA's proposed Transport Rule under the Clean Air Act, January 2011.

*The True Cost of Harmful Pollution to Downwind Families and Business*, prepared for Exelon in response to EPA's proposed Transport Rule under the Clean Air Act, November 2010.



*Economic Regulation and the Development of Integrated Energy Systems*, with Mike Cleland & Sean Conway, *ICES Literary Series*, Vol. 1, September 2012.

*Going Green and Getting Regulation Right: A Primer for Energy Efficiency.*  Vienna, Virginia: Public Utilities Report, Inc. 2009.

*Natural Gas: The Other California Energy Crisis*, Pacific Economics Group Working Paper, with Colin M. Long, February 2007.

*The California Electricity Crisis: What, Why, and What's Next*, with Jeffrey A. Dubin & Colin M. Long, 2004.

*A Tarnished Golden State: Why California Needs a Public/Private Partnership for its Electric Supply System*, with Colin M. Long, August 2003.

*Restructuring Electricity Markets: A World Perspective Post-California and Enron*, with Colin M. Long & Kristina M. Sepetys, 2003.

*Energy Deregulation: The Benefits of Competition Were Undermined by Structural Flaws in the Market, Unsuccessful Oversight, and Uncontrollable Competitive Forces*, 2001.

*Restructuring Electricity Markets: A World Perspective*, with Kristina M. Sepetys, 1996.

*The Economic Consequence of Independent Film Making*, with W.B. Peale, Stefan Boedeker, Jeffrey Dubin & Jeff Truitt, 1995.

*The Application of U.S. Regulatory Techniques to Spain's Electric Power Industry, Energy and Environmental Policy Center, Harvard University*, with Irwin M. Stelzer, March 1988.

*The Economic Theory of Enhanced Natural Gas Service to the Industrial Sector: An Applied Approach*, Vol. II, with L.D. Kirsch, 1982 (prepared for the Gas Research Institute, Contract No. 5080-380-0349)

*The Economic Theory of Enhanced Natural Gas Service to the Industrial Sector: An Applied Approach*, Vol. I, with L.D. Kirsch, 1981 (prepared for the Gas Research Institute, Contract No. 5080-380-0349).

*The Economic Effects of Deregulating Natural Gas*, with R.H. Haveman, M. Lowry, M. Post & R. Schmidt, for the Northeast Coalition for Energy Equity, 1981.

*The Marginal Cost and Pricing of Electricity:  An Applied Approach*, with W. Gillen & P. Smolensky, Cambridge: Ballinger Publishing Company, 1977.

*The Costs of Congestion:  An Econometric Analysis of Wilderness Recreation*, with V.K. Smith, Cambridge: Ballinger Publishing Company, 1976.

*Energy System Forecasting, Planning and Pricing*, ed. with W. Foell for the National Science Foundation, Madison: University of Wisconsin Monograph, 1975.

*Studies in Electric Utility Regulation*, ed. with J. Jurewitz for the Ford Foundation Energy Policy Project, Cambridge: Ballinger Publishing Company, 1975.

*Perspective on Power: A Study of the Regulation and Pricing of Electric Power*, with E. Berlin & W. Gillen for the Ford Foundation Energy Policy Project, Cambridge: Ballinger Publishing Company, 1974.



*A Primer for Environmental Preservation: The Economics of Wild Rivers and Other Natural Wonders*, New York: MSS Modular Publication, 1973.

*Forecasting Recreation in the United States: An Economic Review of Methods and Applications to Plan for the Required Environmental Resources*, Lexington: Lexington Books, June 1973.

*Alaskan Oil: Alternative Routes and Markets*, for Resources for the Future, Baltimore: Johns Hopkins University Press, December 1972.

*The Demand and Supply of Outdoor Recreation: An Econometric Analysis*, Ph.D. Thesis: Rutgers University, 1969. Also, with J.J. Seneca & P. Davidson, Washington, D.C.: U.S. Department of Interior, Bureau of Outdoor Recreation, Contract No. 7-14-07-4, 1969.

*The Impact of Mine Drainage on Recreation* (Appendix E, Appalachian Regional Commission, 1969). Consultant to Robert R. Nathan Associates, State of New York: an analysis recreation participation to develop the recreational attributes of Finger Lakes (1969). (Assisted John Carson of RRNA.)

*Visitor Industry and Hawaii's Economy: A Benefit Cost Analysis*, MATHEMATICA, Inc., Princeton, NJ 1969.  Consultant to Mathematica Inc. (Princeton, NJ) assisted William Baumol to estimate an econometric model for the visitor industry in Hawaii to design state tax and tourist policy.

*The Demand for Water Oriented Recreation*, assisted Paul Davidson and Joseph Seneca of the Wharton School of Finance, RFF Mimeo, 1967.

*A Neo Keynesian Equilibrium Analysis For an Open Economy*, A.B. Thesis, Colorado College, Colorado, Springs, Colorado, May 1965.


## ARTICLES

"Why Regulators Should Replace Electric Utility Rate Base: Challenging Choices," *Public Utilities Fortnightly,* May 2018.

"Why Are We Still Arguing About NEM: Competitive Markets Will Take Care of Next Burning Issue," *Public Utilities Fortnightly,* March 2017.

"Residential Demand Charges: A Bad Choice," *Public Utilities Fortnightly*, December 2016.

"Response to Brown Re: Net Metering," *Public Utilities Fortnightly*, April 2016.

"Order 745: Challenges Plain Old Electricity Markets," *Public Utilities Fortnightly*, April 2016.

"The Policy Aspects of Benefit-Cost Analyses for Distributed Solar Generation and Net Metering*," Electricity Policy, Electricity Daily*, January 2016.

5



"Solar Battle Lines," with Jon B. Wellinghof, *Public Utilities Fortnightly*, December 2015.

"Inflated Numbers; Erroneous Conclusions: The Navigant Wind Jobs Report," American Energy Alliance, The National Center for Public Policy Research, March 2013.

"Technology for the Masses: The Consumer-Centric Smart Grid and Its Challenge for Regulators," with Philip Mause, *Public Utilities Fortnightly*, October 2011.

"Duke's Fifth Fuel," *Public Utilities Fortnightly*, January 2008.

"Public Service Commission of Wisconsin, 1977-1980," *The NRRI Journal of Applied Regulation*, Vol. 4, December 2006.

"A Brief History of Rate Base: Necessary Foundation of Regulatory Misfit," with Colin M. Long, *Public Utilities Fortnightly*, July 2006.

"ISOs and Transcos: What's at Stake?" with Gary D. Bachman & Colin M. Long, *The Electricity Journal*, December 2000.

"Politics as Usual: A Roadmap to Backlash, Backtracking and Re-regulation," with Colin M. Long, *Public Utilities Fortnightly*, October 2000.

"Transmission Products and Pricing: Hidden Agendas in the ISO/Transco Debate," with Colin M. Long, *Public Utilities Fortnightly*, June 1999.

"Mergers and the Convergence of the Electric and Natural Gas Industries," *Natural Gas*, March 1997.

"Been There, Done That: Sunk Costs, Access Charges and the Transmission Pricing Debate," *Energy*, Vol. XXI, No. 4, September 1996.

"Regulating Competition: Transition or Travesty?" with Kristina M. Sepetys, *The Electricity Journal*, May 1996.

"California Model Sets the Standard for Other States," with Kristina M. Sepetys, *World Power Yearbook*, 1996.

"Measuring the Effects of Natural Resource Damage and Environmental Stigma on Property Value," *Environmental Law*, September/October 1995.

"The Route Not Taken: The Decision to Build the Trans-Alaska Pipeline and the Aftermath," *The American Enterprise*, Vol. 4, No. 5, September/October 1993.

"A Micro-Econometric Analysis of Risk-Aversion and the Decision to Self-Insure," with Jeffrey Dubin, *Journal of Political Economy*, Revised, July 1993. (Vol. 102, No. 1, February 1994.)

"Energy Utilities, Conservation, Efficiency," with Vinayak Bhattacharjee & William Rankin, *Contemporary Policy Issues*, Vol. XI, No. 1, January 1993.

"Uniqueness, Irreversibility, and the Theory of Nonuse Values," with Louis L. Wilde, *American Agricultural Economics Association*, December 1992.



"Utility Energy Services," with Ellen K. Moran, *Regulatory Incentives for Demand-Side Management*, Ch. 9, American Council for an Energy-Efficient Economy, December 1992.

"A Micro-Econometric Analysis of Risk Aversion and the Decision to Self-Insure," with Jeffrey A. Dubin, *California Institute of Technology*, January 1992.

"The Use and Misuse of Surveys in Economic Analysis: Natural Resource Damage Assessment Under CERCLA," with Jeffrey Dubin & Louis Wilde, *California Institute of Technology*, July 1991.

"The Federal Energy Regulatory Commission's Proposed Policy Statement on Gas Inventory Charges (PL-89-1-1000)," *Energy and Environmental Policy Center*, Harvard University, Discussion Paper E-89-11, July 1989.

"Incentive Regulation: Some Conceptual and Policy Thoughts," *Energy and Environmental Policy Center*, Harvard University, Discussion Paper E-89-09, June 1989.

"Including Unbundled Demand-Side Options in Electricity Utility Bidding Programs," with William Hogan, *Public Utilities Fortnightly*, June 1989. (Also a Discussion Paper E-88-07).

"Assessing Natural Resource Damages Under Superfund: The Case Against the Use of Contingent Value Survey Methods," with Neil Peck, *Natural Resources & Environment*, Vol. 4, No. 1, Spring 1989.

"Pareto Optimality Through Non-Collusive Bilateral Monopoly with Cost-of-Service Regulation (or: Economic Efficiency in Strange Places)," with Jeff D. Makholm, *Energy and Environmental Policy Center*, Harvard University, Working Paper, 1988.

"The FERC's Discounted Cash Flow: A Compromise in the Wrong Direction," with Jeff Makholm, *Public Utilities Fortnightly*, July 9, 1987.

"Conservation Subsidies: The Economist's Perspective," with Suellen Curkendall, *Electric Potential*, Vol. 2, No. 3, May/June 1986.

"Our Nation's Gas and Electric Utilities: Time to Decide," with R. Shaughnessy, *Public Utilities Fortnightly*, December 3, 1981.

"Is There a Free Lunch in the Northwest? (Utility-Sponsored Energy Conservation Programs)," with R. Shaughnessy, *Public Utilities Fortnightly*, December 1980.

"Opportunities for Canadian Energy Policy," with M. Reinbergs, *Journal of Business Administration*, Vol. 10, Fall 1978/Spring 1979.

"Energy Regulation: When Federal and State Regulatory Commissions Meet," with J. Williams, *American University Law Review*, 1978.

"The End-User Pricing of Natural Gas," with Don Wiener, *Public Utilities Fortnightly*, March 1978.

"An Econometric Evaluation of a Generalized Consumer Surplus Measure: The Mineral King Controversy," with V.K. Smith & A.C. Fisher, *Econometrica*, Vol. 44, No. 6, 1976.



"Alternative Price Measures and the Residential Demand for Electricity: A Specification Analysis," with V.K. Smith, *Regional Science and Urban Economics*, 1975.

"An Economic Analysis of Water Resource Investments and Regional Economic Growth," with V.K. Smith & J. Carston, *Water Resources Research*, Vol. 12, No. 1, 1975.

"A Note on Fitting Log Linear Regressions with Some Zero Observations for the Regressand," with V.K. Smith, *Metroeconomica*, Vol. 26, 1975.

"The Design of Electricity Tariffs," *Public Utilities Fortnightly*, August 28, 1975.

"The Economics of Environmental Preservations: Further Discussion," with A.C. Fisher & J.V. Krutilla, *American Economic Review*, Vol. 64, No. 6, December 1974.

"Electricity Price Regulation: Critical Crossroads or New Group Participation Sport," *Public Utilities Fortnightly*, August 29, 1974.

"Interdependent Consumer Decisions: A Production Function Approach," with V.K. Smith, *Australian Economic Papers*, December 1973.

"Economic Models and Planning Outdoor Recreation," with A.C. Fisher & V.K. Smith, *Operations Research*, Vol. 21, No. 5, September/October 1973.

"Evaluating Federal Water Projects: A Critique of Proposed Standards," with R.K. Davis, S.H. Hanke, & R.H. Haveman, *Science*, Vol. 181, August 1973.

"The Mandatory Oil Import Quota Program: A Consideration of Economic Efficiency and Equity," with W. Gillen, *Natural Resources Journal*, Vol. 13, No. 3, July 1973.

"Congestion, Quality Deterioration and Optimal Use: Wilderness Recreation in the Spanish Peaks Primitive Area," with V.K. Smith, *Social Sciences Research*, Vol. 2, March 1973 (reprinted July 1973).

"The Economics of Environmental Preservation: A Theoretical and Empirical Analysis," with A.C. Fisher & J.V. Krutilla, *American Economic Review*, Vol. 62, No. 4, September 1972.

"Recreation Benefit Estimation and Forecasting: Implications of the Identification Problem," with V.K. Smith, J.L. Knetsch, & R. Patton, *Water Resources Research*, Vol. 8, No. 4, August 1972.

"Evaluating Benefits of Environmental Resources with Special Application to the Hells Canyon," with J.V.Krutilla, *Natural Resources Journal*, Vol. 12, No. 1, January 1972.  (Also published in *Benefit-Cost and Policy Analysis*, 1972.)

"On the Economics of Mass Demonstrations: A Case Study of the November 1969 March on Washington," with A.M. Freeman, R.H. Haveman, & J.L. Knetsch, *American Economic Review*, Vol. 61, No. 4, September 1971.

"Option Demand and Consumer Surplus: Further Comment," with A.M. Freeman III, *Quarterly Journal of Economics*, Vol. 85, August 1971.

"Some Economic Issues Involved in Planning Urban Recreation Facilities," *Land Economics*, February 1971.



"A Note on Jointly Supplied Mixed Goods," with V.K. Smith, *Quarterly Review of Economics and Business*, Vol. 10, No. 3, Autumn 1970.

"A Gravity Model Analysis of the Demand for Public Communication," with J.J. Seneca, *Journal of Regional Science*, Vol. 9, No. 3, Winter 1969.

## Articles Appearing in Other Volumes

"Including Unbundled Demand-Side Options in Electric Utility Bidding Programs," in *Competition in Electricity: New Markets & New Structures*, with William Hogan and edited by James L. Plummer & Susan Troppmann, Public Utilities Reports and QED Research Inc.: Arlington, Virginia, March 1990.

"Meeting the Nation's Future Electricity Needs: Cogeneration, Competition and Conservation," in *1989 Electricity Yearbook*, New York: Executive Enterprises, 1989.

"Environmental Litigation and Economic Efficiency: Two Case Studies," with R. Haveman in *Environmental Resources and Applied Welfare Economics: Essays in Honor of John F. Krutilla*, V.K. Smith ed., Washington, DC: Resources for the Future, 1988.

"Electricity and Natural Gas Rate Issues," with M. Reinbergs, in *The Annual Energy Review*, Palo Alto: Annual Reviews Inc., Vol. 4, 1979.

"Die Erhaltund der Naturlichen Umwelt: Eine Theoretische und Empirische Untersuching" with A. Fisher & John Krutilla, *Sonderdruck aus Umivelt und Wirtschaftliche Entwicklung*, Sieten 249-279, 1979.

"The Measurement of Individual Congestion Costs: An Econometric Application to Wilderness Recreation," with V.K. Smith, in *Theory and Measurement of Economic Externalities*, ed. S.A. Lin, New York: Academic Press, 1976.

"Implementing Diurnal Electricity Pricing in the U.S.: A Pragmatic Approach," in *Energy System Forecasting, Planning and Pricing*, ed. C.J. Cicchetti & W. Foell, Madison: University of Wisconsin Press, February 1975.

"Measuring the Price Elasticity of Demand for Electricity: The U.S. Experience," with V.K. Smith, in *Energy System Forecasting, Planning and Pricing*, ed. C.J. Cicchetti & W. Foell, Madison: University of Wisconsin Press, 1975.

"Public Utility Pricing: A Synthesis of Marginal Cost, Regulatory Constraints, Averch-Johnson Bias, Peak Load and Block Pricing," with J. Jurewitz, in *Studies in Electric Utility Regulation*, ed. C.J. Cicchetti & J. Jurewitz, Cambridge: Ballinger Publishing Company, 1975.

"Congestion, Optimal Use and Benefit Estimation: A Case Study of Wilderness Recreation," with V.K. Smith, in *Social Experiments and Social Program Evaluation*, ed. J.G. Albert & M. Kamrass, Cambridge: Ballinger Publishing Company, 1974.

"Electricity Growth: Economic Incentives and Environmental Quality," with W. Gillen, in *Energy: Demand, Conservation and Institutional Problems*, ed. M. Macrakis, Cambridge: MIT Press, 1974.



"Some Institutional and Conceptual Thoughts on the Measurement of Indirect and Intangible Benefits and Costs," with John Bishop, in *Cost-Benefit Analysis and Water Pollution Policy*, ed. H. Peskin & E. Seskin, Washington, D.C.: Urban Institute, 1974.

"The Trans-Alaska Pipeline: An Economic Analysis of Alternatives," with A.M. Freeman III, in *Pollution, Resources and the Environment*, ed. A.C. Enthoven & A.M. Freeman III, New York: W.W. Norton and Co., 1973.

