# CERTIFICATE OF SERVICE

*South Bay United Pentecostal Church, et al. v. Gavin Newsom, et al.*
USDC, Southern District Case No.: 3:20-cv-00865-BAS-AHG

I hereby certify that I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

- **Notice of Motion and Renewed Motion for a Temporary Restraining Order / Preliminary Injunction;**
- **Memorandum of Points & Authorities in Support of Renewed Motion for a Temporary Restraining Order / Preliminary Injunction;**
- **Second Supplemental Declaration of Bishop Arthur Hodges III in Support of Plaintiffs' Renewed Motion for a Temporary Restraining Order / Preliminary Injunction;**
- **Supplemental Declaration of Jeffrey M. Trissell, Esq. in Support of Plaintiffs' Renewed Motion for a Temporary Restraining Order / Preliminary Injunction;**
- **Supplemental Declaration of George Delgado, M.D. in Support of Plaintiffs' Renewed Motion for a Temporary Restraining Order / Preliminary Injunction;**
- **Declaration of Charles Cicchetti in Support of Plaintiffs' Renewed Motion for a Temporary Restraining Order / Preliminary Injunction;**
- **Declaration of Sean G. Kaufmann in Support of Plaintiffs' Renewed Motion for a Temporary Restraining Order / Preliminary Injunction;**
- **Declaration of James Lyons-Weiler in Support of Plaintiffs' Renewed Motion for a Temporary Restraining Order / Preliminary Injunction;**
- **Declaration of Dr. Jayanta Bhattacharya in Support of Plaintiffs' Renewed Motion for a Temporary Restraining Order / Preliminary Injunction; and Request for Leave to File Late Declaration; and**
- **[Proposed] Order on Plaintiffs' Renewed Motion For a Temporary Restraining Order / Preliminary Injunction.**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

[X]  BY ELECTRONIC TRANSMISSION: I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s).

[ ]  BY MAIL: By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es).

[ ]  BY ELECTRONIC MAIL: I served a true copy, electronically on designated recipients via electronic transmission of said documents.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on August 10, 2020, at Rancho Santa Fe, California.

_____
Kathy Denworth