XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
LISA J. PLANK
Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
State Bar No. 286999
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6044
 Fax:  (916) 731-2124
 E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendants Gavin Newsom, California Governor; Xavier Becerra, California Attorney General; and Sandra Shewry,[1] Acting Director of the California Department of Public Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOUTH BAY UNITED PENTECOSTAL CHURCH, a California non-profit corporation, BISHOP ARTHUR HODGES III, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his Official Capacity as Governor of the State of California; XAVIER BECERRA, in his Official Capacity as Attorney General of California; SONIA ANGELL, in her Official Capacity as Director of the California Department of Public Health, et al.,**<br><br>Defendants. | 3:20-cv-00865 BAS-AHG<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSES TO SECOND AMENDED COMPLAINT PENDING APPEAL** |

---

[1] Sandra Shewry, the current Acting Director of the California Department of Public Health, is automatically substituted for Sonia Angell, who resigned effective August 9, 2020, as a defendant.  Fed. R. Civ. P. 25(d).

State Defendants Governor Gavin Newsom, Attorney General Xavier Becerra, and Acting Director of the California Department of Public Health Sandra Shewry; County Defendants Public Health Officer Wilma J. Wooten, Director of Emergency Services Helen Robbins-Meyer, and Sheriff William D. Gore; and Plaintiffs South Bay United Pentecostal Church and Bishop Arthur Hodges III, by and through their undersigned counsel, hereby stipulate and jointly move that the Court order that the deadline for Defendants to file their response to Plaintiffs' Second Amended Complaint be extended to twenty-one (21) days after the Ninth Circuit Court of Appeals, which has retained jurisdiction over this case, has ruled on Plaintiffs' interlocutory appeal of the court's rulings denying injunctive relief, on the following grounds:

1. Plaintiffs filed the operative Second Amended Complaint on July 17, 2020 (ECF No. 47);

2. Defendants' current deadline to respond to the Second Amended Complaint is November 5, 2020 (ECF No. 52);

3. On July 29, 2020, the Ninth Circuit Court of Appeals remanded the interlocutory appeal from the denial of Plaintiffs' motion for temporary restraining order in this litigation "for the limited purpose of permitting the district court to consider Plaintiffs' request in light of the events and case law that have developed since May 15, 2020" while "retain[ing] jurisdiction over this case" (ECF No. 49);

4. On August 10, 2020, Plaintiffs filed a Renewed Motion for a Temporary Restraining Order / Preliminary Injunction (ECF No. 53);

5. On October 15, 2020, this Court denied that Renewed Motion (ECF No. 71); and

6. To conserve judicial and party resources, the parties have agreed to extend the deadline for Defendants to respond to the Second Amended Complaint until twenty-one (21) days after the Ninth Circuit has ruled on Plaintiffs' interlocutory appeal.

NOW THEREFORE, pursuant to Local Rule 7.2(b) and Chambers Rule 7, the parties to this action jointly move the Court to grant the following relief:

### REQUESTED RELIEF

The deadline for Defendants to respond to the Second Amended Complaint is extended until twenty-one (21) days after the Ninth Circuit Court of Appeals rules on the interlocutory appeal in this case.

Dated: October 21, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
LISA J. PLANK
Deputy Attorney General

*/s/ Todd Grabarsky*[2]
TODD GRABARSKY
Deputy Attorney General
*Attorneys for State Defendants*

Dated: October 21, 2020

LiMandri & Jonna LLP

*/s/ Jeffrey M. Trissell*
Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
*Attorneys for Plaintiffs*

Dated: October 21, 2020

County Counsel
County of San Diego

*/s/ Timothy M. White*
Thomas E. Montgomery
Timothy M. White
Jeffrey P. Michalowski
*Attorneys for County Defendants*

---

[2] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  October 21, 2020         */s/ Todd Grabarsky*
                                T<span>ODD</span> G<span>RABARSKY</span>