# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY UNITED PENTECOASTAL CHURCH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as the Governor of California, *et al.*, <br><br> Defendant. | Case No. 3:20-cv-865-BAS-AHG <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

This case arises from the State of California's regulations limiting the maximum attendance capacity at places of worship during the coronavirus (SARS-CoV-2) pandemic. Since commencing this action in May, Plaintiffs have filed three motions for preliminary relief challenging California's evolving regulations on places of worship. (ECF Nos. 12, 36, 53.) The Court has denied all three motions. (ECF Nos. 32, 39, 71.)

Most recently on October 15, 2020, the Court declined to enjoin the State of California's regulation in effect at the time. The Court had been granted jurisdiction upon the Ninth Circuit's July 29, 2020 Order, in which the Ninth Circuit remanded the case to this Court for the limited purpose of determining whether the factual developments should change the Court's injunction analysis. (Order, *South Bay United Pentecostal, et al v.*

- 1 -

20cv865

*Gavin Newsom, et al*, No. 20-55533 (9th Cir. Jul. 29, 2020), ECF No. 74.) The Ninth Circuit retained jurisdiction over the appeal and stayed Plaintiffs' appeal pending the limited remand. (*Id.*) The stay was lifted upon the Court's issuance of the October 15, 2020 Order denying Plaintiffs preliminary relief. (*See* Order, *South Bay United Pentecostal, et al v. Gavin Newsom, et al*, No. 20-55533 (9th Cir. Oct. 22, 2020), ECF No. 81.)

On November 24, 2020, Plaintiffs filed with the Supreme Court of the United States a Petition for Writ of Certiorari before Judgment. (Pet. for Writ of Cert. before J., *South Bay United Pentecostal, et al v. Gavin Newsom, et al* (No. 20-746).) A week later, the Ninth Circuit issued an Order deferring the proceedings in Plaintiffs' appeal, pending the Supreme Court's resolution of a similar application for injunctive relief in *Harvest Rock Church, Inc. v. Newsom*, No. 20A94 (Nov. 24, 2020). (Order, *South Bay United Pentecostal, et al v. Gavin Newsom, et al*, No. 20-55533 (9th Cir. Dec. 1, 2020), ECF No. 95.)

On November 25, 2020, the Supreme Court vacated the Governor of New York's restrictions on religious services. *Roman Catholic Diocese of Brooklyn v. Cuomo*, 592 U.S. ---- (Nov. 25, 2020), 2020 WL 6948354. Within several days of that ruling, the Supreme Court vacated the district court's Order in *Harvest Rock Church*,[1] and remanded the case to the Ninth Circuit with instructions to remand to the Central District of California for further consideration in light of the Supreme Court's ruling in the New York action. *Harvest Rock Church v. Newsom, Gov. of CA*, --- S.Ct. ----, 2020 WL 7061630 (mem.) (Dec. 3, 2020).

On the same day, Plaintiffs in this action filed a renewed motion for a temporary restraining order and application for an injunction pending appeal pursuant to Fed. R. App. P. 8(a)(1)(C). (ECF No. 75.) Plaintiffs concurrently filed a parallel application with the

---

[1] *Harvest Rock Church, Inc. v. Newsom*, No. LACV206414JGBKKX, 2020 WL 5265564 (C.D. Cal. Sept. 2, 2020).

Ninth Circuit.  (Emergency Mot., *South Bay United Pentecostal, et al v. Gavin Newsom, et al*, No. 20-55533 (9th Cir. Dec. 3, 2020), ECF No. 96.)

Plaintiffs request this Court to make a ruling prior to the weekend of December 12–13, 2020, by requiring Defendants to file their response by December 9, 2020, and allowing Plaintiffs to file a reply by December 11, 2020.  (ECF No. 75 at 3.)  California Defendants in turn propose that Plaintiffs file supplemental briefings by December 9, 2020; Defendants file a response by December 14, 2020; Plaintiffs file any reply by December 16, 2020; and a hearing be held on December 18, 2020.  (ECF No. 76 at 2.)

In light of Plaintiffs' ongoing appeal and the changing developments concerning California's restrictions, the Court finds that further briefing is appropriate.  The Court thus adopts the California Defendants' proposed briefing schedule.  Further, provided the Ninth Circuit has not acted on Plaintiffs' parallel application before it, the parties should address this Court's jurisdiction in their forthcoming filings.

Accordingly, Plaintiffs are to file a supplemental brief **on or before December 9, 2020**.  Defendants are to file a response **on or before December 14, 2020**.  Plaintiffs are to file any reply on or before **December 16, 2020**.  In addition, the Court **ORDERS** the parties to appear in a **telephonic hearing** on **December 18, 2020, at 10:30 AM** for oral argument on Plaintiffs' motion.[2]

**IT IS SO ORDERED.**

**DATED: December 7, 2020**

Hon. Cynthia Bashant
United States District Judge

---

[2] In light of California's recently issued stay-at-home order, the hearing will be held telephonically. *See Regional Stay Home Order*, Regional Stay Home Order – NEW (Dec. 3, 2020), https://covid19.ca.gov/stay-home-except-for-essential-needs/#stay-home-order.