"Alternative Uses of Natural Environments: The Economics of Environmental Modification," with A.C. Fisher and J.V. Krutilla, in *Natural Environments:  Studies in Theoretical and Applied Analysis*, ed. J.V. Krutilla, Baltimore: Johns Hopkins University Press, 1972.

 "A Multivariate Statistical Analysis of Wilderness Users in the United States," in *Natural Environments: Studies in Theoretical and Applied Analysis*, ed. J.V. Krutilla, Baltimore:  Johns Hopkins University press, 1972.

"Benefits or Costs?  An Assessment of the Water Resources Council's Proposed Principles in Standards," with R.K. Davis, S.H. Hanke, R.H. Haveman & L. Knetsch, in *Benefit-Cost and Policy Analysis*, ed. W. Nishkanen, *et al*, Chicago: Aldine Publishing Company, 1972.

 "Observations on the Economics of Irreplaceable Assets: Theory and Method in the Social Sciences," with J.V. Krutilla, A.M. Freeman III & C. Russell, in *Environmental Quality Analysis*, ed. A Kneese and B.T. Bower, Baltimore: Johns Hopkins University Press, 1972.

"Outdoor Recreation and Congestion in the United States," in *Population, Resources and the Environment*, ed. R. Ridker, Washington, D.C.: U.S. Government Printing Office, 1972.

"Benefit-Cost Analysis and Technologically Induced Relative Price Changes: The Case of Environmental Irreversibilities," with J.V. Krutilla, *Natural Resources Journal*, 1972.


## Less Technical Articles

"Still the Wrong Route," *Environment*, Vol. 19, No. 1, January/February 1977.

 "National Energy Policy Plans: A Critique," *Transportation Journal*, Winter 1976.

 "The Mandatory Oil Import Program: A Consideration of Economic Efficiency and Equity," with W. Gillen, *Joint Economic Committee of the U.S. Congress*, 1974.

 "The Political Economy of the Energy Crisis," with R. Haveman, *Carrol Business Review*, Winter 1974.

"The Wrong Route," *Environment*, Vol. 15, No. 5, June 1973.

"A Review of the Empirical Analyses that Have Been Based Upon the National Recreation Surveys," *Journal of Leisure Research*, Vol. 4, Spring 1972.



"How the War in Indochina is Being Paid for by the American Public:  An Economic Comparison of the Periods Before and After Escalation," *Public Forum*, July 1970, (reprinted in the *Congressional Record*, August 13, 1970).

"User Response in Outdoor Recreation: A Reply," with J.J. Seneca, *Journal of Leisure Research*, Vol. 2, No. 2, Spring 1970.

"User Response in Outdoor Recreation: A Production Analysis," with J.J. Seneca, *Journal of Leisure Research*, Vol. 1, No. 3, Summer 1969.

 "We Must Increase Access to Alaska's Resources," Op-Ed in the Washington Examiner, August 4, 2015.

"Competitive Battlefield: A View from the Trenches," Northeast Utilities 1987 Annual Report, *Competition: A Matter of Choices*, 1987.

## Speeches and Papers Presented Since 1971

"California: Going Green and Getting Regulation Right," Law Seminars International 11th Annual Conference on Energy in California, San Francisco, CA, September 15, 2009.

"The Business Case For Energy Efficiency," CS Week Conference, Washington, D.C., May 21, 2009.

"Back to The Future: Energy Planning and Lessons for the 1970's," Third Annual Nelson Institute Earth Day Conference, Madison, WI, April 22, 2009.

"Energy Efficiency and Regulatory Incentives," EUEC 11th Annual Energy and Environment Conference, Tucson, AZ, January 27-30, 2008.

"Conservation Reconsidered: A First Row Seat," Reconsidering "Conservation Reconsidered": A 40-Year Legacy, Resources for the Future, October 3, 2007.

"Market Issues: Power Procurement & Contracts," Law Seminars International, San Francisco, CA, September 17-18, 2007.

"Economists as Appraisers, Threats or Compliments?" Appraisal Institute Seminar, Los Angeles, CA, March 26, 2007.

"The Economic Health of California's Energy Markets," An Economist's Perspective on the Electronic Health of CA Energy Markets, San Francisco, CA, September 26, 2006.

"California's Electricity Supply and Demand: Reality Check 2006," Electricity Policy Roundtable, San Francisco, CA, February 17, 2004.

"Solving California's energy Problems: A Pragmatic Approach," University of Southern California, Los Angeles, CA, September 12, 2003.

"Lessons from California to Russia," Edison Electric Institute's US/Russia Electricity Markets Conference, Washington, D.C., February 25, 2003.



"Measuring the Effects of Natural Resource Damage and Environmental Stigma on Property Value and Health," April 30, 2002.

"State Regulation Is Here to Stay: Financing the Future," NARUC 113th Annual Convention, Philadelphia, PA, November, 2001.

"Deregulation Revisited: The Power Crisis in California," New York University's Energy Forum, New York, NY, February 26, 2001.

"The Changing Face of Utilities," Arthur Andersen 21st Annual Energy Symposium, Houston, TX, November 28-29, 2000.

"Lessons for Bangladesh: Thinking Globally While Acting Locally," The World Bank's Bangladesh Power Sector Reforms Workshop, Dhaka, Bangladesh, October 1, 2000.

 "Some Global Insights on Power Sector Reform in Bangladesh," The World Bank's Bangladesh Power Sector Reforms Workshop, Dhaka, Bangladesh, October 1, 2000.

"Diversification and Shareholder Value," The Energy Daily's 27th Annual Conference: Lighting the World, Williamsburg, VA, December 2, 1999.

"Challenges for Government-Owned Utilities," The Bond Buyer Public Power Conference, Santa Monica, CA, October 7, 1999.

"Restructuring America's Electricity Industry and Public Power or Customer Owned Utilities," APPA's CEO Roundtable, Scottsdale, AZ, March 3, 1998.

"Electricity Restructuring: The Future Role of Regulation (Woulda, Shoulda, Coulda)," American Bar Association's Annual Electricity Conference, Denver, CO, February 13, 1998.

"Mergers in the Utility Industry," Arthur Anderson's 18th Annual Energy Symposium, Houston, TX, December 9, 1997.

"Convergence, Competition, Mergers and Marketing: Are You Getting Ready for the Millennium?" California Foundation on the Environment and the Economy, Santa Cruz, CA, December 4, 1997.

"Electric Utility Strategy: Regulation, Restructuring and Competition," The Fourth Annual Power Industry Forum: "A View Toward the New Energy Corporation," San Diego, CA, March 7, 1997.

"Restructuring Energy Markets: A World Perspective," The Energy Daily's 22nd Annual Conference: *The One-Stop Energy Stop*, Williamsburg, VA, December 12, 1996.

"Mergers in the Utility Industry," Arthur Anderson's Energy Symposium, Houston, TX, December 10, 1996.

"Political, Economic, and Regulatory Challenges when Transforming Privately-Owned Utilities to Competitive Enterprises," Presentation at the Economist Conferences, Bilbao, Spain, November 12, 1996.

"Transmission, Divestiture, and the Future," Panelist at the EEI Strategic Planning Conference, Seattle, WA, October 14, 1996.



"Merger Mania,"  Utilities AIS Conference, St. Charles, IL.  October 1-2, 1996.

"Cost-of-Service Regulation: The Old Dog Won't Hunt, and Recently, It Wasn't Very Good," Presentation to the Board of Wisconsin Electric Power Company, Belize, Central America, April 3, 1996.

"Primary Mergers: An Insider's Guide," Electric Utility Week Conference, March 15, 1996.

"Merger Policy Issues—When is a Proposed Electric Utility Merger in the Public Interest?" Panelist at the 3rd Annual DOE-NARUC National Electricity Forum, December 5, 1995.

"Measuring the Effects of Natural Resources Damage and Environmental Stigma on Property Value," Presented to Morgan, Lewis & Bockius, November 29, 1995.

"Strategy for a Natural Gas Distributor: Competition, Consolidation, Cost Cutting," Washington Gas Light, October 23, 1995.

"Strategic Issues Facing the Electric Utility Industry," AIS Symposium, St. Charles, IL, October 9, 1995.

"Worldwide Electricity Restructuring: Regulation, Competition or Both?" presented at the 4th World Economic Development Congress, Washington, D.C., October 6, 1995.

"Competition, Consolidation, Restructuring: A Program for Expanding Utility Consulting," Western Region Utility Presentation, September 28, 1995.

"North/South Estimated Savings Compared to Recent Merger Claimed Savings," for PSCo information only, July 28, 1995.

"California PUC Plans for Restructuring the Electric Industry," Utilities Overheads, July 3, 1995.

"Public Utility Holding Company Act (PUHCA) Current Issues," Utilities Overheads, July 3, 1995.

"Power Industry Restructuring: Competition and Deregulation are Not Synonyms," Utilities Overheads, July 3, 1995.

"The FERC's Role in Electric Utility Industry Restructuring," Utilities Overheads July 3, 1995.

"Where to Regulation? Slice and Dice Supplants Command and Control," HARC Presentation, August 8, 1995.

"Strategic Issues Facing the Electric Utility Industry," US West Presentation, August 1, 1995.

"Proposal to Provide Consulting Services to Assist with An Alternative Ratemaking Proposal," Boston Gas Presentation, July 27, 1995.

"Strategic Issues Facing the Electric Utility Industry," ConEd Presentation, July 26, 1995.  (Also "Power Thinking")

"Strategic Issues Facing the Electric Utility Industry," NU Board of Trustee Presentation, July 25, 1995.

"Public Utility Holding Company Act (PUHCA)," Presentation to Southwest Gas Corporation, June 19, 1995.



"FERC Activity-Gas Industry Update," Presentation to Southwest Gas Corporation, June 19, 1995.

"Electric Industry Restructuring Recent FERC and CPUC Developments," Presentation to Southwest Gas Corporation, June 19, 1995.

"Power Marketing and Bulk Power Markets: Power Marketing and its Impact on the Electric Power Industry," Infocast's Power Marketing and Bulk Power Markets, June 8, 1995.

"Energy Industry in Transition," Yankee Energy Systems presentation, May 23, 1995.

"State Regulation in an Era of Regulated Competition," American Enterprise Energy Policy Forum, May 16, 1995.

"Natural Resource Damages Latest Developments and Future Focus," The CVM Controversy.  Executive Enterprises NRDA Conference, May 5, 1995, San Francisco, CA.

"Restructuring the Electric Industry," Prepared for Georgia Power Company, March 28, 1995.

"Electric, Gas and Telephone Industry Insights and Outlooks," Prepared for Peoples Energy Corporation Officers' Planning Retreat, March 12, 1995.

"The Driving Forces Reshaping the Electric Power Industry," Presentation to Northeast Utilities Management, February 27, 1995.

"Electricity Markets: Yesterday, Today, and Tomorrow," and "The Driving Forces Reshaping the Electric Power Industry," Presentation to General Electric, February 13, 1995.

"Power Marketing and Its Role in the Competitive Energy Industry: Projecting Future and International Power Needs," EEI Conference, January 27, 1995.

"Evolution or Revolution: Whoever Gets the Customers Wins!" Energy Daily Conference, December 1, 1994.

"Natural Resource Damages Latest Developments and Trends: CVM Controversy," Executive Enterprise's NRDA Conference, November 15, 1994.

"The Current Natural Gas Transportation Issues that Affect the North American Market," IGUA/ACIG Natural Gas Conference, November 15, 1994.

"Power Marketing and Its Role in the Competitive Energy Industry: Projecting Future and International Power Needs," Infocast-New York, October 28, 1994.

"FERC and State Regulatory Incentives: Restructuring the Electric Utility Industry," Arthur Andersen's Financial Symposium, September 27, 1994.

"Restructuring the Electric Utility Industry," Arthur Andersen's Financial Symposium, September 27, 1994.

"What Do We Want to Get Out of the CPUC Restructuring Process," Aspen Institute Presentation Materials, July 6, 1994.



"The Debate over Retail Competition in California: A Prescriptive Suggestion," Aspen Institute Presentation Materials, July 6, 1994.

"A Review and Critique of Internal Revenue Service Economist Report Regarding Electricity Conservation Program Expenditures and Related Tax Deductions," EEI Taxation Committee Meeting, June 14, 1994.

"Environmental Law, Liability & Litigation," Director's Roundtable, May 18, 1994.

"Arthur Andersen Group Presentation to The Gas Company: Customer Values Initiative," Los Angeles, California, 1994.

"NRDA and Property Valuation Analysis," presented to Fennemore Craig, P.C., February 28, 1994.

"Commentary on the Future of Regulation: Pro or Kahn? (To Regulate or Not to Regulate: That is the Question," NARUC/DOE presentation, February 15, 1994.

"Latin America Assertion of Membership in Pacific Basin," Aspen Institute, Pac Rim Workshop, January 31, 1994.

"Utility Rate Regulation in the 1990s and Beyond," 1993 Utilities Financial Symposium, September 14, 1993.

"Natural Resource Damages: An Economic Critique," Presented to Beveridge & Diamond (with J. Dubin), September 8, 1993.

"Understanding Economic Damage Valuations Under NRDA," Presented to Occidental USA, (with L. Wilde), August 17, 1993.

"Allocating Costs in Superfund Cases," Presented to Waste Management, July 1993.

"Understanding Economic Damage Valuations Under NRDA," Presented to Sidley & Austin, June 29, 1993.

"Allocating Cost in Superfund Cases," Presented to Keck, Mahin & Cate, June 23, 1993.

"Draft RCRA Corrective Action Regulatory Impact Analysis (RIA)," Presented to Beveridge & Diamond, June 18, 1993.

Chicago Energy Economic Association Speech, (CJC used notes/speech from UC Berkeley/RFF speech of May 10, 1993), June 10, 1993.

"Understanding Economic Damage Valuations Under NRDA," AAEC Corporate Counsel Symposium Series (Dallas & Houston), May 18-19, 1993.

"The Regulatory Triad for the 90s: Integrated Resource Planning, Incentive, Regulation and Social Costing," UC Berkeley/RFF Briefing, May 10, 1993.

"Understanding Economic Damage Valuation Under NRDA," AA/Perkins Coie Presentation, May 4, 1993.

"DSM & Shareholder Incentive," 1993 Rate Symposium, April 25-27, 1993.



"Twenty Years Since Earth-Day I: What Have We Learned?" USC Economic Honor Society Omicron, Delta Epsilon, April 15, 1993.

"The Clinton Economic Plan," USC Panel Discussion, February 26, 1993.

"Incorporating Externalities in Utility Least-Cost Planning," Edison Electric Institute, February 10, 1993.

"Incorporating Externalities in Utility Least-Cost Planning," A Presentation to the ABA Mid-Year Meeting, February 7, 1993.

"Understanding Economic Damage Valuations Under NRDA," Presented at "OPA-On the Gulf Coast," Seminar, sponsored by Haight, Gardner, Poor & Havens, January 27, 1993.

"DSM and Shareholders Incentives," Prepared for Southern California Edison, January 1993.

"DSM and Shareholders Incentives," Prepared for the Allied Social Science Association 1993 Annual Meetings, January 5, 1993.

"Social Cost of Electricity," Panel Discussant, Anaheim, CA, January 5 & 6, 1993.

"Environmental Externalities: Are There Any Left?" American Bar Association's Winter Meeting.  Boston, MA, February 7, 1993.

"Incorporating Externalities in Utility Least-Cost Planning," Edison Electric Institute Energy and Environmental Committee, San Francisco, CA, February 10, 1993.

"Environmental Policy: The Good, The Bad, The Ugly," University of Southern California - Los Angeles, CA, February 25, 1993.

"Incorporating Environmental Strategies into Your Corporation's Overall Strategy to Improve the Bottom Line," moderator, Arthur Andersen & Co. 1993 Energy Expo, Pittsburgh, PA, March 2-3, 1993.

"Resource Planning, Incentives, and Pricing for Electric, Natural Gas, and Telecommunications Services: New Products and Regulations," University of Missouri' 1993 Rate Symposium, Kansas City, MO, April 26, 1993.

"An Economist's View of Demand Side Management," Chicago Energy Economists Association, Chicago, IL, June 10, 1993.

"Presentation to the Board of Southwest Gas," Las Vegas, NV, June 14, 1993.

"Draft RCRA Corrective Action Regulatory Impact Analysis (RIA)," Beveridge & Diamond, June 18, 1993.

"Where Do We Go From Here: Bush or Clinton?" Presented at the Corporate Recovery Conference sponsored by Arthur Andersen & Co., Scottsdale, AZ, September 17, 1992.

"The Economic Effect of the Clean Air Act on the U.S. Economy: Tradable Emissions Allowances," National Clean Air Conference, Houston, TX, May 20, 1992.

"Electric Utility Industry Through 2000," Fluor Daniel Power Sector Meeting, San Diego, CA, January 28, 1992.



"Valuation of Natural Resource Damages: Evolution of a Process," Executive Enterprises, Inc. Conference Natural Resource Damages Claims and Litigation "Problems in Valuation," November 7, 1991.

"The Evolution of the Electric Utility Sponsored Conservation Movement in North America: Remembrance of Things Past," Demand Side Management: A Current and Future Resource Conference Sponsored by the Commission of the European Communities and the International Energy Agency; Copenhagen, Denmark, October 23, 1991.

"Are There Any Economic Efficiency Arguments for Embracing Utility-Sponsored Conservation Programs?" WEA International Conference, Seattle, WA, June 29, 1991.

"National Resource Damages: What Does the Proposed Final DOI Rule Mean?" Presented at the Workshop on Natural Resource Damages, Washington, D.C., May 30, 1991.

When Green Turns Mean: Pollution as a Crime," Emerging Environmental Policies and Business Conference, University of North Carolina State University, April 18, 1991.

"When Green Turns Mean: Pollution as a Crime," Presented at the Third Annual Law and Economics Seminar of Putnam, Hayes & Bartlett, Inc., The Arizona Biltmore Hotel, Phoenix, AZ, November 7-11, 1990.

"The Legal and Economic Consequences of 1992," Presented at the Second Workshop on Post Keynesian Economics, Knoxville, TN, July 3, 1990.

"Environment: A Green Gimmick or a New Game Plan?" Presented at Pacific Gas & Electric Company's Managers Meeting, San Francisco, CA, May 31, 1990.

"Energy Firms and Global Environmental Policy," 1990 PacRim Workshop, Seoul, Korea, May 16, 1990.

"Can the Gas Business Fulfill Its New Promise?" Presented at "Inside F.E.R.C," San Francisco, CA, April 20, 1990.

"Energy Firms and Global Environmental Policy," Presented at Pacific Gas & Electric's Management Committee Retreat, Santa Cruz, CA, March 17-26, 1990.

"Can Economic Efficiency and Demand Side Bidding Co-Exist?" Bidding for Electricity Conference, Davis, CA, March 15, 1990.

"Electric Utility Mergers and Reorganization: Antitrust Meets Regulation," Presented at the Third Annual Conference on Electric Law and Regulation, Denver, CO, March 9, 1990.

"Infrastructure, Regulatory, Risk/Reward Issues," Presented at the Portland General Symposium, Portland, OR, November 6, 1989.

"Belated and Expensive: How Utilities Have Reacted to New Economic Imperatives in the Last Two Decades," Conference Sponsored by the Energy Daily, The Watergate Hotel, Washington, D.C., November 3, 1989.

"Competitive Building: Price, Time, Location and Uncertainties," Presented at the Coopers & Lybrand Annual Electric & Gas Conference, Crystal Gateway Marriot, Arlington, VA, November 2, 1989.



"Electric Utilities: New Markets, New Challenges," Speech before the Interstate Natural Gas Association of America Seminar, The Greenbrier, White Sulphur Springs, West Virginia, October 17, 1989.

"Sweetening the Pot: Plaintiff Devices to Maximize Claims (Contingent Value Surveys Hedonic Price Measures)," Second Annual Law and Economics Seminar a Putnam, Hayes & Bartlett, Inc., The Arizona Biltmore Hotel, Phoenix, AZ, October 11-14, 1989.

"Incentive Regulation and Conservation Policy," Presented at the New England Conference of Public Utility Commissioners, Kennebunkport, ME, September 2, 1989.

"Incentive Regulation and Conservation Policy," Presented at the New England Conference of Public Utility Commissioners (NARUC) Least-Cost Planning Conference, Charleston, SC, September 11, 1989.

"Twenty Years Since Earth Day I: What Have We Learned," 7th International Oil and Gas Conference, Cambridge, MA, June 1-2, 1989.

"The Resurgence of Political Economy in Regulated Industries," Law and Economics Seminar, London, England, May 18, 1989.

"Back to the Future in Gas and Electric Industries," Annual Meeting of the Federal Bar Association, Washington, D.C., May 5, 1989.

"The Role of Rate Reform: The Bundling of Services," International Association of Energy Economists, North American Gas Supply and Markets Conference, The Hyatt Regency, Denver, CO, September 7, 1989.

"Incentive Regulation: What Works and What Doesn't," Presented at the Great Lakes Conference of Public Utility Commissioners, The Greenbrier, White Sulphur Springs, WV, July 11, 1989.

"New Proposals for Incentive Regulation in the Electric Utility Industry," Chief Executives' Forum, Key Largo, FL, Sponsored by the First Boston Corporation and Putnam, Hayes & Bartlett, Inc., February 9-12, 1989.

"Current Trends in Regulation and Some New Proposals to Alter Incentives in the Electric Utility Industry," Harvard Utility Forum Meeting, Cambridge, MA, February 2, 1989.

"Some New Proposals to Introduce Incentive Tariffs in the Electric and Natural Gas Industries," Utility Discussion Group, Held by Putnam, Hayes & Bartlett, Inc., Capital Hilton, Washington, D.C., January 5, 1989.

"Privatization in Developing Countries: Case Studies of Electricity in Turkey and Pakistan," EESIG Brown-Bag Lunch, December 14, 1988.

"Some New Proposals to Introduce Incentive Tariffs in the Electric and Natural Gas Industries," Harvard Utility Forum – Harvard Gas Forum Demand-Side Bidding/Alternatives to Rate Base Regulation Workshop, Cambridge, MA, December 13, 1988.

"The March Towards a Competitive Gas Industry: Obligation to Serve, Incentive Regulation, and Risk Allocation," The Interstate Natural Gas Association of America Seminar, Washington, D.C., December 2, 1988.



"Pricing and Contracting Issues and Experience," Presented at the AIT/ASEAN Senior Executive Seminar, Hua Hin, Thailand, November 9-11, 1988.

"Some Thoughts on Why and How to Initiate Private Power in Pakistan," ASEA/AIT/USAID Senior Executive Seminar in Co-Generation and Private Power, Hua Hin, Thailand, November 1988.

"Meeting the Nation's Future Electricity Needs: Cogeneration, Competition and Conservation," Presented at the 100th Annual Convention and Regulatory Symposium of the National Association of Regulatory Utility Commissioners, San Francisco, CA, November 2, 1988.

Speech before the New Dimensions in Pricing Electricity Conference of Niagara Mohawk Power Corporation and the Electric Power Research Institute, "Cogeneration and Competition," Syracuse, NY, September 30, 1988.

Speech before the Second Annual Conference of the American Cogeneration Association, "Cogeneration and Competition," Chicago, IL, September 26, 1988.

"Valuing Damages to Natural Resources in Environmental Litigation," Presentation before the American Bar Association Annual Meeting, Toronto, Ontario, CAN, August 8, 1988.

"Decision Making and Environmental Risks: Economic and Political Issues An Executive Summary," The Robert M. La Follette Institute of Public Affairs, The University of Wisconsin-Madison, June 1988.

Comments Before the American Bar Association First Annual Conference on Electricity Law and Regulation, Denver, CO, April 7-8, 1988.

"After the Chaos: Gas Strategies for the Long Term," Inside F.E.R.C.'s Eight Annual Conference, New Orleans, LA, March 21-22, 1988.

"Wholesale Electricity, Old Scar-Tissue: New Wounds Versus New Solutions," before the National Governors' Association, Washington, D.C., December 10, 1987.

"Recent Changes in Natural Gas Transportation and Marketing: What, if Anything, Can They Tell Us About Electricity Reform?" Seventh Annual Electricity and Gas Executives Conference, First National Bank of Chicago, September 21, 1987.

"U.S. Economic Regulation of Electricity," with Miles Bidwell, NERA Seminar, London, England, June 26, 1987.

"Pricing and Energy Policy in Wisconsin and the United States," Workshop on Energy, The Economy, and the Environment, IIASA, Laxenburg, Austria, June 23-25, 1987.

"State Regulation in the Natural Gas Revolution," presented at Proceeding of Gas Mart '87, The First National Trade Fair for Natural Gas, sponsored by *Natural Gas Intelligence*, Washington, D.C., May 3-5, 1987.

"Can Natural Gas Deregulation be a Model for the Electric Industry?" Speech given at the First Rutgers/New Jersey Department of Commerce Annual Conference on Energy Policy in the Middle Atlantic States, February 20, 1987 (also published in *Energy Deregulation and Economic Growth*).



"Are Energy Efficiency Programs Worth It?" with Suellen M. Curkendall, IAEE Conference, MIT, Cambridge, MA, November 19-21, 1986.

"Marketing Strategies for Natural Gas Distributors in the 1900s," before the Gas Utility Managers Conference Sponsored by the New England Gas Association, September 7-9, 1986.

"Conservation and Cogeneration: The Utilities' Friends or Foes?" with M. Berkman, S. Curkendall and H. Parmesano, before the NERA Electric Utility Conference, Scottsdale, AZ, February 12-15, 1986.

"The Future Competitive Environment for Utilities," remarks prepared for Dayton Power & Light Company 1985 Interdivisional Meeting, December 9, 1985.

"The Final Rule for Natural Gas Carriage," Presentation before the Ohio Electric Association, Cincinnati, OH, October 23, 1985.

"The FERC's Recent Interest in Wheeling and Carriage," co-authored by Robert D. Obeiter, before the Ninth Annual News Media Seminar, Columbus, Ohio, and the Third NARUC Electric Research and Development Seminar, St. Charles, IL, October 22, 1985.

"The Regulatory World of Natural Gas: Are We Quitting the Game or Changing the Rules?" before the Natural Gas Supply Association 1985 Annual Meeting, Miami, FL, October 10, 1985.

"Marginal Cost and Competition: Unbundling Natural Gas Carriage," before the Advanced Seminar in Gas Pricing Policies, Sponsored by the American Gas Association, College Park, MD, October 8, 1985.

"Commingling Competition with Regulation: Closing the Circle or Quitting the Game," before the Iowa Investor-Owned Utilities Management Conference, Waterloo, IA, October 7, 1985.

"The State Regulator in a Free Gas Market," Comments Presented at a Conference Sponsored by The Gas Daily, Chicago, IL, August 1985.

"Grafting Competition Onto Regulation: The Problems and The Promise," before the Iowa State Regulatory Conference, Ames, IA, May 1985.

"Comments Before The Workshop on Current Antitrust Issues in Public Utility Industries, sponsored by the American Bar Association, Washington, D.C., March 1985.

"Yesterday, Today and Tomorrow," Comments before the IEEE Winter Power Meeting, New York, NY, February 5, 1985.

"Natural Gas: The Eggs Have Been Scrambled, Now What?" Before the National Association for Regulatory Utility Commissioners Annual Meeting, Los Angeles, CA, November 1984.

"The Performance of the Regulation of Public Utilities in the U.S., "A NERA Seminar: Is American-Style Regulation Appropriate to the UK?" London, England, October 1984.

"A Strategy for Implementing Electricity Tariff Reform and Load Management in Korea," Seoul, Korea, 1982.

"The National Energy Act and State Utility Regulation," NARUC Convention, Las Vegas, NV, November 1982.



"Time of the Electricity Pricing: Correcting Some Continuing Confusion," NARUC Annual Convention, New Orleans, LA, November 16, 1977.

"Our Energy Crisis and Education: A Critical Assessment," Council for Educational Development and Research Conference on Education Confronts Energy Conference, Washington, D.C., June 22, 1977.

"Alaskan Oil and Gas: The Wrong Route Revisited," American Association for the Advancement of Science, Denver, CO, February 22, 1977.

The At Rann II Symposium, Prepared Summary of NSF Study to Provide a Practical Guide for the Analysis of the Marginal Cost Structure of Electric Utilities for the Purpose of Designing Electricity Tariffs, Washington, D.C., November, 1976.

Prepared Remarks "Cost/Benefit Aspects of Non-Waste Technology and Production," presented at the NWT Seminar, Seminar on the Principles and Creation of Non-Waste Technology, Paris, France, November, 1976

The Advest Seminar comments entitled "Meeting Experiments," at New York, NY, October, 1976.

The Annual Meeting of American Economic Association," Nixon-Ford National Policy Plans: A Critique," Atlantic City, New Jersey, September, 1976.

The NARUC annual Regulatory Studies Program, Prepared Remarks "Excerpt from the Marginal Cost and Pricing of Electricity: An applied Approach," East Lansing, MI, August, 1976.

Prepared Remarks before the 1976 Symposium on Rate Design Problems of Regulated Industries, "The Marginal Cost of Electricity and Continuing Rate Controversies, "Kansas City, MO, February, 1976.

Prepared Remarks before the Wisconsin Manufacturing Association in Stevens Point, WI, September, 1975.

"Public Utility Pricing, Conservation and Ecology,"  NARUC Annual Regulatory Studies Program, Michigan State University, East Lansing, MI.  August 1975.

"Energy Pricing: The Growing Consumer Burden," Third National Seminar for Consumer Representatives in State and Local Government.  Milwaukee, WI, July, 1975.

"New Approaches to Public Utility Rate Setting," Third National Seminar for Consumer Representatives in State and Local Government, Milwaukee, WI, July, 1975.

"The Design of Electricity Tariffs," Upper Great Lakes Utilities Commission.  Greenbriar, West Virginia.  July 1975.

"Time of Day Pricing: WHY and HOW," Joint Conference by the Federal Energy Administration, the American Public Power Association, the Edison Electric Institute, the National Association of Regulatory Utility Commissioners, and the National Electric Cooperatives Association.  Washington, D.C., June, 1975.

Prepared Remarks before the Institute of Public Utilities, Michigan State University, East Lansing, MI, May, 1975.



"The Energy Game: Who are the Players?" 49th Annual Convention of the Wisconsin Petroleum Association, April 2, 1975.

"Implementing Time-of-Day Pricing of Electricity: Promises and Pitfalls," Atlanta, GA.  March, 1975.

Prepared remarks "The Time has Come to Speak Out On Our Energy and Economic Crisis," Madison, WI, March, 1975.

Prepared Remarks before The American Association for the Advancement of Science at the Minnesota Energy Agency Conference, 1975," Energy Pricing in the United States: A Critique," 1975.

"Benefit Cost Analysis and the National Environmental Policy Act," Proceedings of the American Bar Association, 1975.

"Electricity Price Regulation: Critical Crossroads or New Group Participation Sport," Ames Public Utility Conference and the Midwest Association of Regulated Utilities Conference, both 1974.

"Implementing Diurnal Pricing: A Pragmatic Approach," At the Regulatory Information Systems Conference. St. Louis, MO.  1974.

"An Economist Views the National Environmental Policy Act and the Environmental Impact Statement," Public Choice Meetings, American Bar Association Annual Meeting, College Park, MD, March, 1973.

"Electricity Growth: Economic Incentive and Environmental Quality," With W. Gillen.  Conference on Energy: Demand and Institutional Problems, February, 1973.

"Some Economic Implications of the NEPA," Public Choice Meetings, American Bar Association Annual Meeting, Washington, D.C., 1973.

"Regression Analysis with Dichotomous Dependent Variables," With V. Kerry Smith.  Toronto, CAN, December, 1972.

"Optimality in Producing and Distributing Public Outputs," The American Economic Association, December, 1971.

"Preservation Versus Development: Some Economic Issues," with J.V. Krutilla, Econometric Society Meetings, December, 1970.


**CIVIL PROCEEDINGS AND RELATED LEGISLATIVE TESTIMONY**

Before the U. S. District Court for Northern California, 2019, Declaration and Deposition in a matter related to contract termination based in part on the feasibility of burning wood as a renewable energy resource compared to solar and wind power on the Big Island of Hawaii.

Testimony in the Matter of an Arbitration (Alberta) between TransAlta Generation Partnership and the Balancing Pool, in the matter of the definition of Rate Base and Net Book Value, April, 2019.



Before the U.S. District Court, Southern District of California, Expert Report in San Diego Unified Port District v. Monsanto for plaintiff in Case No. 3:15-CV-0578, April 5, 2019.

Expert Report in the Matter of an Arbitration (Alberta) between TransAlta Generation Partnership and the Balancing Pool, in the matter of the definition of Rate Base and Net Book Value, January, 2019.

Before the Superior Court of California, County of Los Angeles, Expert Report in Shell Oil Company v Barclay Hollander Corporation, Case No. BC544786, June 15, 2017.

Before the Superior Court of California, County of Los Angeles, Declaration in Support of Plaintiff's Motion for Class Certification, Imhoff v Goin, Case No. BC593161, January 3, 2017.

Before the United States District Court for the District of Arizona, Declaration in Support of the Navajo Transitional Energy Company's Motions to Dismiss, October 26, 2016.

Before the United States District Court for the District of Arizona, Declaration in Support of the Navajo Transitional Energy Company's Motions to Intervene, August 26, 2016.

Before the American Arbitration Association, Declaration in Opposition to Motion for Summary Judgment, *U.S. Topco, Inc. v. Ever Energy Co., Ltd.*, Case No. 01-15-0002-6291, June 30, 2016.

Before the Supreme Court of the State of New York, County of Albany, Affidavit in Support of National Energy Marketers Association's Application for an Order to Show Cause for a Temporary Restraining Order and Permanent Injunction, Index No. 868-16, May 9, 2016.

Expert Report in the Matter of an Arbitration (Alberta) between TransAlta Generation Partnership, ENMAX Energy Corporation, and the Balancing Pool, December 18, 2015.

Before the United States District Court for the District of Colorado Supplemental Expert Report in the matter of *Arkansas River Power Authority (ARPA) v. Babcock & Wilcox Power Generation*, in re ARPA's Conversion of the Lamar Power Plant to Coal from Natural Gas, July 27, 2015.

Before the United States Supreme Court, Amicus Curiae Brief of Charles J. Cicchetti (sole author) on behalf of Petitioners in *Federal Energy Regulatory Commission v. Electric Power Supply Association, et. al*., Nos. 14-480 & 14-841, July 2015.

Before the United States District Court for the District of Colorado, Expert Report of in the matter of *Arkansas River Power Authority (ARPA) v. Babcock Wilcox Power Generation*, in re ARPA's Conversion of the Lamar Power Plant to Coal from Natural Gas, April 6, 2015.

*New Jersey Department of Environmental Protection, et al. v. Occidental Chemical Corporation, et al.*, Superior Court of New Jersey Law Division—Essex County, Docket No. ESX-L-9868-05), Expert Report Estimating Economic Damages Related to Dioxin at Lister Avenue and the Passaic River, March 13, 2014.

In the Matter of Arbitration Proceedings Concerning Disputes with to TAGP'S July 26, 2012 Notice of Force Majeure at Sundance Generating Station Unit 6, Among TransAlta Generation Partnership (TAGP) and Capital Power PPA Management, Inc. (CPPMI) and Balancing Pool (Balancing Pool), Expert Report November 13, 2013.

23



Before the Superior Court of New Jersey Law Division: Union County, Union County Docket No.: UNN-L-2601-11, *Lionetti Associates, LLC t/a Lorco Petroleum Services v. City of Elizabeth*, *City Council of the City of Elizabeth and Liberty Water Company v. Joint Meeting of Essex and Union Counties*, Deposition Transcript, November 1, 2013.

Before the Superior Court of New Jersey Law Division: Union County, Civil Action Docket No.: UNN-L-0556-10, *Papetti's Hygrade Egg Products, Inc. v. City of Elizabeth, City Council of the City of Elizabeth and Liberty Water Company*, Expert Report, April 1, 2013.

Before the United States District Court for the District of Colorado, Civil Action No. 1:12-cv-01275-JLK, *Diné Citizens Against Ruining our Environment v. Kenneth Salazar*, Declaration August 2012.

Before the Supreme Court of the United States, *Metropolitan Edison Company and Pennsylvania Electric Company v. Pennsylvania Public Utility Commission*, On Petition for a Writ of Certiorari to the Commonwealth Court of Pennsylvania, Motion for Leave to File Brief as Amici Curiae in Support of Petitioners and Brief of Electrical Engineers, Scientists and Economists as Amici Curiae in Support of Petitioners, August 1, 2012.

Before the United States Court of Appeals for the Tenth Circuit, Nos. 11-9552, 11-9557 & 11-9567, On Petitions for Review of Final Action of the United States Environmental Protection Agency, Declaration in Support of the Navajo Nation's Amicus Brief, May 18, 2012.

Before the State Assessment Review Board, Prepared Supplemental Testimony on behalf of Anadarko Petroleum, Case No. P-08-9, May 9, 2012.

Expert Rebuttal Report In the Matter of Arbitration Proceedings Concerning Disputes with Respect to Units 1 & 2 at Sundance Generating Station among TransAlta Generation Partnership, TransCanada Energy LTD. and Balancing Pool, March 27, 2012.

Expert Report in the Matter of Arbitration Proceedings Concerning Disputes with Respect to Units 1 & 2 at Sundance Generating Station among TransAlta Generation Partnership, TransCanada Entergy LTD. and Balancing Pool, February 3, 2012.

Before the United States District Court for the District of Colorado, Civil Action No. 1:11-cv-002243-REB-CBS, *Center for Biological Diversity, et al v. Joseph Pizarchik*, Affidavit on behalf of the Navajo Nation, in Support of Limited Motion to Intervene and Motion to Dismiss; June 13, 2011.

Before the Superior Court for the State of Alaska, Third Judicial District of Anchorage, in *BP Pipelines (Alaska), et al. v. Alaska Department of Revenue et al.*, Videotaped Deposition Transcript, June 8, 2011.

Before the Superior Court for the State of Alaska, Third Judicial District of Anchorage, in *BP Pipelines (Alaska), et al. v. Alaska Department of Revenue et al.*, Rebuttal Expert Report, May 11, 2011.

Before the Circuit Court or the State of Oregon, Linn County, Trial Testimony on behalf of PacifiCorp in the matter of *Wah Chang v. PacifiCorp*, Case No. 002578, April 24, 2011.

Before the Superior Court for the State of Alaska, Third Judicial District of Anchorage, in *BP Pipelines (Alaska), et al. v. Alaska Department of Revenue et al.*, Expert Report, March 3, 2011.



Before the Superior Court of New Jersey Law Division—Essex County, New Jersey *Department of Environmental Protection et al. v. Occidental Chemical Corporation, et al.*, Docket No. ESX-L-9868-05, Expert Report on Damages Related to Lister Avenue, December 2010.

Before the Superior Court for the State of California, County of San Diego, *City of Oceanside v. Dow Chemical*, Docket No. 05-439807, Expert Report on behalf of the City of Oceanside, July 2010.

Before the U.S. Bankruptcy Court for the District of Delaware, *In re Semcrude*, Case No. 08-11525 BLS, on behalf of the Unsecured Creditors of Semcrude L.P.  Expert Analysis of Trading Data, February 2010.

Before the District Court of Chambers County, Texas, Oral Videotaped Deposition *In re David Jenkins, et al. vs. Entergy Jenkins Corporation, et.al.*, Cause No. 20666, December 15, 2009.

Before the District Court of Chambers County, Texas, Expert Report on Behalf of Defendants, In re: *David Jenkins, George W. Strong, Francis N. Gans and Gary M. Gans vs. Entergy Corporation, Entergy Services, Inc., Entergy Power, Inc., Entergy Power Marketing Corporation, Entergy Arkansas, Inc., and Entergy Gulf States, Inc*., Cause No. 20666, October 16, 2009.

Before the Superior Court for the State of Alaska, Third Judicial District at Anchorage,  Affidavit In re: *Tesoro Alaska Company v. Union Oil Company of California, Unocal Pipeline Company, Unocal Corporation*, Case No. 3AN-05-5877 Civ, September 9, 2009.

Before the Supreme Court of the United States, *NRG Power Marketing, LLC, et al., Petitioners, v Main Public Utilities Commission, et.al*., Respondents, On Writ of Certiorari to the United States Court of Appeals for the District of Columbia Circuit, Brief as *Amici Curiae* in Support of Petitioners, July 14, 2009.

Before the Superior Court of New Jersey Law Division – Essex County, *New Jersey Department of Environmental Protection et al. v. Occidental Chemical Corporation, et al.*, Docket No. ESX-L-9868-05, Expert Report on a Comparison of Damage Theories, June 15, 2009.

Before the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Rebuttal Report In re: *BP Pipelines (Alaska) Inc., Exxon Mobil Pipeline Company, Unocal Pipeline Company, Conoco Phillips Transportation Alaska, Inc. and Koch Alaska Pipeline Company, Owners, and Alyeska Pipeline Service Company, as Agent for the Owners, Fairbanks North Star Borough and City of Valdez v. State of Alaska Department of Revenue, State Assessment Review Board, and North Slope Borough*, Case No. 3AN-06-08446 CI, May 15, 2009.  Deposition taken on May 28, 2009.

Before the United States District Court Southern District of Mississippi Jackson Division, Declaration In re: *The State of Mississippi, ex rel. Jim Hood, Attorney General for the State of Mississippi v. Entergy Mississippi, Inc., et al.*, No 3:08cv780-HTW-LRA, May 4, 2009.

Before the United States District Court Southern District of Mississippi Jackson Division, Supplemental Declaration In re: *The State of Mississippi, ex rel. Jim Hood, Attorney General for the State of Mississippi v. Entergy Mississippi, Inc., et al.*, No 3:08cv780-HTW-LRA, May 15, 2009.

Before the District Court of Chambers County, Texas, Oral Videotaped Deposition *In re David Jenkins, et al. vs. Entergy Jenkins Corporation, et.al.*, Cause No. 20666, December 15, 2009.



Before the District Court of Chambers County, Texas, Expert Report on Behalf of Defendants, In re: *David Jenkins, George W. Strong, Francis N. Gans and Gary M. Gans vs. Entergy Corporation, Entergy Services, Inc., Entergy Power, Inc., Entergy Power Marketing Corporation, Entergy Arkansas, Inc., and Entergy Gulf States, Inc*., Cause No. 20666, October 16, 2009.

Before the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Expert Report In re: *BP Pipelines (Alaska) Inc., Exxon Mobil Pipeline Company, Unocal Pipeline Company, Conoco Phillips Transportation Alaska, Inc. and Koch Alaska Pipeline Company, Owners, and Alyeska Pipeline Service Company, as Agent for the Owners, Fairbanks North Star Borough and City of Valdez v. State of Alaska Department of Revenue, State Assessment Review Board, and North Slope Borough*, Case No. 3AN-06-08446 CI, April 8, 2009.

Before the United States District Court for the District of Nevada, Declaration in re *Western States Wholesale Natural Gas Antitrust Litigation* (McGraw Hill), Base Case No, 2:03-cv-01431-PMP-PAL, MDL Docket No. 1566, April 9, 2009.

Before the Superior Court of California, County of Los Angeles, Declaration in re *Joseph Ward-Wallace v. City of Los Angeles, Dennis Ellement, Jim Digrado, Randall Judd and Does 1 thorough 100, Inclusive*, Case No.: BC 358255, February 4, 2009. Deposition on January 26, 2009.

Before the Chancery Court of Hinds County, Mississippi, First Judicial District, Affidavit in re *State of Mississippi v. Entergy Corporation*, Cause No. G2008-1540, November 6, 2008.

Before the United States District Court Southern District of Mississippi Jackson District, Declaration in re *Entergy Corporation, Entergy Mississippi, Inc. and Entergy Services, Inc. v. Jim Hood, Attorney General of Mississippi, Scott A. Johnson, Special Assistant Attorney General of Mississippi, and Lee McDivitt, Investigator, Mississippi Attorney General's Office, Consumer Protection Division*, Civil Action No. 3:08-CV-541-WHB-LRA, September 12, 2008.

In the United States District Court for the Central District of Illinois Springfield Division, Expert Report on Behalf of Enbridge Pipelines (Illinois) LLC, In re: *Carlisle Kelly and Deanna Kelly v. Enbridge (US) Inc*., January 22, 2008.

Before the Supreme Court of the United States, *Morgan Stanley Capital Group Inc. v. Public Utility District No. 1 of Snohomish County, Washington, et al*., On Writ Certiorari to the United States Court of Appeals for the Ninth Circuit, Brief as *Amici Curiae* in Support of Petitioners, September 12, 2007.

Before the State Assessment Review Board, State of Alaska, Report in the Matter of *Trans-Alaska Pipeline System v. Oil and Gas Property Tax* (AS 43.46) 2007 Assessment Year, Appeal of Revenue Decisions, No. 07-56-06 & No. 07-56-07, May 17, 2007.

Before the Superior Court of California County of Placer, Expert Report In People of the *State of California, ex rel. Edmund G. Brown, Jr., Attorney General of California, State Air Resources Board and the Placer County Air Pollution Control District v. Sierra Pacific Industries, Inc.,* No. SCV 17449, March 19, 2007.

Before the United States Bankruptcy Court for the Southern District of New York, Expert Report in *Enron Power Marketing, Inc. vs. Virginia Electric and Power Co. d/b/a Dominion Virginia Power*, Case No. 01-16034 (AJG), November 6, 2006.



Before the Circuit Court of Holmes Mississippi, Expert Report in re *Charles U. Donald, Virginia Donald and Mary Snowden Newton, vs. Entergy Corporation, Entergy Mississippi Inc., Entergy Services, Inc., Entergy Technology Holding Company, and Entergy Technology Company*, Civil Action No. 2004-340, September 1, 2006.

Before the State Assessment Review Board, State of Alaska, Report in the Matter of the *Trans-Alaska Pipeline System v. Oil and Gas Property Tax* (AS 43.46) 2006 Assessment Year, Appeal of Revenue Decision, No.06-56-17, May 16, 2006.

Before the United States District Court of Idaho, Expert Report in *Powerex Corp v. IDACORP Energy, L.P.*, Civil Case No.CV-04-441-S-EJL, October 28, 2005.

Before the United States District Court, District of Washington, Expert Reply Report In re Calpine Corporation Securities Litigation, August 24, 2005.

Before the United States District Court, District of Nevada, Declaration In the Matter of the *Nevada Power Company v. El Paso Corporation*, No. CV-S-03-0875-RLH-RJJ, August 15, 2005.

Before the United States District Court, District of Nevada, Expert Report In the Calpine Corporation Securities Litigation, Master File No. C02-1200 SBA, August 3, 2005.

Before the State Assessment Review Board, State of Alaska, Report In the Matter of the *Trans-Alaska Pipeline System v. Oil and Gas Property Tax* (AS 43.46) 2005 Assessment Year, OAII No. 05-0307-TAX, Appeal of Revenue Decisions, No. 05-56-12 & No. 05-56-13, May 9, 2005.

Before the United States District Court, District of Nevada, Reply To Reports of *Brett Friedman and Craig Berg in Nevada Power Company v. El Paso Corporation, et al.*, Civil Case No. CV-S-03-0875-RLH-RJJ, February 9, 2005.

Before the Court of Chancery of the State of Delaware, in and for New Castle County, Report in *VLIW Technology, L.L.C. v. Hewlett Packard Company, and STMIICROELECTRONICS*, Civil Case No. 20069-NC, January 21, 2005.

Before the United States District Court, District of Nevada, Report in *Nevada Power Company v. El Paso Corporation, et al.*, Civil Case No. CV-S-03-0875-RLH-RJJ, January 10, 2005.

Before the United States District Court, District of New Hampshire.  Expert Report in *Enterasys Networks, Inc. v. Gulf Insurance Company*, Civil Action No. 1:04-CV-27-SM, October 2004.

Before the United States District Court, District of Kansas, Expert Analyses in criminal proceeding related to alleged manipulation of share prices with fraudulent cable company customer count data.  USA versus Barford, Kalkwarf, and Smith, August, 2004.

Expert Report In the Matter of *Idacorp Energy L.P. v. Overton Power District No. 5*, CV OC 0107870D, March 4, 2003.

Before the American Arbitration Association, Expert Affidavit on behalf of Vulcan Geothermal Power Company, Del Ranch, L.P., and CE Turbo LLC, October 2, 2002.



Before the United States District Court for the Western District of Wisconsin, Second Affidavit in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Motion For Summary Judgment on behalf of Alliant Energy Corporation and Wisconsin Power and Light Corporation, Docket No. 00-C-0611-S, April 23, 2002.

Before the USDC, Eastern District of Virginia, Expert Report in *Federal Energy Sales v. AES*, Civil Action 01-420-A, July 13, 2001.

Before the United States District Court for the Western District of Wisconsin, Expert Affidavit on behalf of Alliant Energy Corporation and Wisconsin Power and Light Corporation, Docket No. 00-C-0611-S, February 12, 2002.

Before the United States District Court for the Western District of Wisconsin, Expert Affidavit on behalf of Alliant Energy Corporation and Wisconsin Power and Light Corporation, No. 00-C-0611-S, February 1, 2001.

Before the District Court of Lancaster County, Nebraska, Trial testimony on behalf of KN Energy in KN Energy vs. Cities of Alliance Case Nos. CI 00:1309, CI 00:1310, CI 00:1311, CI 00:1312 (Consolidated), January 22, 2001.

Before the California Superior Court, County of Los Angeles, Deposition testimony on behalf of Tosco Corporation of Tosco Corporation vs. The Los Angeles Water and Power, Case No. BC 215396, January 17, 2001.

Before the District Court of Lancaster County, Nebraska Deposition testimony on behalf of KN Energy in KN Energy vs. Cities of Alliance Case Nos. CI 00:1309, CI 00:1310, CI 00:1311, CI 00:1312 (Consolidated), November 1, 2000.

Before the United States District Court for the Central District of California, Affidavit in the Matter of *United States of America v. Montrose Chemical Corporation of California, et.al.*, Civil Action No. CV 90 3122-R, 21 August 2000.

Before the United States District Court for the Central District of California, Expert Report in the Matter of *United States of America v. Montrose Chemical Corporation of California, et.al.*, Civil Action No. CV 90 3122-AAH (JRx), 15 April 2000.

Before the California Superior Court, County of San Francisco, Deposition testimony on behalf of *Raybestos-Manhattan of Whiteley vs. Raybestos-Manhattan*, Case No. 303184, November 30, 1999.

Before the California Superior Court, County of Los Angeles, Deposition testimony on behalf of F&M Trust of in re The Conservatorship of Leroy and Estelle Strader, September 8-9, 1999.

Before the United States District Court, District of Colorado, Deposition in re *Atlantic Richfield v. Smallwood*, Civil Action No. 95-Z-1767, July 1, 1997.

Before the United States District Court for the Western District of Missouri, Western Division, Expert Rebuttal Affidavit on behalf of Western Resources, Inc., No. 94-0509-CV-W-1, March 8, 1996.

Before the United States District Court for the Western District of Missouri, Western Division, Expert Affidavit on behalf of Western Resources, Inc., No. 94-0509-CV-W-1, June 15, 1995.

28



Before the United States District Court for the Central District of California, Affidavit on behalf of Montrose Chemical Corporation of California, et.al., No. CV90-3122-AAH (JRx), March 1, 1995.

Before the Department of the Interior, Comments re NRDA Regulations, Type B Rule, September 22, 1993.

Before the National Oceanic and Atmospheric Administration, Comments on the Advance Notice of Proposed Rulemaking (57 Federal Register 8964) of Natural Resource Damage Assessment Regulations (Oil Pollution Act, Section 1006), October 1, 1992.

Before The United States District Court for the District of Utah.  Testimony on behalf of Kennecott Corporation, Docket No. 86-C-902C, March 26, 1992.

Before the American Arbitration Association, Testimony on behalf of Hard Rock Cafe International, January 22, 1992.

G&H Landfill. Prepared analysis of the statistical effect of landfill location and neighborhood property values (early 1990s).

Before the Superior Court of California, Orange County, Expert Report re economic and stigma analysis related to environmental damages related to groundwater contamination in *Bouchier v. MacHoward Leasing (Honda)* (early 1990s).

*State of Washington v. Nestucca* (Sause Brothers).  Prepared an economic analysis of sea bird losses related to an oil spill in the Pacific Ocean off the coast of Washington (early 1990s).

Before the Department of Interior, Comments on Notice of Proposed Rulemaking for Natural Resource Damage Assessment Regulations, Type B Rule (43 CFR Part 11), July 12, 1991.

Before the Massachusetts Appellate Tax Board, Analysis of the Fair Market Value of Boston Edison's Mystic Generating Station, Prepared for Boston Edison Company, December 10, 1990.

Before the U.S. Department of Interior, Comments on the U.S. Department of Interior's Advanced Notice of Proposed Rulemaking re:  Natural Resource Damage Assessments (43 CFR Part 11), November 13, 1989.

Before the Senate Committee on Energy and Natural Resources, Prepared Statement related to the Demand-Side Provisions of the Public Utility Regulatory Policies Act of 1978 (PURPA) Contained in Subtitle B of Title III of S-324, The National Energy Policy Act of 1989, November 7, 1989

*U.S. v. Motorola*.  Prepared statistical analyses of property values and ground water for Phoenix metropolitan area (early 1990s).

Before the United States District Court, State of Colorado, Expert Damages Report in *State of Colorado v. Gulf & Western*, December 2, 1985.

French Limited.  Prepared analysis of environmental damages (late 1980s).

*Commonwealth of Massachusetts v. Charles George Trucking Company*.  Prepared a damages analysis for environmental damages (late 1980s)



*U.S. v. Aerovox (New Bedford Harbor.*  Prepared numerous economic damage calculations, conducted surveys, and analyzed property data for several different clients in the late 1980s.

Before the House Subcommittee on Energy Conservation and Power of the Committee on Energy and Commerce, Comments on Hydroelectric Relicensing, June 5, 1985

Before the Department of Health and Social Services, Testimony on behalf of Madison General Hospital, In *Application for Certificate of Need for Open Heart Surgery*, CON 82-026, November, 1982. (Antitrust)

Before the Senate Committee on Energy and Natural Resources, Prepared Statement related to the Implementation of Title I of the Natural Gas Policy Act of 1978, November 5 and 6, 1981.

Before the Postal Rate Commission, Testimony on behalf of the National Association of Greeting Card Publishers, Docket No. R80-1, August 13, 1980.

Before the House Ways and Means Committee, Washington, D.C., Testimony on Utility Tax Reform, March 8, 1978.

Before the Senate Subcommittee on Energy Conservation and Regulation of the Senate Committee on Energy and Natural Resources, Comments on Utility Tax Reform, July, 1977.

Before the Subcommittee on Energy and Power of the U.S. House of Representatives Interstate and Foreign Commerce, comment with respect to Synthetic Fuel Loans, May, 1976.

Prepared comments on "H.R. 12461, Summary of Major Provisions of Electric Utility Rate Reform and Regulatory Improvement Act (formerly H.R. 10100), March, 1976.

Before the Subcommittee on Energy and Power of the U.S. House of Representatives Interstate and Foreign Commerce, Comments with respect to Electric Utility Reform, March, 1976.

Before the Senate and House Interior Committees, comments on Trans-Alaska Pipeline; Energy Conservation and Pricing; and the Optimum Transportation System for Alaskan Natural Gas, March, 1976

Before the Federal Energy Administration, "Amendments of Entitlements Program," February, 1976.

Before the Wisconsin State Legislature, Environmental Quality Commission Testimony, January, 1976.

Before the Department of Energy, Mines and Resources, Testimony on behalf of the office of Energy Conservation, May 16, 1977.

Before the U.S. Senate Committee on Interstate and Foreign Commerce, Subcommittee on Energy and Power, Testimony, May 25, 1976.

Before the Wisconsin State Legislature, Testimony on the Governor's transportation Program before the Senate Committee on commerce, Joint Committee on Highways, 1975.

Before the Senate Interior Committee re Energy Transportation, Testimony, December 12, 1973.

Before the Senate Sub-Committee on Consumer Economics, Testimony re Electricity Pricing, October 25, 1975.



Before the U.S. Senate Committee on Interior and Insular, Testimony re the Trans Alaska Pipeline, May 3, 1973.

Before the U.S. Senate Committee on Interior and Insular Affairs, Comments re the Role of Energy Conservation in National Energy Policy, March 22, 1973.

Before the Joint Economic Committee, Testimony Concerning the Relative Economic Merits of the Proposed Trans Alaska Pipeline, June 9, 1972.

*State of Florida v. U.S. Army Corps of Engineers.*  Prepared an economic analysis for the State of Florida related to damages on the Kissimmee River related to stream channelization (mid 1970s).

*U.S. Forest Service v. Disney.*  Prepared an economic analysis of preservation versus development of Mineral King Ski development (early 1970s).

Before the US Senate Commerce Committee, comments with respect to Natural Gas De-Regulation.

Before the Subcommittee on Energy and Power of the U.S. House of Representatives Interstate and Foreign Commerce, Comments with respect to Energy and Power, Electricity and Natural Gas Utility Policy.

Before the Subcommittee on Energy and Power of the U.S. House of Representatives Interstate and Foreign Commerce, comment with respect to Electricity and Natural Gas Utility Policy.

Before the Department of the Interior, Comments with respect to the Trans-Alaska Pipeline.

Before the New York and New Jersey Environmental Protection Agencies and Civil Proceedings, Testimony With Respect to Tocks Island Dam and Delaware River Development.

Before the Energy Council of the Federal Government, Critique of the Project Independence Report and Critique of Oil and Natural Gas Policy.

Before the Joint Economic Committee, Testimony on the Trans Alaska Pipeline, Mandatory Oil Import Quotas, Hells Canyon, Energy Policy, and Electricity Pricing.

Before the Florida Federal Courts on Kissimmee River Channelization.

Before Tennessee Federal Courts on Tennessee Tombigbee River Development.


**REGULATORY PROCEEDINGS AND RELATED LEGISLATIVE TESTIMONY**

Before the Alberta Utility Commission, Written Supplemental Evidence on behalf of Trans Alta Utilities in the matter of Recovering Decommissioning Costs for Deferred Actions, March 2020.

Before the Public Utility Commission of Colorado, Written Evidence on behalf of Tri-State G&T related to United Power and La Plata Electric's membership contract abrogation, February 2020.

Before the Public Service Commission of Wisconsin, 2019, testimony related to assigning costs related to the Milwaukee Metropolitan Sewerage District's renewable energy generating capacity.



Before the Public Utility Commission of Colorado, Written Evidence on behalf of Tri-State G&T related to Delta-Montrose Electric Association's membership contract abrogation, April 2019.

Before the Alberta Utility Commission, Written Evidence on behalf of Trans Alta Utilities in the matter of Recovering Decommissioning Costs for Deferred Actions, December 2018.

Before the California Public Utilities Commission, Rebuttal Testimony on Behalf of Avalon Freight Services, Application Numbers 14-10-105 and 15-01-005, April 16, 2018.

Before the California Public Utilities Commission, Direct Testimony on Behalf of Avalon Freight Services, Application Numbers 14-10-105 and 15-01-005, March 25, 2018.

Before the Alberta Utilities Commission, Rebuttal Evidence on Behalf of Direct Energy Regulated Services (DERS) Application for a Retail Margin, February 9, 2018.

Before the New York Public Service Commission, Direct Testimony on Behalf of National Energy Marketers Association (NEM), Cases 15-M-0127, 12-M-0476, and 98-M-1343, September 15, 2017.

Before the Nevada Public Utilities Commission, Direct Testimony in Support of MGM Resorts International in fNevada Power Company d/b/a NV Energy's 2017 General Rate Case, Cost of Capital Phase, Docket No. 17-06003, September 12, 2017.

Settlement in Application of MGM Resorts International to Purchase Energy, Capacity, and Ancillary Services From a Provider of New Electric Resources, Docket No. 15-05017, June 14, 2017.

Before the Alberta Utilities Commission, Evidence in Support of Direct Energy Regulated Services (DERS) Application for a Retail Margin, September 2016.

Before the Federal Energy Regulatory Commission, Affidavit on Behalf of Algonquin Gas Transmission, LLC. *NextEra Energy Resources, LLC, PSEG Companies v. ISO New England, Inc.*, Docket No EL16-93-000, July 28, 2016.

Before the Arizona Corporation Commission, Responsive Testimony on Behalf of the Energy Freedom Coalition of America (EFCA) In the Matter of Tucson Electric Power Company for Approval of its 2016 Renewable Energy Standard and Tariff Implementation, Docket No. E-01933A-15-0239, March 28, 2016.

Before the Arizona Corporation Commission, Testimony on Behalf of the Energy Freedom Coalition of America (EFCA) In the Matter of Tucson Electric Power Company for Approval of its 2016 Renewable Energy Standard and Tariff Implementation, Docket No. E-01933A-15-0239, March 11, 2016.

Before the National Energy Board, Written Evidence on Behalf of Westcoast Energy Inc., Carrying on Business as Spectra Energy Transmission, in the Matter of Nova Gas Transmission Ltd. Application for the Towerbirch Expansion Project, Hearing Order GH-003-2015, March 8, 2016.

Before the California Public Utilities Commission, Testimony on behalf of ChargePoint, Inc. in re Application of Pacific Gas & Electric for Approval of its Electric Vehicle Infrastructure and Education Program, Docket No. A.15-02-009, November 30, 2015.



Before the Public Utilities Commission of Nevada, Testimony on behalf of the Alliance for Solar Choice in re Application of Nevada Power Company, Docket No. 15-07041, August 20, 2015.

Before the Pennsylvania Public Utility Commission, In re: *Pennsylvania Public Utility Commission Bureau of Investigation and Enforcement v. HIKO Energy, LLC*, Direct Testimony, Docket No. C-2014-2431410, March 13, 2015.

Before the Public Service Commission of Wisconsin, In re: Joint Application of Wisconsin Electric Power Company and Wisconsin Gas LLC, both d/b/a We Energies, for Authority to Adjust Electric, Natural Gas, and Steam Rates, Surrebuttal Testimony, on behalf of the Milwaukee Metropolitan Sewerage District, Case No. 05-UR. 107, September 22, 2014.

Before the Public Service Commission of Wisconsin, In re: Joint Application of Wisconsin Electric Power Company and Wisconsin Gas LLC, both d/b/a We Energies, for Authority to Adjust Electric Natural Gas, and Steam Rates, Rebuttal Testimony on behalf of the Milwaukee Metropolitan Sewerage District, 05-UR,107, September 12, 2014.

Before the National Energy Board, In re: Application for Approval of Mainline 2013-2030 Settlement, Additional Written on Behalf of Centra Gas Manitoba, T211-2013-05-01, September 3, 2014.

Before the National Energy Board, In the Matter of Trans Mountain Pipeline ULC, Application for Tariff Amendments Regarding Verification Procedures, Public Written Reply Evidence on Behalf of Phillips 66, Hearing Order RHW-001-2013, August 8, 2014.

Before the National Energy Board, Nova Gas Transmission LTD. Application for the North Montney Project, Written Evidence on Behalf of Westcoast Energy Inc., Carrying on Business as Spectra Energy Transmission, Hearing Order GH-001-2014, July 10, 2014.

Before the National Energy Board, T211-2013-05-01, Application for Approval of Mainline 2013-2030 Settlement, Written Evidence on Behalf of Centra Gas Manitoba, July 4, 2014.

Before the Regulatory Commission of Alaska, Prepared Answering Testimony on Behalf of Cook Inlet Energy, LLC and Aurora Gas, LLC, In the Matter of the Tariff Revisions Designated as TA 252-4 and TA 253-4 Filed by ENSTAR Natural Gas Company, a Division of SEMCO Energy, Inc., U-14-010, May 5, 2014.

Before the State Assessment Review Board (SARB) State of Alaska, Expert Report on the valuation of the Trans Alaska Pipeline System (TAPS) on behalf of various municipalities; May 2014.

Before the National Energy Board, Public Written Direct Evidence on behalf of Phillips 66 in the Matter of Trans Mountain Pipeline ULC Application for Tariff Amendments Regarding Verification Procedures, April 22, 2014.

Before the Minnesota Public Utilities Commission, Rebuttal Testimony on Behalf of Enbridge Energy, Limited Partnership, Docket No. PL-9/CN 13-153, OAH Docket No. 8-2500-30952, March 13, 2014.

Before the Regulatory Commission of Alaska, Prepared Testimony in the Matter of the Application Filed by Fairbanks Natural Gas, LLC to Amend Certificate of Public Convenience and Necessity No. 514 to Expand its Service Area and in the Matter of Application Filed by Interior Alaska Natural Gas Utility for a Certificate



of Public Convenience and Necessity to Operate as a Natural Gas Utility in Areas of the Fairbanks North Star Borough, RCA Docket Nos. U-13-083/U-13-103, September 9, 2013.

Before the Alberta Handling Commission, Written report of Memoranda in re Retail Margins (Handling Fee) for the Alberta Bottle Depots August 29, 2013.

Before the Illinois Commerce Commission, Testimony in re Enbridge Pipelines (FSP) L.L.C., Docket No. 12-0347, July 3, 2012.

Before the Federal Energy Regulatory Commission and the Regulatory Commission of Alaska, Prepared Supplemental Reply Testimony., On Behalf of Anadarko Petroleum Corporation and Tesoro Alaska Company, Phase II Cost of Service-FERC/RCA Concurrent Hearing, Docket No. IS09-348-006, et al., June, 19, 2012.

Before the National Energy Board, Written Evidence on Behalf of Westcoast Energy, Case No. GH-001-2012, May 29, 2012.

Before the Federal Energy Regulatory Commission and the Regulatory Commission of Alaska, Prepared Supplemental Testimony. on Behalf of Anadarko Petroleum Corporation and Tesoro Alaska Company, Phase II Cost of Service-FERC/RCA Concurrent Hearing, May 4, 2012.

Before the Alberta Utility Commission, Written Evidence on behalf of EPCOR Distribution and Transmission Inc., Performance Based Ratemaking Proceeding, Appendix C, Application No. ___; Proceeding ___; July 22, 2011.

Expert Report in Support of the Formation of the Energy Interchange Natural Gas Network Hub in Central Louisiana, on behalf of Energy Interchange Joint Application for Certificates of Public Convenience and Necessity, Abandonment Authority, and for Authority to Offer New Market Based Rates; Docket No. CP11-___; June 2011.

Before the Alberta Handling Commission, on behalf of the Beverage Container Management Board re Appropriate Margin; November 9, 2010.

Before the Alberta Utility Commission, Written Evidence on behalf of ATCO Gas 2011-2012 General rate application, Section 4.4 Appendix A, November 8, 2010.

Before the Federal Energy Regulatory Commission, Comments re Supplemental Notice of Proposed Rulemaking and Notice of Technical Conference, Docket RM10-17-000, August 25, 2010.

Before the Federal Energy Regulatory Commission, Prepared Testimony on Behalf of Puget Sound Energy's Proposed amendment to its Open Access Transmission Tariff to add Schedule 12, Wind Integration-Within Hour Generation Following Service; Docket No. ER10-___000, June 14, 2010.

Before the Federal Energy Regulatory Commission, Comments on behalf of PJM Interconnection, LLC in re Demand Response Compensation in Organized Wholesale Energy Markets, Docket RM 10-17-00, April 27, 2010.



Before the Alberta Utility Commission, Written Evidence on behalf of EPCOR Distribution and Transmission Inc., in re 2010-2011 Phase I Distribution Tariff and 2010-2011 Transmission Facility Owner Tariff, Appendix G-10, December 22, 2009.

Retail Margin Evidence on behalf of EPCOR Energy Alberta Inc., in re: 2010-2011 Regulated Tariff Application, AppendixE-5, December 22, 2009.

Before the Alberta Utilities Commission, Written Rebuttal Evidence for EPCOR Energy Alberta, Inc., Review Hearing on the AEUB Decision 2008-031, 2007-2009 Regulated Rate Tariff Non-Energy Return, Application No. 1577836 Proceeding Id. 174, September 28, 2009.

Before the Public Utilities Commission of the State of California, Supplemental Rebuttal Testimony on Behalf of the Navajo Nation, In re: Application of Southern California Edison Company Regarding the Distribution of SO2 Allowance Sales Proceeds Related to the Suspended Operation of Mohave Generating Station, Application 06-12-022, August 19, 2009.

Before the Alberta Utilities Commission, Rebuttal Testimony in Support of AltaLink Management LTD 2009-2010 General Tariff Application, April 16, 2009.

Before the Alberta Utilities Commission, Written Evidence In Support of EPCOR Energy Alberta Inc. Review Hearing on AEUB Decision 2008-031 2007-2009 Regulated Rate Tariff (RRT) Non-Energy Return, Appendix T, Application No. 1577836, Proceeding ID 174, April 9, 2009.

Before the Alberta Utilities Commission, Rebuttal Evidence on Behalf of ATCO Electric, Application No. 1578371, February 4, 2009.

Before the Alberta Utilities Commission, Testimony in Support of AltaLink Management LTD 2009-2010 General, Tariff Application, September 16, 2008.

Before the Public Utilities Commission of the State of California, Rebuttal Testimony. on Behalf of the Navajo Nation, in re Application of Southern California Edison Company (U 338-E) Regarding the Distribution of SO2 Allowance Sale Proceeds Related to the Suspended Operation of Mohave Generating Station, Application 06-12-022, August 1, 2008

Before the Public Utilities Commission of the State of California, Direct Testimony on Behalf of the Navajo Nation, in re Application of Southern California Edison Company (U 338-E) Regarding the Distribution of SO2 Allowance Sale Proceeds Related to the Suspended Operation of Mohave Generating Station, Application 06-12-022, August 1, 2008.

Before the North Carolina Utilities Commission, Rebuttal Testimony for Duke Energy Carolinas, In re: Application of Duke Energy Carolinas, LLC for Approval of Save-a-Watt Approach, Energy Efficiency Rider, and Portfolio of Energy Efficiency Programs, Docket No. E-7, SUB 831, July 21, 2008

Before the Nebraska Public Service Commission, Prefiled Direct Testimony On Behalf of SourceGas Distribution, LLC and Kinder Morgan, Inc., Docket No. FC-1327, July 9, 2008.

Before the Alberta Utility Commission, Direct Evidence on Behalf of ATCO Electric, Application No. 1578371, July 4, 2008.



Before the Indiana Utility Regulatory Commission, Rebuttal Testimony on related to energy efficiency on Behalf of Duke Energy Indiana, Inc. Case No. 43373, July 2, 2008.

Before the Arizona Corporation Commission, Affidavit in Support of Arizona Public Service Company's Motion for Interim Rate, Docket No. E-01345A008-0172, June 4, 2008.

Before the Illinois Commerce Commission, Sur-rebuttal, on Behalf of Enbridge Pipelines (Illinois) LLC, Docket No. 07-0446, May 21, 2008.

Before the North Carolina Utilities Commission, Direct Testimony in re Application of Duke Energy Carolinas, LLC for Approval of Save-a-Watt Approach, Energy Efficiency Rider, and Portfolio of Energy Efficiency Programs, Docket No. E-7, SUB 831, April 3, 2008.

Before the Illinois Commerce Commission, Reply Testimony on Behalf of Enbridge Pipelines (Illinois) LLC, Docket No. 07-0446, February 4, 2008.

Before the Public Service Commission of South Carolina, Rebuttal Testimony for Duke Energy Carolinas, In re: Application of Duke Energy Carolinas, LLC For Approval of Energy Efficiency Plan Including Energy Efficiency Rider and Portfolio of Energy Efficiency Programs, January 2008.

Before the Public Utility Commission of Oregon, Declaration (with Jeffrey A. Dubin) in Response to Wah Chang's Renewed, Supplemental and Alternative Motions to Compel Compliance with DR 203, In *Wah Chang v PacifiCorp*, UM 1002, November 19, 2007.

Before the Public Utility Commission of Oregon, Declaration in Support of PacifiCorp's Post Hearing Brief, In *Wah Chang v. PacifiCorp*, UM 1002, November 12, 2007.

Before the Illinois Commerce Commission, Testimony on Behalf of Enbridge Pipelines (Illinois) LLC, Docket No. 07-0446, October 5, 2007.

Before the Public Utility Commission for the State of Oregon, Supplemental Reply Testimony (with Jeffrey A. Dubin, Ph.D.) In *Wah Chang v. PacifiCorp*, Docket No. UM 1002, July 31, 2007.

Before the Oregon Public Utility Commission, Deposition in *Wah Chang v. PacifiCorp*, UM 1002, June 14, 2007.

Before the Oregon Public Utility Commission, Reply Testimony In *Wah Chang v. PacifiCorp*, UM 1002, May 24, 2007.

Before the Illinois Commerce Commission, Expert Testimony of On Behalf of Enbridge Energy Partners, L.P. and Enbridge Energy, Limited Partnership, Docket No. 06-0470, December 21, 2006.

Before the Alberta Energy and Utility Board, Expert Testimony on behalf of DERS and ENMAX In Support of The Direct Energy Regulated Services Default Rate Tariff and Regulated Rate Tariff Application in 2007 and 2008, December 15, 2006.

Before the Alberta Handling Commission, Written report Memoranda in re Retail Margins (Handling Fee) for the Alberta Bottle Depots September 19, 2006.



Before the Alberta Utility Board, Rebuttal Evidence on Behalf of DERS re Application for Approval of Regulated Rate Tariff (RRT), August 11, 2006.

Before the Alberta Utility Board, Rebuttal Evidence on Behalf of ENMAX re Application for Approval of Regulated Rate Tariff (RRT), August 11, 2006.

Before the Alberta Energy and Utility Board, Expert Testimony In Support of The Enmax Energy Corporation Application for Approval of a Regulated Rate Tariff (RRT) to take effect July 1, 2006, Pursuant to Section 103 of the Electric Utilities Act and Section 23 of the Regulated Rate Option Regulation, April 4, 2006.

Before the Alberta Energy and Utility Board, Expert Testimony In Support of The Direct Energy Regulated Services Application for Approval of a Regulated Rate Tariff (RRT) to take effect July 1, 2006, Pursuant to Section 103 of the Electric Utilities Act and Section 26 of the Regulated Rate Option Regulation, March 21, 2006.

Before the FERC, Prepared Reply Testimony on behalf of Idacorp Energy L.P. and Idaho Power Company, Docket No. EL00-95-147, EL00-98-134, October 17, 2005.

Before the FERC, Prepared Reply Testimony of on behalf of Avista Energy Inc., Docket No. EL 00-95-000, EL00-98-000, November 7, 2005.

Before the FERC, Prepared Supplemental Testimony on behalf of Avista Energy Inc., Docket No. EL00-95-000, EL00-98-000, September 30, 2005.

Before the FERC, Prepared Testimony on behalf of Idacorp Energy L.P. and Idaho Power Company, Docket No. EL00-95-000, EL00-98-000, September 14, 2005.

Before the FERC, Prepared Testimony on behalf of Avista Energy Inc., Docket No. EL00-95-000, EL00-98-000, September 14, 2005.

Before the Florida Public Service Commission, Rebuttal Testimony on behalf of Progress Energy Florida, Docket No. 050078-EI, August 5, 2005.

Before the Florida Public Service Commission, Direct Testimony o on behalf of Progress Energy Florida, Review of Progress Energy Florida's Rate Case Filing, Docket No. 050078, April 29, 2005.

Before the FERC, on Behalf of Pepco Holdings, Inc. in Docket No. EC05-43-000, April 11, 2005.

Before the FERC, Affidavit to Comment on Order Granting Motion and Requesting Comments in *San Diego Gas & Electric Company v. Sellers Of Energy and Ancillary Service Into Markets Operated by the California Independent System Operator Corporation And the California Power Exchange*, Docket No. EL00-95-045, EL00-98-042, January 10, 2005.

Before the Washington Utilities and Transportation Commission, Prefiled Rebuttal Testimony on behalf of Puget Sound Energy, Inc., Docket No. UE-04/UG-04, November 2004.

Before the National Energy Board, Direct Evidence In the Matter of TransCanada Pipelines, RH-3-2004, June 21, 2004.



Before the California Public Utilities Commission, Rebuttal Testimony on behalf of The Navajo Nation, Application No. 02-05-046, June 4,2004.

Before the California Public Utilities Commission, Superseding Testimony on behalf of The Navajo Nation, Application No. 02-05-046, May 14, 2004.

Before the California Public Utilities Commission, Reply Testimony on behalf of Cal-CLERA, Docket No. R03-10-003, May 7, 2004.

Before the California Public Utilities Commission, Prepared Testimony on behalf of Cal-CLERA and the City of Victorville, Docket No. R03-10-003, April 15, 2004.

Before the Washington Utilities and Transportation Commission, Prefiled Direct Testimony on behalf of Puget Sound Energy, Inc., Docket No. UE-04/UG-04, April 5, 2004.

Before the FERC, Affidavit for the Independent Energy Producers, on Behalf of Mountainview Power, January 8, 2004.

On Behalf of VENCorp (Australia), Final Report on Stage 1 Definition of Market Design Packages, December 24, 2003.

On Behalf of VENCorp (Australia), Initial Report on Stage 1 Definition of Market Design Packages, December 8, 2003.

Before the Public Utilities Commission of the State of California, Prepared Rebuttal Testimony on behalf of The Navajo Nation, Application No. 02-05-046, October 29, 2003.

Before the Public Utilities Commission of the State of California, Comments on behalf of The California Clean Energy Resources Authority (Cal-CLERA), October 22, 2003.

Before the Public Utilities Commission of California, Prepared Direct Testimony on behalf of The Navajo Nation, Application No. 02-5-046, October 10, 2003.

Before the Public Utilities Commission of California, Prepared Rebuttal Testimony on behalf of the Independent Energy Producers Association, Docket No. A-03-03-032, October 6, 2003.

Before the California Public Utilities Commission, Prepared Direct Testimony on behalf of the Independent Energy Producers Association (IEP), Docket No. A.03-07-032, September 29, 2003.

Before the FERC, Testimony on behalf of BP Energy, Docket No. EL03-60-000, April 16, 2003.

Before the FERC, Testimony on behalf of Idacorp Energy L.P. and Idaho Power Company, Docket No. EL01-10-007, March 20, 2003.

Before the FERC, Testimony on Behalf of Avista Energy, Inc., BP Energy Company, Idacorp Energy L.P., Puget Sound Energy Inc., TransAlta Energy Marketing (U.S.) Inc., TransAlta Energy Marketing (California) Inc., and TransCanada Energy, Ltd., Docket No. EL00-95-075, EL00-98-063, March 3, 2003.



Before the FERC, Affidavit to Comment on FERC Staff's Recommendations Related to Natural Gas Prices in California's Electric Markets During the Refund Period, Docket No. EL00-95-045, EL00-98-042, October 14, 2002.

Before the FERC, Prepared Reply Testimony on Behalf of Avista and Accompanying Exhibits, Docket No. EL00-95-045, EL00-98-042, August 9, 2002.

Before the FERC, Prepared Rebuttal Testimony Issues II and III, Docket No. EL00-95-045, EL00-98-042, July 26, 2002.

Before the FERC, Prepared Responsive Testimony Issues II and III, Docket No. EL00-95-045, EL00-98-042, July 3, 2002.

Before the US House of Representatives Subcommittee on Energy Policy, Natural Resources and Regulatory Affairs, Comments in the Matter of "California's Electricity Markets: The Case of Enron and Perot Systems," on behalf of Perot Systems Corporation, July 22, 2002.

Before the Arizona Corporation Commission, Supplemental Testimony on behalf of Arizona Public Service Company, Docket No. E-00000A-02-0051m June 26, 2002.

Before the Arizona Corporation Commission, Rebuttal Testimony on behalf of Arizona Public Service Company, Docket No. E-00000A-02-0051, et al., June 11, 2002.

Before the Alberta Energy and Utilities Board, In the Matter of an Application by NOVA Gas Transmission Ltd. For Fort Saskatchewan Extension & Scotford Sales Meter Station & Josephburg Sales Meter Station & Astotin Sales Meter Station, Supplemental Evidence May 7, 2002.

Before the Arizona Corporation Commission, Rebuttal Testimony on behalf of Arizona Public Service Company, Docket No. E-01345A-01-0822, April 22, 2002.

Before the Alberta Energy Board, Evidence In the Matter of An Application by NOVA Gas Transmission Ltd. for Fort Saskatchewan Extension & Scotford Sales Meter Station & Josephburg Sales Meter Station & Astotin Sales Meter StationMarch 26, 2002.

Before the Florida Public Service Commission, Rebuttal Testimony on behalf of Florida Power Corporation, Docket No. 000824-EI, February 11, 2002.

Before the Federal Energy Regulatory Commission, Prepared Supplemental Testimony on behalf of Avista Energy Inc., BP Energy Company, Coral Power, LLC, IDACORP Energy, LP, Puget Sound Energy and Sempra Energy Trading Corp (Competitive Supplier Group), Docket No. EL00-95-045 – EL00-98-042, January 31, 2002.

Before the Federal Energy Regulatory Commission Deposition testimony on behalf of Competitive Suppliers Group, Docket Nos. EL00-95-045 and EL00-98-042, November 28, 2001. (FERC)

Before the Federal Energy Regulatory Commission, Issue I. Prepared Testimony., on behalf of the Competitive Suppliers Group (Cal Refund), Docket No. EL00-95-045 – EL00-98-042, November 6, 2001.



Before the Florida Public Service Commission, Direct Testimony on behalf of Florida Power Corporation, Docket No. 000824-EI, September 14, 2001.

Before the Federal Energy Regulatory Commission, prepared Direct Testimony and Exhibits on behalf of Idacorp Energy, L.P., Docket Nos. EL01-10-000 and EL01-10-001, August 27, 2001.

Before the State Corporation Commission of the State of Kansas, Rebuttal Testimony on behalf of Western Resources, Inc., Docket No. 01-WRSE-949-GIE, June 2001.

Before the State Corporation Commission of the State of Kansas, Direct Testimony on behalf of Western Resources, Inc., Docket No. 01-WRSE-949-GIE, June 2001.

Before the California Energy Commission, Statement and Affidavit re the Baldwin Energy Facility, June 2001.

Before the State Corporation Commission of the State of Kansas, Surrebuttal Testimony on behalf of Western Resources, Inc., Docket No. 01-WRSE-436-RTS, May 2001.

Before the State Corporation Commission of the State of Kansas, Rebuttal Testimony on behalf of Western Resources, Inc., Docket No. 01-WRSE-436-RTS, April 2001.

Before the State Corporation Commission of the State of Kansas, Direct Testimony on behalf of Western Resources, Inc., Docket No. 01-WRSE-436-RTS, January 2001.

Before the Federal Energy Regulatory Commission, Affidavit on behalf of Entergy Power Marketing Corp. and Koch Energy Trading, Inc., Docket No. EC00-106, 20 June 2000.

Before the Federal Energy Regulatory Commission, Affidavit on behalf of Western Resources, Inc., Docket No. ER00-00-000, 28 April 2000.

Before the Public Service Commission of Florida, Intervenor Testimony on behalf of Florida Power Corporation, Docket No. 991462, 7 March 2000.

Before the Public Service Commission of Wisconsin, Direct Testimony on behalf of ANR Pipeline Company, Docket No. 6650-CG-194, 6 March 2000.

Before the Federal Energy Regulatory Commission, Rebuttal Testimony on behalf of Duke Energy South Bay, LLC, Docket Nos. ER98-496-000 and ER98-2160-000, 1 March 2000.

Before the Federal Energy Regulatory Commission, Affidavit on behalf of ANR Pipeline Company, Docket Nos. CP00-36-000, CP00-37-000, and CP00-38-000, 28 December 1999.

Before the Federal Energy Regulatory Commission, Direct Testimony on behalf of Duke Energy South Bay, LLC, Docket Nos. ER98-496-000 and ER98-2160-000, 22 December 1999.

Before the Public Service Commission of Wisconsin, Rebuttal Testimony on behalf of Alliant Energy Corporation, Docket Nos. 9403-YI-100 and 6680-UM-100, 23 September 1999.

Before the Public Service Commission of Wisconsin, Direct Testimony on behalf of Alliant Energy Corporation, Docket Nos. 9403-YI-100 and 6680-UM-100, 1 July 1999.



Before the Public Service Commission of the State of Missouri, Surrebuttal Testimony on behalf of Western Resources, Inc. and Kansas City Power & Light, Case No. EM-97-515, 10 June 1999.

Before the State Corporation Commission of the State of Kansas, Rebuttal Testimony on behalf of Western Resources, Inc., Docket No. 97-WSRE-676-MER, 18 March 1999.

Before the Federal Energy Regulatory Commission, Affidavit on behalf of Duke Energy South Bay LLC, Docket No. ER98-496-000 and ER98-2160-000, February 1999.

Before the Georgia Public Service Commission, Rebuttal Testimony on behalf of Georgia Power Company, GPSC Docket No. 9355-U, 27 October 1998.

Before the Public Service Commission of the State of Missouri, Direct Testimony on behalf of Western Resources, Inc. and Kansas City Power & Light Company, Case No. EM-97-515, Vol. III, June 1998.

Before the State Corporation Commission of the State of Kansas, Direct Testimony on behalf of Western Resources, Inc., Docket No. 97-WSRE-676-MER, 17 June 1998.

Before the Georgia Public Service Commission, Direct Testimony on behalf of Georgia Power Company, GPSC Docket No. 9355-U, 3 June 1998.

Before the Federal Energy Regulatory Commission, Direct Testimony on behalf of Duke Energy, Docket No. ER98-496-000 and ER98-2160-000 24 April 1998.

Before the Public Service Commission of Wisconsin, Surrebuttal Testimony on behalf of Wisconsin Electric Power Company, Docket No. 05-BE-100, __ March 1998.

Before the Public Service Commission of Wisconsin, Rebuttal Testimony on behalf of Wisconsin Electric Power Company, Docket No. 05-BE-100, 23 March 1998.

Before the Public Service Commission of Wisconsin, Testimony on behalf of Wisconsin Electric Power Company, Docket No. 05-BE-100, 9 March 1998.

Before the Pennsylvania Public Utilities Commission, Rebuttal Testimony on behalf of Pennsylvania Power Company, Docket No. R-00974149, 19 February 1998.

Before the State Corporation Commission of Kansas, Prepared Statement on behalf of Western Resources, Inc., 28 October 1997

Before the Federal Energy Regulatory Commission, Testimony on behalf of Wisconsin Energy Corporation and ESELCO, Inc., Docket No. EC97-___-000, 22 October 1997.

Before the Pennsylvania Public Utilities Commission, Direct Testimony on behalf of Pennsylvania Power Company, Docket No. R-00974149, 26 September 1997.

Before the Public Utilities Commission of the State of California, Testimony on behalf of Southern California Edison Company, Docket No. U-338-E, September 15, 1997.



Before the Federal Energy Regulatory Commission, Affidavit on behalf of The Power Company of America, L.P., Docket No. ER95-111-000, November 1, 1996.

Before the Public Service Commission of Wisconsin, Rebuttal Testimony on behalf of Wisconsin Energy Corporation, Wisconsin Electric Power Company, *et.al.* (Applicants), Docket Nos. 6630-UM-100, 4220-UM-101, October 23, 1996.

Before the Public Utilities Commission of the State of California, Rebuttal Testimony on behalf of Pacific Telesis Group, No. 96-04-038, October 15, 1996.

Before the Commonwealth of Massachusetts Department of Public Utilities, Rebuttal Testimony on behalf of Boston Gas Company, Docket No. D.P.U. 96-50, Exhibit BGC-117, August 16, 1996.

Before the State Corporation Commission of the State of Kansas, Revised Direct Testimony on behalf of Western Resources, Inc. and Kansas Gas and Electric, Docket Nos. 193,306-U and 193,307-U, July 11, 1996.

Before the Federal Energy Regulatory Commission, Prepared Rebuttal Testimony on behalf of Koch Gateway, Docket No. RP95-362-000, June 18, 1996.

Before the Federal Energy Regulatory Commission, Rebuttal Testimony on behalf of Wisconsin Electric Power Company, Northern States Power Company (Minnesota and Wisconsin), and Cenerprise, Docket Nos. EC95-16-000, ER95-1357-000, and ER95-1358-000, May 28, 1996.

Before the Arkansas Public Service Commission, Rebuttal Testimony on behalf of Arkansas Power & Light, Docket No. 89_128 U, 1996.

Before the New Mexico Public Utility Commission, Direct Testimony on behalf of Southwestern Public Service Company, Case No. _____, November 1995.

Before the State Corporation Commission of the State of Kansas, Direct Testimony on behalf of Kansas Gas and Electric Company, August 11, 1995.

Before the Federal Energy Regulatory Commission, Direct Testimony on behalf of Koch Gateway Pipeline Company, Docket No. RP-95-  -000, June 28, 1995.

Before the National Energy Board of Canada, Evidence in the Matter of Fort St. John and Grizzly Valley Expansion Projects, British Columbia Gas, January 1995.

Before the Federal Energy Regulatory Commission, Rebuttal Comments in the Matter of Pricing Policy for New and Existing Facilities Constructed by Interstate Natural Gas Pipelines on behalf of Cascade Natural Gas Corporation, *et.al.* Docket No. PL94-4-000, December 5, 1994.

Before the Federal Energy Regulatory Commission, Comments Related to Pricing Policy for New and Existing Facilities Constructed by Interstate Natural Gas Pipelines on behalf of Cascade Natural Gas Corporation, LFC Gas Company, Northwest Natural Gas Company, and Washington Natural Gas Company, Docket No. PL94-4-000, November 4, 1994.

Affidavit on behalf of Barr Devlin, October 1994. (FERC)



Before the Federal Energy Regulatory Commission, Comments and Responses Related to Pricing Policy for New and Existing Facilities Constructed by Interstate Natural Gas Pipelines on behalf of Cascade Natural Gas Corporation, LFC Gas Company, Northwest Natural Gas Company, and Washington Natural Gas Company, Docket No. PL94-4-000, September 26, 1994.

Before the Federal Energy Regulatory Commission, Statement on behalf of Buckeye Pipe Line Company, L.P., Docket Nos. OR94-6-000 and IS87-14-000, February 22, 1994.

Before the Federal Energy Regulatory Commission, Surrebuttal Testimony on behalf of Koch Gateway Pipeline Company, Docket No. RP93-205-000, November 29, 1993.

Before the Federal Energy Regulatory Commission, Direct Testimony on behalf of Koch Gateway Pipeline Company, Docket No. RP93-205-000, September 30, 1993.

Before the Indiana Utility Regulatory Commission, Direct Testimony on behalf of PSI Energy, Inc.(now Duke Energy Indiana), Cause Nos. 39646, 39584-S1, June 23, 1993.

Before the Minnesota Public Utilities Commission, Rebuttal Testimony on behalf of Northern States Power Company, Docket Nos. E002/GR-92-1185, G002/GR-92-1186, March 23, 1993.

Before the Pennsylvania Public Utility Commission, Rebuttal Testimony on behalf of Pennsylvania Gas and Water Company, Docket No. R-22482, March 9, 1993.

Before the State of Maine Public Utilities Commission, Direct Testimony on behalf of Central Maine Power, Docket No. 90-085-A, January 7, 1993.

Before the Federal Energy Regulatory Commission, Affidavit regarding Order 636-A Compliance Filing Proposed Restructuring on behalf of United Gas Pipe Line Company, Docket No. RS92-26-000, October 29, 1992.

Before the Federal Energy Regulatory Commission, Rebuttal and Cross Answering Testimony on behalf of Exxon Pipeline Company, Docket Nos. IS92-3-000, *et.al.*, August 10, 1992.

Before the Arizona Corporation Commission Task Force on Externalities, Comments in Response to Shortcomings and Pitfalls in Attempts to Incorporate Environmental Externalities into Electric Utility Least-cost Planning, Docket No. U-000-92-035, March 20, 1992.

Before the Federal Energy Regulatory Commission, Rebuttal Testimony on behalf of Texas Eastern Transmission Corporation, Docket Nos. CP90-2154-000, RP85-177-008, RP88-67-039, *et.al.*, RP90--119-001, *et.al.*, RP91-4-000, RP91-119, and RP90-15-000, January 30, 1992.

Before the Federal Energy Regulatory Commission, Rebuttal Testimony on behalf of Washington Gas Light Company, Docket Nos. RP90-108-000, *et.al.*, RP90-107-000, January 17, 1992.

Before the Federal Energy Regulatory Commission, Comments in Response to Notice of Proposed Rulemaking on behalf of United Gas Pipe Line Company, Docket No. RM92-11-000, October 15, 1991.

Before the Federal Energy Regulatory Commission, Direct Testimony on behalf of Washington Gas Light Company, Docket Nos. RP91-82-000, *et.al.*, August 27, 1991.



Before the Arizona Corporation Commission, Rejoinder Testimony on behalf of Arizona Public Service Company, Docket Nos. U-1345-90-007 and U-1345-89-162, June 18, 1991.

Before the Federal Energy Regulatory Commission, Comments submitted in Response to Notice of Public Conference and Request for Comments on Electricity Issues, Docket No. PL1-1-000, June 10, 1991.

Before the Arizona Corporation Commission, Rebuttal Testimony on behalf of Arizona Public Service Company, Phase II, Docket Nos. U-1345-90-007 and U-1345-89-162, May 3, 1991.

Before the Federal Energy Regulatory Commission, Direct Testimony on behalf of United Gas Pipe Line Company, Docket Nos. RP91-126-000, CP91-1669-000, CP91-1670-000, CP91-1671-000, CP91-1672-000, and CP91-1673-000, April 15, 1991.

Before the Federal Energy Regulatory Commission, Comments on Electricity Issues, Docket No. PL91-1-000, April 12, 1991.

Before the Arizona Corporation Commission, Rebuttal Testimony on behalf of Arizona Public Service Company, Docket No. U-0000-90-088, November 26, 1990.

Before the State of Maine Public Utilities Commission, Rebuttal Testimony and Exhibits on behalf of Central Maine Power, Docket No. 90-076, November 16, 1990.

Before the State Corporation Commission of Virginia, Direct Testimony on behalf of Historic Manassas, Inc., SCC Case No. PUE 890057, VEPCO Application 154, November 2, 1990.

Before the Iowa Utilities Board, Comments Prepared at the Request of Iowa Electric Light and Power Company on Iowa's Proposed Rulemaking Related to Utility Energy Efficiency Programs, Docket No. RMU90-27, October 15, 1990.

Before the Arkansas Public Service Commission, Testimony on behalf of Arkla, Inc., Docket no. 90-036-U, August 31, 1990.

Before the Federal Energy Regulatory Commission, Rebuttal Testimony on behalf of Northeast Utilities Service Company, Docket Nos. EC90-10-000, ER90-143-000, ER90-144-000, ER90-145-000 and EL90-9-000, July 20, 1990.

Before the Illinois Commerce Commission, Testimony on behalf of Commonwealth Edison, Docket No. 90-0169, July 17, 1990.

Before the Federal Energy Regulatory Commission, Rebuttal Testimony on behalf of New York State Customer Group (Niagara Mohawk Power Corporation; Rochester Gas & Electric Corporation; New York State Electric & Gas Corporation), Docket Nos. RP88-211-000, RP88-10-000, RP90-27-000, June 1, 1990.

Before the Federal Energy Regulatory Commission, Statement on behalf of Public Service Company of Indiana, now Duke Energy Indiana, Docket Nos. ER89-672-000, February 15, 1990.

Before the Federal Energy Regulatory Commission, Prepared Direct Testimony submitted on behalf of The New York State Customer Group, which includes Niagara Mohawk Power Corporation, Rochester Gas and Electric



Corporation and New York State Electric & Gas Corporation, Docket Nos. RP88-211-000, RP88-10-000, RP88-215-000 and RP90-27-000, January 23, 1990.

Before the Arkansas Public Service Commission, Rebuttal Testimony on behalf of Arkansas Power & Light Company, Docket No. 89-128-U, January 12, 1990.

Before the Federal Energy Regulatory Commission, Prepared Answering Testimony Sponsored by Texas Eastern Transmission Corporation, Docket Nos. RP88-67-000 and RP88-81-000, January 10, 1990.

Before the Federal Energy Regulatory Commission, Comments on the Federal Energy Regulatory Commission's Proposed Policy Statement on Gas Inventory Charges, Docket No. PL89-10999, July 1989.

Before the Public Utilities Commission of Texas, Direct Testimony on behalf of Enron-Dominion Cogen Corporation, Docket No. 8636, June 12, 1989.

Before the Maine Public Utilities Commission, Direct Testimony on behalf of Central Maine Power Company, Docket No. 88-310, March 1, 1989.

Before the Public Utilities Commission of Ohio, Comments Submitted on behalf of Dayton Power and Light Company, In the Matter of the Revision and Promulgation of Rules for Long Term Forecast reports and Integrated Resource Plans of Electric Light Companies, Case no. 88-816-EL-OR, November 21, 1988.

Before the Federal Energy Regulatory Commission, Comments of the Energy and Environmental Policy Center, RE:  Regulations Governing Independent Power Producers, Docket No. RM88-4-000, July 18, 1988.

Before the Federal Energy Regulatory Commission, Comments of the Energy and Environmental Policy Center, RE:  Regulations Governing Bidding Programs, Docket No. RM88-5-000, July 18, 1988.

Before the Federal Energy Regulatory Commission, Comments of the Energy and Environmental Policy Center, Re:  Administrative Determination of Full Avoided Costs, Sales of Power to Qualifying Facilities, and Interconnection Facilities, Docket No. RM88-66-000, July 18, 1988.

Before the Maine Public Utilities Commission, Testimony on behalf of Central Maine Power Company, Docket No. 88-111, June 22, 1988.

Before the Federal Energy Regulatory Commission, Comments of the Energy and Environmental Policy Center, Re:  Brokering of Interstate Natural Gas Pipeline Capacity, Docket No. RM88-13-000, June 17, 1988.

Before the Federal Energy Regulatory Commission, Comments of the Energy and Environmental Policy Center, Re:  Administrative Determination of Full Avoided Costs, Sales of Power to Qualifying Facilities, and Interconnection Facilities, Docket No. RM88-6-000, June 16, 1988.

Before the Federal Energy Regulatory Commission, Rebuttal Testimony on behalf of Public Service Company of New Mexico, April 12, 1988.

Before the Federal Energy Regulatory Commission, Oral Comments, Re:  Order No. 500, Docket No. RM87-34-000 *et.al.*, March, 1988.



Before the Federal Energy Regulatory Commission, Statement on behalf of Transwestern Pipeline Company, Docket No. CP88-143-000, March, 1988.

Before the Public Service Commission of New Hampshire, Testimony on behalf of Public Service Company of New Hampshire, Docket No DR88-000, January 7, 1988.

Before the Ontario Energy Board, Testimony on behalf of ICG Utilities (Ontario) LTD, *The 1987 Amended Gas Pricing Agreement*, E.B.R.O. 411-III *et.al.*, November, 1987.

Before the New Hampshire Public Utility Commission, Technical Statement on behalf of Public Service Company of New Hampshire, Filing of special Contract No. NHPUC-54 Between Nashua Corporation and Public Service Company of New Hampshire, October 30, 1987.

Before the Federal Energy Regulatory Commission, Statement on behalf of Arkla, Inc., included as an exhibit in Arkla, Inc.'s Comments on Notice of Proposed Rulemaking, Docket No. RM87-34-000, October 13, 1987.

Before the Pennsylvania Public Utility Commission, Rebuttal Testimony on behalf of West Penn Power Company, Docket No. R-850220, September 28, 1987.

Before the Public Service Commission of New York, Prepared Rebuttal Testimony on behalf of National Fuel Gas Distribution Company, September 14, 1987.

Before the New Hampshire Public Utilities Commission, Prefiled Direct Testimony on behalf of Public Service Company of New Hampshire, Docket No. DR87-151, August 28, 1987.

Before the Pennsylvania Public Utility Commission, Direct Testimony on behalf of West Penn Power Company, Docket No. R-850220, Reconsideration, July 27, 1987.

Before the Commonwealth of Massachusetts Department of Public Utilities, Statement on behalf of Boston Edison Company, Docket Nos. 86-36, June 12, 1987.

Before the State of Illinois Commerce Commission, Rebuttal Testimony on behalf of Commonwealth Edison Company, Docket Nos. 87-0043, 87-0044, 8700096, May 4, 1987.

Before the Federal Energy Regulatory Commission, Comments on behalf of Tennessee Gas Pipeline Company, *In the Matter of Iroquois Gas Transmission System*, Docket No. CP86-523-001, March 9, 1987.

Before the New Hampshire Public Utility Commission, Direct Testimony on behalf of Public Service Company of New Hampshire, NHPUC Docket No. DR86-122, March 3, 1987.

Before the Federal Energy Regulatory Commission, Comments on behalf of Transwestern Pipeline Company, *In the Matter of Notice of Inquiry into alleged anticompetitive Practices Related to Marketing Affiliates of Interstate Pipelines*, Docket No. RM87-5-000, December 29, 1986.

Before the Maine Public Utilities Commission, Testimony on behalf of Central Maine Power Company, Docket No. 86-215, Re:  Proposed Amendments to Ch. 36, December 18, 1986.



Before the Utah Public Service Commission, Surrebuttal Testimony on behalf of NUCOR Steel Corporation, *In the Matter of the Investigation of Cost of Service Issues for Utah Power & Light Company*, Case No. 85-035-06, December 5, 1986.

Before the Public Service Commission of New York, Prepared Direct Testimony on behalf of National Fuel Gas Distribution Corporation, Case Nos. 38947 and 28954, November 21, 1986.

Before the Federal Energy Regulatory Commission, Prepared Rebuttal Testimony on behalf of Transwestern Pipeline Company, Docket No. RP86-126, November 13, 1986.

Before the Federal Energy Regulatory Commission, Prepared Cross-Answering Testimony on behalf of Members of the New England Customer Group, Docket No. RP86-119, October 28, 1986.

Before the Federal Energy Regulatory Commission, Prepared Testimony on behalf of Members of the New England Customer Group, Docket No. RP86-119, October 14, 1986.

Before the Utah Public Service Commission, Rebuttal Testimony on behalf of NUCOR Steel Corporation, Docket No. 85-035-04, September 30, 1986.

Before the State of New Jersey Department of Energy, Board of Public Utilities, Rebuttal Testimony on behalf of Elizabethtown Gas Company, September, 1986.

Before the State of Illinois Commerce Commission, Testimony on behalf of Commonwealth Edison Company, Docket No. 86-0249, August 25, 1986.

Before the Public Utilities Commission of Ohio, Rebuttal Testimony on behalf of Ohio Power Company, Case No. 85-726-EL-AIR, April, 1986.

Before the State of New Jersey Department of Energy, Board of Public Utilities, Testimony on behalf of Elizabethtown Gas Company, Docket No. 8112-1039, March, 1986.

Before the Maine Public Utilities Commission, Rebuttal Testimony on behalf of Central Maine Power Company, Docket No. 85-132, March, 1986.

Before the Federal Energy Regulatory Commission, Comments on behalf of National Economic Research Associates, Inc., *Notice of Inquiry Re: Regulation of Electricity Sales-for-Resale and Transmission Service, 18 C.F.R. Parts 35 and 290, Issued June 28, 1985*, Docket No. RM85-17-000 (Phase II), January 23, 1986.

Before the Alaska Public Utilities Commission, Rebuttal Testimony on behalf of Seagull, Enstar Corporation, and Enstar Natural Gas Company, U-84-67, December, 1985.

Before the Virginia State Corporation Commission, Rebuttal Testimony on behalf of Dominion Resources, Inc. and Virginia Electric and Power Company, Case No. PUE 830060, November 26, 1985.

Before the Federal Energy Regulatory Commission, Comments on behalf of National Economic Research Associates, Inc., *Notice Requesting Supplemental Comments Re:  Regulation of Natural Gas Pipeline After Partial Wellhead Decontrol*, Docket No. RM85-1-000 (Part D), November 18, 1985.



Before the Federal Energy Regulatory Commission, Oral Comments on behalf of National Economic Research Associates, Inc., *Notice of Inquiry Re: Regulation of Electricity Sales-for-Resale and Transmission Services* (Phase II), Docket No. RM85-17-000, November 4, 1985.

Before the Public Service Commission of Wisconsin, Rebuttal Testimony on behalf of Eastern Wisconsin Utilities, Docket No. 05-EP-4, November, 1985.

Before the Federal Energy Regulatory Commission, Oral Comments on behalf of National Economic Research Associates, Inc., *Notice of Inquiry Re: Regulation of Electricity Sales-for-Resale and Transmission Services* (Phase I), Docket No. RM85-17-000, August 9, 1985.

Before the Maine Public Utilities Commission, Direct Testimony on behalf of Central Maine Power Company, Docket No. 85-132, August, 1985.

Before the Public Utilities Commission of Ohio, Direct Testimony on behalf of Ohio Power Company, Docket No. 85-726-EL-AIR, July, 1985.

Before the Public Service Commission of Wisconsin, Direct Testimony on behalf of Wisconsin Gas Company, Docket Nos. 05-UI-18 and 6650-DR-2, June, 1985.

Before the Ontario Energy Board, Testimony on behalf of Unicorp of Canada Corporation, *In the Matter of Union Enterprises Ltd. and Unicorp of Canada Utilities Corporation*, E.B.R.L.G. 28, Exhibit 10.4, April, 1985.

Before the Utah Public Utilities Commission, Testimony on behalf of NUCOR Steel, Docket No. 84-035-01 (Rate Spread Phase), January, 1985.

Before the Nuclear Regulatory Commission, Affidavit for Alabama Power Company, October 1984.

Before the Federal Energy Regulatory Commission, Prepared Direct Testimony on behalf of Consolidated Gas Supply Corporation, *Application of Consolidated Gas Supply Corporation for Rate Relief*, Docket No. RP82-115, April, 1984.

Before the Public Utilities Commission of Ohio, Rebuttal Testimony on behalf of East Ohio Gas Company, *et.al.*, *In the Matter of the Investigation into Long Term Solutions Concerning Disconnection of Gas and Electric Service During Winter Emergencies*, Case No. 83-303-GE-COI, March, 1984.

Before the Federal Energy Regulatory Commission, Testimony on behalf of Florida Power and Light Company, Docket Nos. ER82-793 and EL83-24, February, 1984.

Before the Public Utilities Commission of Ohio, Direct Testimony on behalf of East Ohio Gas Company, *et.al.*, *In the Matter of the Investigation into Long Term Solutions Concerning Disconnection of Gas and Electric Service During Winter Emergencies*, Case No. 83-303-COI, January, 1984.

Before the Federal Energy Regulatory Commission, Supplemental Direct Testimony on behalf of Consolidated Gas Supply Corporation, Docket No. RP81-80, September, 1983.

Before the Arkansas Public Service Commission, Direct Testimony on behalf of Arkansas Louisiana Gas Company, Docket No. 83-161-U, August, 1983.



Before the New Mexico Public Service Commission, Testimony on behalf of Public Service Company of New Mexico, Case No. 1811, July 17, 1983.

Before the Federal Communications Commission, Rebuttal Case Testimony on behalf of Interstate Mobile Phone Company, in *American Mobile Commission of Washington and Oregon*, CC Docket No. 83-445, June, 1983.

Before the Public Service Commission of Indiana, Prepared Rebuttal Testimony on behalf of Northern Indiana Public Service Company, Case No. 37023, May, 1983.

Before the Public Service Commission of New York, Testimony on behalf of the Industrial Energy Users Association, in *Procedure to Inquire into the Benefits to Ratepayers and Utilities from Implementation of Conservation Programs that will Reduce Electric Use*, Case No. 28223, May, 1983.

Before the Public Utilities Commission of Maryland, Testimony on behalf of the Mid-Atlantic Petroleum Distributors Association, the Oil Heat Association of Washington, and Steuart Petroleum Company, Case No. 7649, May, 1983.

Before the Connecticut Department of Public Utility Control, Testimony on behalf of the Independent Petroleum Association, Docket No. 83-01-01, April, 1983.

Before the State Corporation Commission of Virginia, Testimony on behalf of the Mid-Atlantic Petroleum Distributors Association, the Oil Heat Association of Washington, and Steuart Petroleum Company, Case No. PUE 830008, March, 1983.

Before the Federal Energy Regulatory Commission, Rebuttal Testimony on behalf of Arkansas Louisiana Gas Company, Docket Nos. RP82-75-000 *et.al.*, February 1983.

Before the Federal Communications Commission, Rebuttal Case Testimony on behalf of Interstate Mobile Phone Company, in *American Mobile Communications of Washington and Oregon*, CC Docket No. 83-3, February, 1983.

Before the Federal Energy Regulatory Commission, Prepared Testimony on behalf of Consolidated Gas Supply Corporation, in *Application of Consolidated Gas Supply Corporation for Rate Relief*, Docket No. RP82-115, July, 1982.

Before the Federal Energy Regulatory Commission, Rebuttal Testimony on behalf of Consolidated Gas Supply Corporation, Docket No. RP81-80, April, 1982.

Before the Florida Public Service Commission, Testimony on behalf of Florida Power & Light Company, Docket No. 820097-EU, April, 1982.

Before the Massachusetts Department of Public Utilities, Direct Testimony on behalf of Boston Edison Company, Docket No. 906, January, 1982.

Before the New Mexico Public Service Commission, Testimony on behalf of Public Service Company of New Mexico, *In the Matter of New Mexico Public Service Commission Authorization for Southern Union Company to Transfer Certain Property to Western Gas Company*, NMPSC Case 1689, January, 1982.



Before the Connecticut Department of Public Utility Control Authority, Testimony on behalf of Southern Connecticut Gas Works, *DPUC Investigation Into Utility Financing of Conservation and Efficiency Improvements*, Docket No. 810707, August, 1981.

Before the Connecticut Public Utility Control Authority, Prepared Testimony on behalf of Connecticut Natural Gas Corporation, July, 1981.

Before the Philadelphia Gas Commission, Testimony on behalf of Philadelphia Gas Works, in *PGW Rate Investigations*, July, 1981.

Before the California Public Utility Commission, Prepared Testimony on behalf of Pacific Gas and Electric Company, In *Application of Pacific Gas and Electric Company for Rate Relief*, Application No. 68153, June, 1981.

Before the Federal Energy Regulatory Commission, Prepared Testimony on behalf of Consolidated Gas Supply Corporation, Docket No. RP81-80, June, 1981.

Before the Tennessee Valley Authority Board, Comments on Tennessee Valley Authority Proposed Determinations on Ratemaking Standards, Contract TV-53565A, October, 1980.

Before the Federal Energy Regulatory Commission, Testimony on behalf of Pennsylvania Power and Light Company, *Split-Savings and Emergency Tariffs*, August, 1980.

Before the Public Service Commission of Maryland, Answering Testimony on behalf of the People's Counsel of Maryland re Baltimore Gas & Electric Company, Docket No. 7159, May 1, 1980.

Final Report of Consultants' Activities Submitted to Tennessee Valley Authority Division of Energy Conservation and Rates, in *Consideration of Ratemaking Standards Pursuant to the Public Utility Regulatory Policy Act of 1978 (P.L. 95-617) and One Additional Standard*, Contract No. TV-53575A, May, 1980.

Before the Utah Public Service Commission, Direct Testimony on behalf of NUCOR Steel, PSCU Case No. 83-035-06, 1980.

Before the Council on Environmental Quality, Washington, D.C., statement on "Alaskan Natural Gas, May, 1980.

Presentation entitled "An Analysis of the Proposed Building Energy Performance Standards (BEPS)," Washington, D.C. in March, 1980.

Before the Ontario Energy Board, Testimony on behalf of the Public Interest Advocacy Board and National Anti-Poverty Organization, February 27, 1979.

Before the Federal Power Commission/Federal Energy Regulatory Commission, Testimony with respect to Cogeneration Pricing Rules, 1979.

Before the Federal Energy Regulatory Commission, Testimony on behalf of the State of Wisconsin in the Matter of the Northwest Alaskan Pipeline Company, Docket No. CP78-123, 1979.



Before the Federal Energy Administration, "The Effects of Middle Distillate Decontrol on the American Consumer: A Critique of the Decontrol Monitoring and Price Index Actions of the FEA with Michael McNamara and Rod Shaughnessy, Washington, D.C., August, 1977.

Before the Pennsylvania Public Utility Commission in Case No. 76-PRND-7, February 7, 1977.

Statements before the Council on Environmental Quality, Washington D.C., May 1977

Before the Wisconsin Public Service Commission, Testimony on behalf of the Environmental Defense Fund, December 1, 1976.

Before the Public Utilities Control Authority of the State of Connecticut, Testimony re Marginal Cost Pricing of Electricity and Natural Gas on behalf of the Environmental Defense Fund, July 22, 1976.

Before the Federal Energy Administration, "Analysis and Recommendations of Northern Tier Pipeline Proposals, July, 1976.

Before the Energy Council of the Federal Government, "Third State of EPCA: Additional Incentives," June, 1976.

Before the Wisconsin Public Service Commission, Testimony with respect to Electric Rate Structures; Price Elasticity of Demand for Electricity; and Application for WEPCO for Authority to Construct and Place in Operation a Coal Fired Power Plant and Related Facilities in the Town of Pleasant Prairie, Kenosha County and Certain Related Transmission and Substation Additions, CA-5489, June, 1976.

Before the Federal Power Commission/Federal Energy Regulatory Commission, Testimony with respect to Alaskan Natural Gas, March, 1976.

Before the Federal Power Commission/Federal Energy Regulatory Commission, Testimony with respect to Natural Gas Pricing, March, 1976.

Before the Wisconsin Assembly Environmental Quality Committee, Testimony re Assembly Bill 1228, January 22, 1976.

Before the Public Utility Commission of Maine, Testimony on behalf of Attorney General of the State of Maine re electricity pricing principles, 1976.

Before the Federal Energy Administration, "Allocation of Canadian Crude Oil," December, 1975.

Before the Federal Energy Administration, "Establish Energy Administration to Establish Mandatory Allocation of Canadian Crude Oil," December 1975.

Before the Federal Energy Administration, Comments re Modification or Termination of the State Set-Aside Program, November 20, 1975.

Comments before the U.S. Department of Interior on its Study: Alaskan Natural Gas Transportation Systems, October 29, 1975.

Before the Public Service Commission of Minnesota, Rebuttal Testimony on behalf of the Minnesota Energy Agency in the Application of Northern States Power to Raise Rates, September 4, 1975.



Before the Public Service Commission of Minnesota, Testimony on behalf of the Minnesota Energy Agency in the Application of Northern States Power to Raise Rates, July 25, 1975

Before the Federal Energy Administration, "Rate Design and Its Relationship to Loan Management," June, 1975.

Comments before the Federal Power Commission on Proposed Rulemaking RM 75-19 on end Use Rate Schedules, May 30, 1975.

Before the Public Utilities Commission of Maine, Testimony in CMP Case No. F.C. 2072, February 7, 1975.

Before the Federal Energy Administration, "Modification or Termination of the State Set-Aside Program," 1975.

Before the California Public Utilities Commission, Testimony on behalf of the Environmental Defense Fund in the Application of Pacific Gas & Electric to raise its rates, Application No. 54279, 1975.

Before the Public Service Commission of the State of Nevada, Testimony on behalf of the Washoe County District Attorney's Office in the Matter of the Application of Sierra Pacific Power Company for Authority to Increase Rates for Electric, Gas and Water Service, Docket Nos. 574, 575, and 576, 1974-76

Before the Michigan Public Service Commission, Testimony in the matter of Detroit Edison Company, Case No. U-4570 and Consumers Power Company, Case No. U-4576, 1974.

Before the Virginia State Corporation Commission, Testimony on behalf of the Central Virginia Environmental League, Case No. 10848, 1974.

Before the Federal Energy Regulatory Commission, Testimony on behalf of the Environmental Defense Fund re electricity pricing, October 8, 1974.

Before the New Jersey Public Utility Commission, Supplemental Testimony on behalf of the Environmental Defense Fund in PSEG rate increase case, August 8, 1974.

Before the Michigan Public Service Commission, Testimony on behalf of the Environmental Defense Fund in Detroit Edison Case No. U-4570, August 8, 1974.

Before the Maryland Public Service Commission, Testimony on behalf of the Environmental Defense Fund in Baltimore Gas & Electric Case No. 6700, January 24, 1974.

Before the Public Service Commission of Wisconsin, Supplemental Testimony on behalf of the Environmental Defense Fund in Madison Gas & Electric Rate Increase Case 1973.

Before the Federal Power Commission/Federal Energy Regulatory Commission Testimony With Respect to El Paso Natural Gas Coal Gasification, 1972.

Before the Federal Power Commission/Federal Energy Regulatory Commission Testimony With Respect to El Paso Natural Gas Pricing, 1972.

Comments before various Utility Regulatory Commissions (Maryland, New York, Michigan, New Jersey, Arkansas, Maine, California, Florida, Rhode Islands, Minnesota, Connecticut, Massachusetts, Missouri, Nevada, New Hampshire, Vermont, Virginia, Wisconsin, Texas, Ontario, Philadelphia, New Mexico,



Pennsylvania, TVA, Indiana) on Marginal Cost Pricing of Electricity; Conservation; Rate of Return; Diversification; Nuclear Cancellation; Sale of Utility Property; and Public Policy, 1972-1976.

Before various Canadian Regulatory Commissions, Testimony on Energy and Telephone Pricing, 1972-1976.

Before the U.S. Postal Rate Commission, Testimony on Marginal Cost Pricing of Postal Rates, 1972.

Before the Federal Communications Commission, Testimony on Telegraph Price Elasticity and Cellular Mobile Telephone Pricing, 1972

Before the Public Service Commission of Wisconsin, Testimony on behalf of the Environmental Defense Fund in Madison Gas & Electric Rate Increase Case, 1972.

Before the Council on Environmental Quality, US Department of the Interior and Joint Economic Committee on the National Environmental Policy Act (NEPA) and the Trans Alaska Pipeline on behalf of the Center for Law and Social Policy, Environmental Defense Fund, Wilderness Society and Friends of the Earth (FOE).

Before the Federal Power Commission, Testimony with respect to The Economics of Preservation versus Development of Hells Canyon, Hearings Nos. 2243/73, 1969.

Before the Federal Power Commission, Exhibit R-667, Technical Note Estimating the Present Value of a Non-Reproducible Asset With Increasing Annual Benefits Over Time, Hearings Nos. 2243/73, 1969.

Before the FCC, Testimony for Western Union Telegraph Company and related Statistical Analysis of Elasticity of Demand for Public Message Telegraph Service(1968). The Western Union work included econometric analyses to determine the price elasticity of demand for various classes of service to change rates from distance related charges to a "postalized" system, and insure the recovery of required rate of return.

Consultant to Robert R. Nathan Associates, The Impact of Mine Drainage on Recreation (Appendix E, Appalachian Regional Commission, 1969). State of New York: an analysis recreation participation to develop the recreational attributes of Finger Lakes (1969).

Consultant to Mathematica Inc. (Princeton, NJ), estimate an econometric model for the visitor industry in Hawaii to design state tax and tourist policy. (Visitor Industry and Hawaii's Economy: A Benefit Cost Analysis, MATHEMATICA, Inc., Princeton, NJ 1969.)

Wharton School of Finance, The Demand for Water Oriented Recreation, RFF Mimeo, 1967.

