1  XAVIER BECERRA
   Attorney General of California
2  PAUL STEIN
   Supervising Deputy Attorney General
3  LISA J. PLANK
   Deputy Attorney General
4  TODD GRABARSKY
   Deputy Attorney General
5  State Bar No. 286999
    300 South Spring Street, Suite 1702
6   Los Angeles, CA  90013
    Telephone:  (213) 269-6044
7   Fax:  (916) 731-2124
    E-mail:  Todd.Grabarsky@doj.ca.gov
8  *Attorneys for Defendants Gavin Newsom,*
   *California Governor; Xavier Becerra,*
9  *California Attorney General; and Sandra*
   *Shewry,[1] Acting Director of the California*
10 *Department of Public Health*

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14

15 | **SOUTH BAY UNITED** | 3:20-cv-00865-BAS-AHG |
   | **PENTECOSTAL CHURCH, a** | |
16 | **California non-profit corporation;** | **DECLARATION OF DR. YVONNE** |
   | **BISHOP ARTHUR HODGES III, an** | **MALDONADO IN SUPPORT OF** |
17 | **individual,** | **STATE DEFENDANTS'** |
   | | **OPPOSITION TO PLAINTIFFS'** |
18 | Plaintiffs, | **RENEWED APPLICATION FOR A** |
   | | **TEMPORARY RESTRAINING** |
19 | **v.** | **ORDER/PRELIMINARY** |
   | | **INJUNCTION** |
20 | | |
   | **GAVIN NEWSOM, in his official** | Date:        December 18, 2020 |
21 | **capacity as Governor of the State of** | Time:        10:30 a.m. |
   | **California; XAVIER BECERRA, in** | Dept:        4B |
22 | **his official capacity as Attorney** | Judge:       Hon. Cynthia Bashant |
   | **General of California; SONIA** | Action Filed: May 8, 2020 |
23 | **ANGELL, in her official capacity as** | |
   | **Director of the California** | |
24 | **Department of Public Health, et al.,** | |
25 | Defendants. | |

26 ─────────────────────────

27     [1] Sandra Shewry, the current Acting Director of the California Department
   of Public Health, is automatically substituted for Sonia Angell as a defendant.  Fed.
28 R. Civ. P. 25(d).

                                    1

I, Yvonne (Bonnie) Maldonado, declare as follows:

1.    I am over the age of 18 years and a United States citizen. I have personal knowledge of the facts set forth in this declaration, and, if called upon as a witness, I could and would testify competently thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of a Declaration I prepared and signed that was filed on November 18, 2020 in the case entitled *Tandon v. Newsom*, case number 5:20-cv-07108-LHK, that is currently pending in the U.S. District Court for the Northern District of California (San Jose Division). I hereby attest to the truth and accuracy of the contents of that Declaration.

3.    Attached hereto as Exhibit 2 is a true and correct copy of an open letter dated September 9, 2020, signed by 98 Stanford University "infectious disease physicians and researchers, microbiologist and immunologists, epidemiologists, and health policy leaders," including me, in which we set forth several scientifically-established facts about SARS-CoV-2, with the purpose of countering irresponsible, scientifically-unsupported statements that have been made about the novel coronavirus.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 14, 2020, in Palo Alto, California.

/s/ Yvonne Maldonado, M.D.

(original signature retained by Attorney Lisa J. Plank)

SA2020301026
42466028.docx

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
LISA J. PLANK
Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
State Bar No. 286999
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6044
 Fax:  (916) 731-2124
 E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendants Gavin Newsom,
California Governor; Xavier Becerra,
California Attorney General; and Sandra
Shewry,[1] Acting Director of the California
Department of Public Health*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOUTH BAY UNITED PENTECOSTAL CHURCH, a California non-profit corporation; BISHOP ARTHUR HODGES III, an individual,**<br><br>                              Plaintiffs,<br><br>**v.**<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of California; SANDRA SHEWRY, in her official capacity as Acting Director of the California Department of Public Health, et al.,**<br><br>                              Defendants. | 3:20-cv-00865-BAS-AHG<br><br>**INDEX OF EXHIBITS TO DECLARATION OF DR. YVONNE MALDONADO IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED APPLICATION FOR A TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION**<br><br>Date:        December 18, 2020<br>Time:        10:30 a.m.<br>Dept:        4B<br>Judge:      Hon. Cynthia Bashant<br>Action Filed: May 8, 2020 |

---

[1]  Sandra Shewry, the current Acting Director of the California Department of Public Health, is automatically substituted for Sonia Angell as a defendant.  Fed. R. Civ. P. 25(d).

1

---

1

## INDEX OF EXHIBITS

2

3

| Exhibit | Description |
|---------|-------------|
| 1 | Filed version of the Declaration of Dr. Maldonado (ECF 28-9). Filed on November 18, 2020 in the case entitled *Tandon v. Newsom*, case number 5:20-cv-07108-LHK. |
| 2 | Stanford University Open Letter, dated September 9, 2020: "infectious disease physicians and researchers, microbiologist and immunologists, epidemiologists, and health policy leaders" |

4

5

6

7

8

9

10

11

12

Dated:  December 14, 2020

13

14

15

16

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

17

*s/ Todd Grabarsky*

18

TODD GRABARSKY
Deputy Attorney General
*Attorneys for Defendants Gavin Newsom, California Governor; Xavier Becerra, California Attorney General; and Sandra Shewry, Acting Director of the California Department of Public Health*

19

20

21

22

SA2020301026

23

24

25

26

27

28

# EXHIBIT 1

1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   JASON M. BUSSEY, Deputy County Counsel (S.B. #227185)
2  ROBIN M. WALL, Deputy County Counsel (S.B. #235690)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San José, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
6  Attorneys for Defendants
   JEFFREY V. SMITH and SARA H. CODY
7

8                  UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                      (San José Division)
10

11 RITESH TANDON, et al.,                    No. 20CV07108LHK

12            Plaintiffs,                     **DECLARATION OF YVONNE
                                             MALDONADO, MD, IN SUPPORT OF
13 v.                                        DEFENDANTS JEFFREY V. SMITH AND
                                             SARA H. CODY'S OPPOSITION TO
14 GAVIN NEWSOM, et al.,                      PLAINTIFFS' MOTION FOR A
                                             PRELIMINARY INJUNCTION**
15            Defendants.
                                             Date:      Dec. 3, 2020
16                                           Time:      1:30 p.m.
                                             Crtrm.:    8, 4th Floor
17                                                      San Jose District Courthouse
                                                        280 S. 1St Street
18                                                      San Jose, California
                                             Judge:     Hon. Lucy H. Koh
19

20

21        I, YVONNE MALDONADO, MD, declare as follows:

22        1.      I am currently the Chief of the Division of Pediatric Infectious Diseases, Senior

23 Associate Dean for Faculty Development and Diversity, and Professor of Pediatrics and of

24 Epidemiology and Population Health at the Stanford University School of Medicine.  I am also the

25 Medical Director for Infection Prevention and Control and an Attending Physician at the Lucile

26 Packard Children's Hospital in Stanford, California.  A true and correct copy of my C.V. is attached

27 hereto as Exhibit A.

28        2.      After receiving my M.D. from the Stanford University School of Medicine, I was a

                                              1

pediatric intern at Stanford and resident at John Hopkins.  Following the completion of my

residency, I held two fellowships, first at Johns Hopkins Hospital in Pediatric Infections Diseases,

and then at the U.S. Centers for Disease Control and Prevention in Atlanta, Georgia.

3.     My research has focused on epidemiologic aspects of viral vaccine development and

prevention of perinatal HIV transmission.  I direct a Pediatric Infectious Disease Research Group—

the Maldonado Epi Group—at Stanford.  The group has been working to identify the molecular

epidemiology of factors affecting the immunogenicity of oral polio vaccine (OPV) among children

living in developing areas of the world, where OPV immunogenicity is poor.  We have identified

several factors which affect the poor immunogenicity of OPV and will conduct clinical studies to

attempt to improve immunogenicity.  We are also working on ways to understand the transmission

and circulation of polio vaccine derived viruses, which may cause polio, and how to use this

information in global eradication of polio.

4.     The Maldonado Epi Group recently received a grant from the Bill & Melinda Gates

Foundation for a two-and-a-half year study investigating the dynamics of oral poliovirus vaccine

(OPV) household and community transmission in three communities in Orizaba, Veracruz, Mexico.

The outcome of this project will inform public policy decision-making regarding OPV cessation and

the polio end-game.

5.     In a previous 15-year project, our group worked to define the ontogeny of the

immune response to measles vaccine among young infants. The purpose was to identify specific

humoral and cell-mediated immune responses to measles vaccine which affect vaccine

immunogenicity and induce the immunosuppressive effects associated with measles vaccination.

6.     We are also currently conducting a number of COVID-19 studies.  In a large-scale

research collaboration between Stanford University, the University of California, San Francisco

(UCSF), and the Chan Zuckerberg Biohub, we are conducting a nine-month study to better

understand the prevalence of COVID-19 across the San Francisco Bay Area.  In that study, which

George W. Rutherford, MD (UCSF) and I are leading as principal investigators, we will recruit and

test a representative sample of roughly 4,000 Bay Area residents who have previously tested

negative for COVID-19.  We will then re-test the participants monthly through both polymerase

2

1  chain reaction (PCR) diagnostic testing and serological ("antibody") testing to investigate

2  transmission dynamics and disease prevalence.

3      7.      My research group is also conducting a study comparing nasal swab self-collection

4  versus collection by health care workers for COVID-19 testing to validate a COVID-19 home swab

5  test kit for an upcoming antiviral clinical trial.  Should self-collected nasal swabs prove as effective

6  as those collected by health care workers, patients may be able to safely and effectively collect

7  specimens outside of health care settings.

8      8.      Finally, the group is conducting a study of the shedding and household transmission

9  of COVID-19.  The study will combine genomic and epidemiologic data to address questions about

10  the transmission and evolutionary dynamics of COVID-19.  We plan to use whole-genome

11  sequencing to understand how COVID-19 mutates during the early stages of infection, as well as

12  generate a bio-repository of specimens and associated clinical and epidemiologic data for use in

13  understanding the transmission of COVID-19.

14      9.      I have published 178 peer-reviewed articles and a large number of other publications,

15  including non peer-reviewed journal articles and conference papers, and served as co-editor of two

16  infectious diseases textbooks.

17      10.     I teach, mentor, and advise ungraduated and graduate students at Stanford, and I am

18  currently teaching a course on the epidemiology of infectious diseases.

19      11.     The County defendants in this case contacted me about providing an expert opinion

20  regarding the declarations of Dr. Jay Bhattacharya and Dr. Rajiv Bhatia.  I agreed to provide a

21  declaration setting forth my professional opinions on the issues raised in those declarations.  In

22  reaching those opinions, I have relied on my knowledge, experience, and the kinds of data regularly

23  relied on by experts in my field.  If called as a witness, I could and would testify competently to the

24  matters set forth herein.  I am working pro bono and not being compensated for my time.

25      12.     I have read the declarations of Dr. Jay Bhattacharya and Dr. Rajiv Bhatia submitted

26  by the plaintiffs in this lawsuit.  My opinions regarding those declarations are based on the available

27  science regarding COVID-19 and my training and experience in epidemiology and as an infectious

28  disease researcher and clinician.

Declaration of Yvonne Maldonado, M.D., in Support of Defendants'                          20CV07108LHK
Opposition to Plaintiffs' Motion for a Preliminary Injunction

**The State and County Public Health Orders**

13.     The public health measures taken by the State of California and the County of Santa Clara are supported by credible science and represent the current international consensus among epidemiologists and infectious disease specialists regarding the appropriate response to the COVID-19 pandemic.  The State and County public health orders require face coverings and impose social distancing requirements and limit gathering sizes based in part on measurements of the community prevalence of the virus—current case counts and positivity rates.  Using face coverings, social distancing, and limiting the size of gatherings, particularly indoors, are all consensus measures to reduce community transmission of the SARS-CoV-2 virus that causes COVID-19.  These measures are effective because SARS-CoV-2 is highly contagious and spread mainly through infectious respiratory droplets and aerosols.

14.     The use of face masks have been shown to substantially reduce the spread of COVID-19.[1]  The U.S. Centers for Disease Control and Prevention (CDC) recently concluded that the benefits of masking derive from the combination of source control—reducing the emission of virus-laden droplets—and personal protection for the mask wearer—reducing the inhalation of these droplets by the wearer; and that the relationship between source control and personal protection is likely complementary and possibly synergistic, so that the benefit to the individual increases with increasing community mask use.[2]  Indeed, masking and other measures are critical to avoid a return to the shelter-in-place orders necessary at the outset of the pandemic.  As the CDC concluded: "Adopting universal masking policies can help avert future lockdowns, especially if combined with other non-pharmaceutical interventions such as social distancing, hand hygiene, and adequate ventilation."[3]

---

[1] Lyu W., et al., *Community Use Of Face Masks And COVID-19: Evidence From A Natural Experiment Of State Mandates In The US*, Health Affairs, 39, No. 8 (2020): 1-7, doi: 10.1377/hlthaff.2020.00818.

[2] CDC, *Scientific Brief: Community Use of Cloth Masks to Control the Spread of SARS-CoV-2*, Nov. 10, 2020, available at https://www.cdc.gov/coronavirus/2019-ncov/more/masking-science-sars-cov2.html.

[3] *Id.*

15.     The use of social distancing has also been shown to reduce the spread of COVID-19 and halt the exponential growth in case counts, *i.e.*, flattening the curve.  In the absence of a vaccine or effective antiviral treatment, social distancing may be one of the most effective means of slowing community transmission.[4]  Social distancing measures reduce the number of close contacts during which transmission may occur.  For example, one study estimated that without the shelter-in-place orders in place at the outset of the pandemic, the viral spread would have been ten times greater.[5]  On the other hand, premature easing of social distancing today could result in increased transmission.[6]

16.     Similarly, limiting the size of indoor and outdoor gatherings has been shown to reduce the spread of the disease.[7]  Crowded indoor spaces in particular are settings that significantly increase the risk of community spread of SARS-CoV-2.  Closing restaurants, bars and entertainment-related businesses has been shown to substantially slow the spread of COVID-19.[8]

17.     Dr. Bhatia's opinion that there is "<u>no</u> scientific or ethical justification" for the State and County public health orders is wrong.  Those orders have saved thousands of Californians from serious illness, hospitalization, and death.  By flattening the curve and avoiding exponential growth in infections and illness, those orders bought time to expand surveillance and testing; to develop treatment strategies that have improved clinical outcomes; and to make progress toward an effective vaccine.

### Herd Immunity Is Not A Safe Public Health Strategy

18.     On September 9 2020, I joined a letter with 106 of my colleagues at Stanford, representing infectious diseases physicians and researchers, microbiologists and immunologists,

---

[4] Alagoz, O., et al., *Effect of Timing of and Adherence to Social Distancing Measures on COVID-19 Burden in the United States*, Ann. Intern. Med. 2021. doi:10.7326/M20-4096.

[5] Courtemanche C, et al.. *Strong social distancing measures in the United States reduced the COVID-19 growth rate*, Health Affairs (Millwood), 2020;39(7), doi:10.1377/hlthaff.2020.00608.

[6] Alagoz 2020, *supra*.

[7] Chang, Serina, et al., *Mobility network models of COVID-19 explain inequities and inform reopening*, Nature, Nov. 10, 2020, https://doi.org/10.1038/s41586-020-2923-3.

[8] Courtemanche 2020, *supra*.

5

1  epidemiologists and health policy leaders to promote science-based responses to COVID-19 that

2  advance human health and prevent suffering.  My colleagues and I were unanimous in concluding

3  that the herd immunity approach championed by individuals like Drs. Bhattacharya and Bhatia—

4  encouraging herd immunity through unchecked community transmission—is not a safe public health

5  strategy.  As the letter attests, this is the overwhelming consensus of the relevant experts at Stanford.

6       19.    Relaxing or eliminating the public health measures designed to reduce community

7  transmission will lead to a significant—even exponential[9]—increase in preventable cases, suffering

8  and deaths, especially among vulnerable populations, such as older individuals, younger individuals

9  with pre-existing conditions, and essential workers.  Research has shown that social distancing

10  measures reduce transmission and that premature easing of social distancing measures or low rates

11  of community adherence to them could result in a rapid return to exponential growth of COVID-19

12  cases in communities.[10]

13       20.    Reducing or eliminating community transmission is critical to protecting essential

14  workers and vulnerable populations.  While we should take additional steps to protect those that are

15  most vulnerable to COVID-19—and I understand that County has done exactly that[11]—those

16  focused measures are not by themselves a sufficient response to the pandemic.  Contrary to the

17  arguments of Drs. Bhattacharya and Bhatia, it is not possible to effectively protect essential workers

18  and vulnerable populations without also controlling community transmission.  For example, social

19  distancing is not an option for the millions of healthcare workers still providing important and

20  necessary healthcare—they cannot simply isolate themselves.  A 2018 survey estimated that doctors

21

22  [9] Courtemanche 2020, *supra*.

23  [10] Oguzhan A., et al., *Effect of Timing of and Adherence to Social Distancing Measures on COVID-19 Burden in the United States, A Simulation Modeling Approach*, Ann Intern Med. 2021.
24  doi:10.7326/M20-4096.

25  [11] County of Santa Clara Public Health Department, *Licensed Skilled Nursing Facilities and Other Long-Term Care Facilities; Assisted Living Facilities and Independent Living Facilities; Residential Care and Crisis Residential Facilities in Santa Clara County*, available at
26  https://www.sccgov.org/sites/phd-p/Diseases/novel-coronavirus/Documents/Long-Term_Care_Facilities_Memo_213RR_Sample_Final_4.5.20.pdf; *Updated COVID-19 Requirements,*
27  *Guidance, and Strategies for LTCFs in Santa Clara County*, https://www.sccgov.org/sites/phd-p/Diseases/novel-coronavirus/Documents/updated-covid-19-requirements-for-LTCFs-090420.pdf.
28

1   see an average of 20 patients per day, in addition to the members of their health care team.[12]  The

2   probability of transmission from a community member to a health care worker rises with the

3   prevalence of infection in the community.[13]  While the use of personal protective equipment

4   (PPE)—where available—can substantially mitigate this risk,[14] it cannot eliminate it; and reducing

5   community transmission remains an important measure to protect health care workers.

6         21.     Protecting vulnerable populations presents similar issues.  Not all vulnerable

7   Americans can self-isolate.  For example, Americans ages 65-74 are five times more likely to be

8   hospitalized with COVID-19 and 90 times more likely to die than Americans aged 18-29; and the

9   risks of hospitalization and death continue to rise with age.[15]  However, an estimated 5.77% of

10  California households—more than 750,000—are multigenerational, meaning that they include two

11  or more adult generations or grandparents and grandchildren younger than 25.[16]  According to a Pew

12  Research study, in 2016, 64 million people, or 20% of the U.S. population lived in a

13  multigenerational home.[17]  Older Americans living in these homes may not be able to self-isolate,

14  particularly when they are the principal caregivers for their grandchildren.

15  ///

16

17

[12] *2018 Survey of America's Physicians Practice Patterns and Perceptions*, The Physicians
Foundation, available at
https://physiciansfoundation.org/wpcontent/uploads/2018/09/physicianssurvey-results-final-2018.pdf
(accessed Apr. 3, 2020).

[13] Graham, L., et al., *Asymptomatic SARS-CoV-2 Transmission from Community Contacts in
Healthcare Workers*, Annals of Surgery (preprint), doi: 10.1097/SLA.0000000000003968.

[14] Gralton, J., et al., *Protecting healthcare workers from pandemic influenza: N95 or surgical
masks?*, Critical care medicine. 2010;38(2):657-667; Offeddu, V., et al., *Effectiveness of masks and
respirators against respiratory infections in healthcare workers: a systematic review and meta-
analysis.* Clinical Infectious Diseases. 2017;65(11):1934-1942.

[15] CDC, *COVID-19 Hospitalization and Death by Age*, available at
https://www.cdc.gov/coronavirus/2019-ncov/covid-data/investigations-discovery/hospitalization-
death-by-age.html.

[16] Hoff M., *Social distancing may be harder for families who live with elderly relatives. Here are the
15 states with the largest share of multigenerational households*, Business Insider, Apr. 25, 2020,
available at https://www.businessinsider.com/the-states-with-the-most-multigenerational-
households-2020-4.

[17] Cohn D, et al., *A record 64 million Americans live in multigenerational households*, Apr. 5, 2018,
available at https://www.pewresearch.org/fact-tank/2018/04/05/a-record-64-million-americans-live-
in-multigenerational-households/.

7

## Hospitalization Rates Are Not A Substitute For The Use Of PCR Data

22.     Dr. Bhattacharya's criticism of the use of PCR data in public health policy and decision making is misplaced.

23.     Reverse transcription polymerase chain reaction (RT-PCR or PCR) tests are the standard for many disease diagnostics, including COVID-19.  PCR tests are a rapid and accurate means of diagnosing the disease among suspected cases.  And confirmed COVID-19 case counts and positivity rates are a vital measure of disease prevalence.  This data is vital to limit the spread of the virus.

24.     Of course PCR tests are not the sole surveillance method that epidemiologists use.  Seroprevalence studies—tests that identify whether individuals are carrying antibodies for SARS-C0V-2—are another helpful metric.  One of my research groups's ongoing studies of COVID-19 will be using both PCR and seroprevalence testing to study transmission dynamics and disease prevalence.

25.     Hospitalization rates are another measure used by epidemiologists to evaluate disease severity and burden.  However, Dr. Bhatia is incorrect that instead of PCR case counts and positivity rates, we should be "[u]tilizing laboratory-confirmed hospital cases to calibrate a public health response" (Para. 48).  Again, this data is complementary to PCR and seroprevalence data, and not a substitute for either.  Hospitalization rates and capacity measures are lagging indicators for COVID-19, as hospitalization follows infection—studies estimate 9.5-12 days from onset to ICU admission[18]—and capacity measures are not ideal because once the number of new infections increases to a level at which the health care system becomes burdened by the resulting hospitalizations, reimplementation of mandated social distancing is less effective at mitigation than earlier implementation.[19]  For example, in a study of the pandemic response in Wuhan and Guangzhou, China, lockdowns did not lead to an immediate reduction in hospital utilization.  The

---

[18] CDC, *Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease (COVID-19)*, available at https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html (visited No. 13, 2020).

[19] Alagoz 2020, *supra*.

Declaration of Yvonne Maldonado, M.D., in Support of Defendants'          20CV07108LHK
Opposition to Plaintiffs' Motion for a Preliminary Injunction

study attributed the delay in reducing hospital utilization to the potentially long time from infection to severe and critical condition, as many patients with COVID-19 who eventually require ICU care present initially with only mild symptoms, and an even longer time to discharge or death, resulting in the accumulation of hospitalized cases long after downturns in community spread.[20]

26.     Relying on hospitalization data while allowing unrestricted community transmission of the virus among younger populations is an extremely risky approach.  Because hospitalization and capacity measures are lagging indicators, the expected rapid or exponential growth in community transmission that would accompany a "herd immunity approach" could result in overwhelming health care systems.  This was the lesson of Wuhan, China, Turin, Italy, and New York City.[21]  It is not a lesson we should ignore in California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Stanford, California on November 18, 2020.

/S/ Yvonne Maldonado
YVONNE MALDONADO, MD

2309536

---

[20] Li, R., *Estimated Demand for US Hospital Inpatient and Intensive Care Unit Beds for Patients With COVID-19 Based on Comparisons With Wuhan and Guangzhou, China*, May 6, 2020, JAMA Netw Open. 2020;3(5):e208297. doi:10.1001/jamanetworkopen.2020.8297.

[21] Van Beusekom, M., *Study: Wuhan-like COVID-19 scenario could crush US hospitals, CIDRAP News*, May 6, 2020, available at https://www.cidrap.umn.edu/news-perspective/2020/05/study-wuhan-covid-19-scenario-could-crush-us-hospitals.

# EXHIBIT A

## I. Biographical Information

### YVONNE (BONNIE) AIDA MALDONADO

Business Address:
Department of Pediatrics
Division of Infectious Diseases
Stanford University School of Medicine
300 Pasteur Drive
Stanford, CA  94305-5119

(650) 723-5682
Email: bonniem@stanford.edu

### A. IDENTIFYING DATA

1. Place of birth                    Los Angeles, California
2. Citizenship                       United States

### B. ACADEMIC HISTORY

1. Education

| | |
|---|---|
| September 1973 - June 1977 | University of California, Los Angeles |
| | B.A., Bacteriology, 1977 |
| September 1977 - June 1981 | Stanford University School of Medicine |
| | M.D., 1981 |

2. Pre-doctoral scholarships and academic honors

| | |
|---|---|
| 1973 | Bank of America Scholarship |
| 1973 - 1977 | Western United States and Canada Regional AFL-CIO |
| | Undergraduate Scholarship |
| 1977 - 1978 | National Medical Fellowship Scholarship |
| 1977 - 1980 | Mabel Wilson Richards Medical Student Scholarship |
| 1979 - 1980 | Ruth G. White P.E.O. Medical Scholarship |

3. Post-doctoral and residency training

| | |
|---|---|
| July 1981 - June 1982 | Intern, Department of Pediatrics  Stanford University School of Medicine  Stanford, CA |
| July 1982 - June 1984 | Resident, Department of Pediatrics  Johns Hopkins University  Baltimore, MD |
| July 1984 - June 1986 | Fellow, Infectious Diseases  Department of Pediatrics  Johns Hopkins University |

4. Other study and research opportunities

| | |
|---|---|
| July 1986 - June 1988 | Epidemic Intelligence Service Officer  Centers for Disease Control  Assigned to State of California, Department of Health Services, Infectious  Disease Branch |

Grant Support

Past

| | |
|---|---|
| 1988 - 1989 | Katherine McCormick Research Fellowship<br>Stanford University School of Medicine<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1988 - 1993 | University of California, San Francisco  1236SC-03-1-4 subcontract<br>National Institutes of Health<br>Northern California Pediatric AIDS Clinical Trials  Group<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1989 - 1998 | Centers for Disease Control<br>Cooperative Agreement U64/CCU901179<br>University-based Active Surveillance for Pediatric AIDS in Northern  California<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1990 | Biomedical Research Support Grant  Stanford University School of Medicine<br>Epidemiology of Poliovirus Infection Among Rural Mexican  Children  and  Characterization  of  the  Humoral Immune  Response to Oral Trivalent Poliovirus Vaccine (OPV)<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1991 | Office of Technology Licensing Research Incentive Fund  Stanford University School of Medicine<br>Duration of Maternally-Acquired Measles Antibody: Comparison of Infants of Mothers with Wild Type  versus Vaccine-Induced Immunity<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1992 - 1997 | National Institutes of Health RO1-AI31475<br>Enterovirus Prevalence and Effect on OPV Immunogenicity<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1995 - 1998 | Glaxo, Inc.<br>A Randomized Comparative Study of Combined  Zidovudine (ZDV) - Lamivudine (3TC[TM]) vs. the  Better of DDI Monotherapy vs. Zidovudine Plus DDI in Symptomatic HIV-1-Infected Children<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1996 - 1998 | Child Health Research Fund  Department of Pediatrics Stanford University School of Medicine  Immunogenicity of Trivalent Oral Poliovirus Vaccine  (OPV) and Correlates of Neuroreversion of Sabin type  3 Vaccine Virus<br>Principal Investigator: Yvonne A. Maldonado, MD |

| | |
|---|---|
| 1997 - 1998 | Pasteur-Merieux Connaught, Inc.<br>Host and Viral Factors Associated with Neuroreversion of Sabin Type 3 Poliovaccine Virus<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1996 - 1999 | Amgen, Inc.<br>A Multicenter, Double-blind Randomized, Placebo- controlled Phase II Safety and Efficacy Study of Filgrastim (r-metHuG-CSF) in the Treatment of Late- onset Neonatal Sepsis<br>Co-Principal Investigator: Yvonne A. Maldonado, MD |
| 1998 -1999 | Family Health International/National Institutes of Health<br>Clinical Trials of Vaccine and Non-Vaccine Interventions for HIV Prevention in Developing Countries through the HIVNET<br>Co- Investigator: Yvonne A. Maldonado, MD |
| 1989 -2000 | California Department of Health Services  Contract 93-17976<br>University-based Active Surveillance for Pediatric AIDS  in Northern California<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1995 - 2000 | National Institutes of Health - AI 94029  Vertical Transmission of HIV in Zimbabwe  Principal Investigator: David Katzenstein, MD<br>Co-Principal Investigator: Yvonne A. Maldonado, MD |
| 2000 | Pharmacia & Upjohn<br>Linezolid vs. Cefadroxil in the Treatment of Skin and Skin Structure  Infections in Children<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1999 - 2000 | Family Health International/National Institutes of Health<br>Clinical Trials of Vaccine and Non-Vaccine Interventions for HIV Prevention in Developing Countries through the HIVNET<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1998 - 2001 | Child Health Research Fund<br>Stanford University School of Medicine<br>Neutrophil CD11b expression, a novel method of  detecting serious bacterial infections in outpatient<br>febrile infants and children 30 days to 36 months of age<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 1997 - 2001 | National Institutes of Health  Ontogeny of Perinatal Host Defenses<br>Principal Investigator: David Lewis, MD<br>Co-Investigator: Yvonne A. Maldonado, MD |
| 2001 | Elizabeth Glaser Pediatric AIDS Foundation  Short-term Award (First award)<br>Principal Investigator: Yvonne A. Maldonado, MD |

| | |
|---|---|
| 2001 | Elizabeth Glaser Pediatric AIDS Foundation  Short-term Award (Second award)<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 2000 -2004 | California Department of Health Services  Contract 93-17976<br>University-based Active Surveillance for Pediatric  AIDS in Northern California<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 2001 - 2004 | National Institutes of Health R34<br>Statistical Center for Rotavirus Vaccine in India<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 2002-2004 | Elizabeth Glaser Pediatric AIDS Foundation<br>Call to Action Award<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 2003-2007 | National Institutes of Health R01<br>Indo-US Collaboration to Develop Rotavirus Vaccines<br>Co-Principal Investigator: Yvonne A. Maldonado, MD |
| 2006-2008 | Howard G. Buffett Foundation<br>Eliminating Polio through Safe Vaccination<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 2000 - 2008 | National Institutes of Health U01 AI047995<br>Clinical Trials of Vaccine and Non-Vaccine Interventions for HIV Prevention in Developing Countries through the HIV Prevention  Trials Network<br>Co-Principal Investigator: Yvonne A. Maldonado, MD  Perinatal Principal Investigator: Yvonne A. Maldonado, MD |
| 2007-2010 | National Institutes of Health<br>International Maternal Pediatric Adolescent AIDS Clinical  Trials (IMPAACT) Leadership Group<br>Member, Network Executive Committee |
| 1999 -2010 | California Department of Health Services  Enhanced Surveillance for Perinatal HIV Infection  Principal Investigator: Yvonne A. Maldonado, MD |
| 1994 - 2011 | National Institutes of Health U01 AI37127<br>Ontogeny of Measles Immunity in Infants  Principal Investigator: Ann M. Arvin, MD<br>Co-Principal Investigator: Yvonne A. Maldonado, MD |
| 1999 - 2011 | California Department of Health Services<br>Enhanced Prevention of Perinatal Transmission of HIV –  Rapid Testing in Labor and Delivery<br>Principal Investigator: Yvonne A. Maldonado, MD |

| | |
|---|---|
| 2005-2013 | California Department of Health Services 05-46026  HIV Medical Monitoring Project<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 2007-2013 | National Institutes of Health R01AI068577<br>Vaccination Strategies after Elimination of Poliomyelitis<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 2007-2012 | National Institutes of Health subcontract from UCSF  HPTN 046: "A Phase III Trial to Determine the Efficacy and Safety of an Extended Regimen of Nevirapine in Infants Born to HIV-Infected Women to Prevent Vertical HIV Transmission during Breastfeeding"<br>Protocol Co-chair and Zimbabwe PI: Yvonne A. Maldonado, MD |
| 2008-2013 | National Institutes of Health T32<br>Training Grant in Pediatric Infectious Diseases: Viral Infections in Children<br>Program Director:  Yvonne A. Maldonado, MD |
| 2008-2013 | National Institutes of Health T32<br>Training Grant in Epidemiology<br>Program Director:  Julie Parsonnet<br>Program Co-Director:  Yvonne A. Maldonado, MD |
| 2009-2011 | Centers for Disease Control and Prevention ARRA  Vaccine Safety and Safety Communication Curriculum for  Medical Residents<br>Stanford PI:  Yvonne A. Maldonado, MD |
| 2010-2012 | World Health Organization<br>Post Eradication Polio Vaccination Strategies: Effect of routine IPV immunization on OPV, VAPP, and VDPV shedding in Mexico after NIDS<br>PI:  Yvonne A. Maldonado, MD |
| 2010-2013 | National Institutes of Health<br>International Maternal Pediatric Adolescent AIDS Clinical Trials (IMPAACT) Leadership Group<br>Member, Scientific Oversight Committee |
| 2013-2014 | Bill and Melinda Gates Foundation<br>Correlation of OPV VP1 Genome Mutations with Development of Pre-VDPV and VDPV in Young Infants<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 2010-2015 | National Institutes of Health<br>Novel Education Clinical Trainees and Researchers (NECTAR)<br>PI:  Barry; Investigator:  Yvonne A. Maldonado, MD |

| | |
|---|---|
| 2011-2015 | National Institutes of Health/Biomedical Research and Training Institute of Zimbabwe<br>ICOHRTA-African Program for Training in HIV/TB<br>Co-investigator: Yvonne A. Maldonado, MD |
| 2011-2017 | National Institutes of Health/University of California, San Francisco<br>UZ/UCSF-CTU<br>Co-investigator: Yvonne A. Maldonado, MD |
| 2012-2017 | National Institutes of Health/ University of California<br>R01 AI100748<br>Lamivudine and its Impact on Perinatal HBV Transmission in HIV/ HBV Coinfection<br>Co- investigator: Yvonne A. Maldonado, MD |
| 2013-2018 | National Institutes of Health R01 AI06858106<br>Public HIV Drug Resistance Database<br>Co-investigator: Yvonne A. Maldonado, MD |
| 2014-2018 | Bill and Melinda Gates Foundation<br>OPV Transmissibility in Communities after Cessation of Routine OPV Immunization<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 2015-2018 | American Refugee Committee (USAID primary funder)<br>Asili Project Evaluation in the Democratic Republic of Congo<br>Stanford Principal Investigator:  Yvonne A. Maldonado, MD |

<u>Present</u>

| | |
|---|---|
| 2014-2024 | Bill & Melinda Gates Foundation<br>Stanford Human Systems Immunology Center<br>Investigator: Yvonne A. Maldonado, MD |
| 2016-2021 | National Institutes of Health  U54MD010724<br>Stanford Precision Health for Ethnic and Racial Equity (SPHERE)<br>Transdisciplinary Collaborative Center<br>Co-Principal Investigator (Multi-PI):  Yvonne A. Maldonado, MD |
| 2016-2021 | National Institutes of Health T32 AI052073<br>Training Grant in Epidemiology<br>Program Director:  Julie Parsonnet<br>Program Co-Director:  Yvonne A. Maldonado, MD |
| 2017-2020 | Thrasher Foundation<br>Prevention of Congenital Toxoplasmosis: Feasibility of Prenatal Screening Using Point-of-Care Tests<br>Principal Investigator:  Yvonne A. Maldonado, MD |

| | |
|---|---|
| 2020-2022 | National Institutes of Health R21AI 148810-01<br>A genomic tool for identifying pathogenic circulating vaccine-derived Polioviruses<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 2020 | Anonymous Donor<br>Natural History of Shedding and Household Transmission of COVID-19:SARS-CoV2<br>Principal Investigator: Yvonne A. Maldonado, MD |
| 2020 | Chan Zuckerberg Initiative<br>California Pandemic Consortium: Track COVID and CHART Studies, an Epidemiologic Approach to tracking the COVID pandemic in the 6 country San Francisco Bay Area<br>Stanford Principal Investigator: Yvonne A. Maldonado, MD |
| 2020 | Anonymous Donor and FujiPharma, LLC<br>A Phase 2 Randomized, Double Blinded, Placebo Controlled Study of Oral Favipiravir Compared to Standard Supportive Care in Subjects with Mild or Asymptomatic COVID-19<br>Principal Investigator: Yvonne A. Maldonado, MD |

## C. EMPLOYMENT

August - September 1988: Acting Assistant Professor, Department of Pediatrics, Division of Infectious Diseases, Stanford University School of Medicine, Stanford, California

September 1988 - August 1997: Assistant Professor, Department of Pediatrics, Division of Infectious Diseases, Stanford University School of Medicine, Stanford, California

September 1997 – August 2007: Associate Professor, Department of Pediatrics, Division of Infectious Diseases, Stanford University School of Medicine, Stanford, California

September 2000 – September 2007: Associate Professor, by courtesy, Department of Health Research and Policy, Stanford University School of Medicine, Stanford, California

November 2006 –September 2008: Acting Chief, Division of Infectious Diseases, Department of Pediatrics, Stanford University School of Medicine, Stanford, California

October 2007- present: Professor, Department of Pediatrics, Division of Infectious Diseases, Stanford University School of Medicine, Stanford, California

October 2007- September 2010: Professor, by courtesy, Department of Health Research and Policy, Stanford University School of Medicine, Stanford, California

September 2008– present: Chief, Division of Infectious Diseases, Department of Pediatrics, Stanford University School of Medicine, Stanford, California

October 2010- present: Professor, Department of Health Research and Policy, Stanford University School of Medicine, Stanford, California

May 2014-present: Senior Associate Dean for Faculty Development and Diversity, Stanford University School of Medicine, Stanford, California

## D. PUBLIC AND PROFESSIONAL SERVICE

<u>Committees</u>

| | |
|---|---|
| 1983 | Consultant, National Geographic Society |
| 1985 | Consultant, Pan-American Health Organization Program of Management of Acute Respiratory Infections in Developing Countries |
| 1988 | Technical Advisor for AIDS Epidemiology in Central America, Pan-American Health Organization |
| 1989-1990 | Member, Epidemiology/Prevention Program Committee, 6th International Conference on AIDS |
| 1989- | Faculty advisor to Pediatric Residents, Stanford University |
| 1990-1991 | Member, Epidemiology/Prevention Program Committee, 7th International Conference on AIDS |
| 1988- | Director, California Children's Services Infectious Disease and Immunology Center, Stanford University Medical Center |
| 1988- | Member, Stanford University School of Medicine Admissions Panel |
| 1989- | Member, California Children's Services HIV/AIDS Technical Advisory Committee |
| 1990 | Member California AIDS Leadership Committee, Perinatal and Pediatric Testing Subcommittee |
| 1991-1993 | Executive Steering Committee, Stanford Center for Chicano Research |
| 1991-1994 | Member, Anti-Infective Drugs Advisory Committee of the Food and Drug Administration |
| 1992-1995 | Member, Council on Diversity, Stanford University School of Medicine |
| 1993-1996 | Member, National Pediatrics Review and Educational Program (PREP) American Academy of Pediatrics |
| 1994 | Ad hoc study section member, Epidemiology and Disease Control Study Section 2, National Institutes of Health (declined full membership to study section) |
| 1995 | Member, Ad hoc committee on Pediatric Sedation Standards, Food and Drug Administration |
| 1996-2001 | Executive Steering Committee, Stanford Center for Chicano Research |
| 1997 | Session Chair, Infectious Diseases Session, Meeting of the Western Society for Pediatric Research, Carmel, CA, February 1997 |
| 1997-2001 | Chicano Studies Curriculum Committee, Center for Comparative Studies on Race and Ethnicity, Stanford University |
| 1997 | Institute of Medicine, Position Paper on Pediatric HIV and other Pediatric Infections for the Committee on the Health and Adjustment of Immigrant Children |
| 1997 | National Institute of Allergy and Infectious Diseases, Focus Group on Improving Academic Research Opportunities for Minority Biomedical Physicians and Scientists |
| 1997 | National Institute of Allergy and Infectious Diseases, Review Panel Member, Demerging Diseases Supplements: Virology |
| 1998 | Member, National vaccine Advisory Committee United States Public Health Service |
| 1998 | Ad hoc member, Vaccine Advisory Committee, Food and drug Administration |
| 1998-2001 | Member, University of California University-wide Task Force on AIDS |
| 1998-2001 | Member, University of California University-wide Task Force on AIDS, subcommittee on the AIDS Clinical Research Centers (ACRC) |

| 1998 | National Institute of Allergy and Infectious Diseases, Division of Microbiology and Infectious Diseases Focus group on Programs in International Research |
| 1999 | Co-Chair, Infectious Diseases Committee, Northern California Chapter, American Academy of Pediatrics |
| 1999- | Perinatal Principal Investigator, Zimbabwe HPTN 023 and 046 studies |
| 2000-2001 | Chair, University of California University-wide Task Force on AIDS |
| 2000 | Member, Polio Laboratory Containment Workgroup, National Vaccine Advisory Committee |
| 2000 | Member, Perinatal Working Group, HIV Prevention Trials Network, National Institutes of Health |
| 2001-2005 | Member, Appointments and Promotions Committee, Department of Pediatrics, Stanford University School of Medicine |
| 2001 | Member, Health Services Research Interdepartmental Program Review Committee, Stanford University School of Medicine |
| 2001-2005 | Member, Committee on Faculty and Staff Benefits, Stanford University |
| 2001-2002 | Member, Core Advisory Group for the California Border/Central Valley AIDS Initiative |
| 2001-2002 | Member, School of Medicine Committee on Women and Medicine in Science |
| 2001-2002 | Member, School of Medicine Committee on Faculty Diversity |
| 2001-2002 | Member, Stanford University Committee on Faculty Diversity |
| 2001 | Member, Department of Pediatrics Nominations Committee |
| 2002-2005 | Member, Microbiology and Infectious Disease Research Committee, NIAID, National Institutes of Health |
| 2002 | Member, Stanford University School of Medicine Curriculum Scholarly Tracks Committee |
| 2002-2006 | Member, Stanford University Biosafety Panel |
| 2003-2006 | Member, Space and Staffing Committee, Lucile Salter Packard Children's Hospital at Stanford |
| 2003-2006 | Member, FPO ACC Quality Assurance Committee |
| 2003-2006 | Member, Stanford University School of Medicine Faculty Senate |
| 2004-2008 | Member, Pharmacy and Therapeutics Committee, Lucile Salter Packard Children's Hospital at Stanford |
| 2005-2010 | Member, Network Executive Committee, NIH-funded International Maternal, Pediatric, and Adolescent AIDS Clinical Trials Group - IMPAACT) Planning Committee |
| 2005- | Member, Steering Committee, Children's Health Research Program, Department of Pediatrics Stanford University School of Medicine |
| 2006- | Medical Director, Infection Control Program, Lucile Salter Packard Children's Hospital at Stanford |
| 2006 | Course director, Current Trends in Pediatric Vaccination: Strategies to Achieve Compliance |
| 2007 | Special Emphasis Panel, NIAID Clinical Training Planning (R34) Grants and Implementation (U01) Cooperative Agreements |
| 2008-2011 | Member, Appointments and Promotions Committee, Stanford University School of Medicine |
| 2008-2012 | Member, Clinical Research and Field Studies of Infectious Diseases Study Section, CSR, NIH |
| 2008- | Stanford University School of Medicine Awards Committee |
| 2010-2011 | Chair, Appointments and Promotions Committee, Stanford University School of Medicine |
| 2010-2016 | Member, Committee of Infectious Diseases, American Academy of Pediatric |
| 2010-2013 | Member, Scientific Oversight Committee, NIH-funded International Maternal, Pediatrics, and Adolescent AIDS Clinical Trial Group (IMPAACT) Planning Committee |
| 2011- | Member, Faulty of 1000, Pediatric Infectious Diseases |
| 2012-2017 | Member, March of Dimes Grant Review Committee |
| 2012- | Member, Global Vaccine Advocacy Committee, American Academy of Pediatrics |
| 2012-2016 | Member, National Vaccine Advisory Committee, Department of Health and Human Services |
| 2014- | Member, External Advisory Board, Instituto Nacional de Salud Publica, Cuernavaca, Mexico |
| 2014-2018 | Vice Chair, Committee on Infectious Diseases, American Academy of Pediatrics |

| | |
|---|---|
| 2016-3019 | Member, Board of Directors, Pediatric Infectious Diseases Society of American |
| 2016-2019 | Member, Task Force on Diversity and Inclusion, American Academy of Pediatrics |
| 2016- | Member, Board of Scientific counselors, Office of Infectious Disease, Centers for Disease Control and Prevention |
| 2017- | Member, Transition Independent Monitoring Board for the Global Polio Eradication Initiative |
| 2017 | Member, Poliovirus Containment Advisory Group, World Health Organization |
| 2018-2022 | Chair, Committee on Infectious Diseases, American Academy of Pediatrics |
| 2019-2022 | Member, Committee on Diversity and Inclusion, American Pediatric Society |
| 2019-2020 | Member, California Precision Medicine Advisory Committee |
| 2020 | Member, California COVID-19 Academic Advisory Committee |
| 2020 | Member, California Scientific Safety Review Workgroup |

## **Journal Reviewer**

American Journal of Epidemiology
British Medical Journal
Clinical Infectious Diseases
Emerging Infectious Diseases
Journal of Adolescent Healthcare
Journal of American Medical Association
Journal of Clinical Investigation
Journal of Clinical Microbiology
Journal of Human Immunology
Journal of Infectious Diseases
Journal of Pediatrics
Journal of Pediatric Infectious Diseases
Lancet
New England Journal of Medicine
Pediatric Infectious Disease Journal
Pediatrics
PLoS One
Vaccine

## POST DEGREE HONORS AND AWARDS

| | |
|---|---|
| 1986-1988 | Stetler Foundation Postdoctoral Medical Fellowship |
| 1989 | Alexander D. Langmuir Award- Epidemic Intelligence Service Alumni Award, Centers for Disease Control, Atlanta, GA |
| 1996 | Editorial Board, Manual of Control of Communicable Diseases in Man, American Public Health Association |
| 2001 | Multicultural Alumni Hall of Fame, Stanford University |
| 2003 | Stanford University School of Medicine Teaching Commendation |
| 2008-2018 | Berger-Raynolds Distinguished Packard Fellow |
| 2009- | Editorial Board: HIV/AIDS- Research and Palliative Care |
| 2013- | Member, Faculty of 1000, Infectious Diseases |
| 2017 | Distinguished Service Award, Lucile Packard Children's Hospital at Stanford University |
| 2018 | Stanford Medical Alumni RISE (Reach, Inspire, Serve, Engage) Award |
| 2018 | National Hispanic Health Foundation Leadership Award |

2020          Stanley A. Plotkin Vaccinology Lectureship Award, Pediatric Infectious Disease Society

**STANFORD COURSES DIRECTED:**

2003- present       Health Research and Policy 231:  Epidemiology of Infectious Diseases
2014 – present      Human Biology 124c:  Global Child Health

**Abstracts presented at professional meetings**

1.      **Maldonado YA,** Hestvik L, Wilson M, O'Hare J, Bi-Wee S, Townsend T, and Yolken R.  Safety and  Immunogenicity of Vaccination with RIT Rotavirus Strain 4237 in Three-month Old Infants.  Presented to  the American Pediatric Society & Society for Pediatric Research, 1986.

2.      **Maldonado YA**, Nahlen B, Roberto R, Ginsberg M, Orellana E, Mizrahi M, McBarron K, Campbell C.  Introduced <u>Plasmodium vivax</u> Malaria, San Diego, California, 1986.  Presented at the 1987 Epidemic Intelligence Service Conference, Centers for Disease Control, Atlanta, Georgia, April 1987.

3.      **Maldonado YA**, Frain J, Oshiro L, Ho M-S, Glass R.   A Cluster of False-Positive Test Results for Rotavirus, California.  Presented at the 1987 Epidemic Intelligence Service Conference, Centers for Disease Control, Atlanta, Georgia, April 1987.

4.      **Maldonado YA**, Roesch K, Deresinski S, Roberto R.  Nosocomial Hepatitis B Associated with a Seronegative Health Care Worker.  Presented at the Western Regional Epidemic Intelligence Service Conference, Tucson, Arizona, March 1988.

**5.**      **Maldonado YA**, Schecter GH, Mata A, Neal DP, Lemp GF, Rutherford GW.  Epidemiology of Tuberculosis in AIDS Patients, San Francisco.  Poster presentation at the Fourth International AIDS Conference, Stockholm, Sweden, June 1988.

6.      Aubert, R., **Maldonado YA**.  Use of Multiple Cause of Death Data to Estimate AIDS Mortality in California.  Poster presentation at the Fourth International AIDS Conference, Stockholm, Sweden, June 1988.

7.      Duliege A-M., Wang, E., Singleton, J., **Maldonado YA**.  Impact of the HIV Epidemic on the Mortality of Children in California.  Poster presentation at the Sixth International Conference on AIDS, San Francisco, CA, June 1990.

8.      **Maldonado YA**, Wang E, Sullivan B, Margolis H, Wilson MJ, Hughes M, Oxtoby M.  Clinical Spectrum of Perinatally-Acquired Pediatric HIV Infection.  Poster presentation at the Sixth International Conference on AIDS, San Francisco, CA, June 1990.

9.      **Maldonado YA**, Seavello J, Caldwell B, and The Northern California Pediatric HIV Consortium.  Evaluation of HIV Culture and Polymerase Chain Reaction in Perinatal HIV Infection.  Oral presentation at the Interscience Conference on Antimicrobial Agents and Chemotherapy, Anaheim, CA, October 1992.

10.      Goodman S, Calventi V, Lavendera M, Koenig E, Martin N, **Maldonado YA**.  Risk Behavior for HIV Infection among Women of Childbearing Age in the Urban Dominican Republic.  Poster presentation at the Eighth International Conference on AIDS, Amsterdam, Netherlands, July 1992.

11.     Logan L, Weirich E, Chmyz M, **Maldonado YA**.  Lack of Detection of Rotavirus and Adenovirus Types 40 and 41 in Young Infants in a Rural Mexican Village.  Poster presentation at the Pan American Group for Rapid Viral Diagnosis, April 1993.

12.     Bernal M, Logan L, Weirich E, Lo R, Matsui S, **Maldonado YA.** Viral Diarrhea in a Suburban Day Care Center. Oral presentation at the Interscience Conference on Antimicrobial Agents and Chemotherapy, Houston, TX, October, 1993.

13.     Logan L, Hanagud S, Chmyz M, Sanchez L, **Maldonado YA**. Rapid Identification of Enterovirus Using 4 Cell Lines and a Chemiluminescently Labeled Nucleic Acid Probe. Poster presentation at the Pan American Group for Rapid Viral Diagnosis, April 1994.

14.     Logan L, Hanagud S, Chmyz M, **Maldonado YA**.  Use of a Chemiluminescent Group Probe for the Detection of Enterovirus from Stool Samples.  Poster presentation at the American Society for Microbiology Annual Meeting, Las Vegas, NV, May 1994.

15.     Ramos-Gomez F, Hilton J, Canchola A, Greenspan D, Greenspan J, **Maldonado YA**. Risk Factors for HIV-related Orofacial Manifestations in Children. 10th International Conference on AIDS, Yokohama, Japan, August 1994.

 16.    **Maldonado YA**, Logan L, Hanagud S, Chmyz M, Sanchez L.  Shedding of Sabin Strain Poliovirus in Rural Mexican Children After Administration of Oral Polio Vaccine.  Oral presentation at the Interscience Conference on Antimicrobial Agents and Chemotherapy, Orlando, FL, October 1994.

17.     **Maldonado YA**, Logan L, Sanchez M, Chmyz M, Millan F, Valdespino J, Matsui S, Greenberg H. Population-based Prevalence of Astrovirus Gastroenteritis in Rural Mayan Children. Poster presentation at the Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA, September, 1995.

18.     Weirich E, Rabin RL, Benitz W, Herzenberg L, **Maldonado YA**.  CD11b Expression on Neutrophils as a Diagnostic Marker for Neonatal Sepsis. Oral presentation at the Society for Pediatrics Research Annual Meeting, Washington, D.C., May, 1996.

19.     **Maldonado YA**, Araneta MRG, Hersh AL, and the Northern California Pediatric HIV Consortium. Effect of Zidovudine and <u>Pneumocystis Carinii</u> Pneumonia Prophylaxis on Early Progression of Perinatal HIV Infection. Oral Presentation presented at the XI International Conference on AIDS, Vancouver, Canada, July, 1996.

20.     **Maldonado YA,** Peña V, Sanchez M, Logan L, Millan F, Matsui S, Greenberg H, Valdespino J, Sepulveda J.  Factors Affecting the Immunogenicity of Oral Poliovirus Vaccine (OPV) in Rural Mayan Children. Poster presentation at the Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, September, 1996.

21.     Wang L, Logan L, Peña V, Sanchez M, Millan F, Valdespino J, Sepulveda J, **Maldonado YA**. No  Evidence for Circulation of Wild Type 3 Poliovirus in Rural Mayan Children. Poster presentation at the  Interscience Conference on Antimicrobial Agents and Chemotherapy, New Orleans, September, 1996.

22.     Gans H, Galinus J, Logan L DeHovitz R, Arvin A, **Maldonado YA**. Comparison of Antibody and T-  cell Responses to Measles Vaccine in Infants Immunized at 6, 9, and 12 Months of Age. Poster

presentation at the Infectious Disease Society of America, New Orleans, September, 1996.

23.    Gans H, Galinus J, Logan L DeHovitz R, Arvin A, **Maldonado YA**. Comparison of Antibody and T- cell Responses to Measles Vaccine in Infants Immunized at 6, 9, and 12 Months of Age. Measles Workshop. National Institute of Allergy and Infectious Diseases, National Institutes of Health, Rockville, September, 1996.

24.    **Maldonado YA**, Araneta MRG, Hersh AL, and the Northern California Pediatric HIV Consortium. Effect of Zidovudine and Pneumocystis Carinii Pneumonia Prophylaxis on Early Progression of Perinatal HIV Infection. Eleventh International Conference on AIDS, Vancouver, BC, Canada, July, 1996.

25.    Old MO, **Maldonado YA**. Development of mutant analysis with PCR enzyme cleavage (MAPREC) methods to distinguish nt 472 revertant and nonrevertant Sabin type 3 isolates associated with vaccine associated paralytic poliomyelitis (VAPP) from fecal samples. Presented at the Society for Pediatric Research, New Orleans, May, 1998.

26.    Katzenstein DA, Mbizvo M, Gittens T, Zejenah L, Nathoo K, **Maldonado YA**, Hill D. Maternal HIV serum RNA levels predict infant mortality and vertical transmission of subtype-C HIV in Zimbabwe. Poster presentation at the Conference on Global Strategies for the Prevention of HIV transmission from Mothers to Infants, Washington , DC, September, 1997.

27.    Hill D, **Maldonado YA**, Castro M, Sullivan B, Ruiz J. Temporal patterns in prenatal HIV testing and perinatal treatment and intervention strategies. Presented at the 12th International Conference on AIDS, Geneva, Switzerland, June, 1998.

28.    Sanchez-Palacios C, **Maldonado YA**. Seroprevalence and risk factors for human T-cell lymphotrophic virus (HTLV-1) infection among ethnically and geographically diverse Peruvian women. Annual Meeting of the Infectious Disease Society of America, Denver, Colorado, November, 1998.

29.    Traynor J, Old M, **Maldonado YA**. The natural history of astrovirus infection in a high prevalence population of rural Mayan infants. Annual Meeting of the Infectious Disease Society of America, Denver, Colorado, November, 1998.

30.    Satterfield T, Old M, **Maldonado YA**. Development of guanidine thiocyanate extraction method for isolation of Sabin viruses from human fecal samples. Annual Meeting of the Infectious Disease Society of America, Denver, Colorado, November, 1998.

31.    Gans H, Arvin A, Lew-Yasukawa L, Beeler J, DeHovitz R, **Maldonado YA**. Immune responses of 6, 9, and 12 month old infants immunized with measles or mumps vaccine. Keystone Symposium on Vaccines, April, 1999.

32.    Hill D, **Maldonado YA,** Sullivan B, and the Northern California Pediatric HIV Consortium. Trends in Northern California population-based regional perinatal HIV exposure and infection, 1990-1995. Annual meeting of the American Pediatric Society and the Society for Pediatric Research, San Francisco, May, 1999.

33.    Old MO, Garcia J, Kwock D, Martinez C, **Maldonado YA**. A novel fecal extraction method to identify Sabin vaccine viruses among infants receiving OPV after previous IPV administration. Annual meeting of the American Pediatric Society and the Society for Pediatric Research, San Francisco, May, 1999.

34.  Gans H, Arvin A, Lew-Yasukawa L, Beeler J, DeHovitz R, **Maldonado YA**.  Immune responses of 6,  9, and 12 month old infants immunized with measles or mumps vaccine and the effects of passive antibodies  on these responses.  Annual meeting of the American Pediatric Society and the Society for Pediatric  Research, San Francisco, May, 1999.

35.  Frederick T, Thomas P, Melville S, Ortiz I, Mascola L, Rakusan T, Hsu H, Wilfert C, **Maldonado YA**,  Bertolli J.  The changing clinical spectrum of HIV infection in children.  Presented at the Second Conference  on Global Strategies for the Prevention of HIV Transmission from Mothers to Infants.  Montreal, Canada,   September, 1999.

36.  Shetty A, Coovadia H, **Maldonado YA**, Mirochnick M, and the HIVNET 023 Study Team.  HIVNET  023 - A phase I/II study of the safety and plasma concentrations of nevirapine given daily, twice a week or  weekly as HIV prophylaxis in breastfeeding infants from birth to 24 weeks in Durban, South Africa and  Harare, Zimbabwe.  Oral presentation at the Third Conference on Global Strategies for the Prevention of HIV  Transmission from Mothers to Infants.  Kampala, Uganda, September, 2001.

37.  Montgomery E, Kropp R, Hill D, **Maldonado YA**.  Results of a needs-assessment to determine the  culturally-specific needs of pregnant women to prevent perinatal transmission of HIV in California.  Poster  presentation at the Third Conference on Global Strategies for the Prevention of HIV Transmission from  Mothers to Infants.  Kampala, Uganda, September, 2001.

38.  Gonah NA, Chipato T, Maponga C, Moyo S, Wells J, Bassett MT, **Maldonado YA**.  Acceptability of  short-course AZT prevention by HIV infected pregnant women: Should VCT in the antenatal setting be  modified? Poster presentation at the Third Conference on Global Strategies for the Prevention of HIV  Transmission from Mothers to Infants.  Kampala, Uganda, September, 2001.

39.  Turnbull JH, Herzenberg LA, **Maldonado YA**.  Neutrophil CD11b expression as a novel indicator of  acute bacterial infection in infants between 30 days and 12 months of age.  Presented at the 39th Annual  Meeting of the Infectious Diseases Society of America, San Francisco, California, October, 2001.

40.  Castellanos JM, Khan SS, **Maldonado YA**.  Household transmission and fecal shedding pattern of  oral Sabin Type 3 poliovaccine virus (OPV3).  Presented at the 39th Annual Meeting of the Infectious  Diseases Society of America, San Francisco, California, October, 2001.

41.  Loyal JK, Hill D, Sullivan B, Ruiz J, **Maldonado YA.**  Risk factors for missed identification of HIV  infected and their infants.  Presented at the 39th Annual Meeting of the Infectious Diseases Society of  America, San Francisco, California, October, 2001.

42.  Nyoni N, Mateta P, Bassett MT, **Maldonado YA**, Wells J, Katzenstein D, Shetty AK. Feasibility and  accuracy of rapid on-site HIV tests in antenatal clinics in urban Zimbabwe. Presented as poster during the  XIV International AIDS Conference in Barcelona, Spain July 7-12, 2002.

43.  Hill DW, Sullivan B, Olson C, Ruiz J, **Maldonado YA**.  Population-based survival in perinatal HIV  infection before and after PACTG 076.

44.  Loyal JK, Hill D, Sullivan B,  Ruiz J, **Maldonado YA**.  Temporal and demographic trends in identification of HIV-infected woman and their 4 children in California, 1988-1998.  Presented as poster during the XIV International AIDS Conference in Barcelona, Spain July 7-12, 2002.

45.    Moyo S, Shetty AK, Wells J, **Maldonado YA**, Mhazo M, Katzenstein D, Bassett MT.  Experience and concerns of HIV infected women enrolled in MTCT program in Zimbabwe.  Presented as poster during the XIV International AIDS Conference in Barcelona, Spain July 7-12, 2002.

46.    Strannix LJ, Chibanda D, ChingonoA, Montgomery ET, Wells J, **Maldonado YA**, Bassett MT, Hill  DW, Chipato T, Shetty AK.  Prevalence of common mental disorder in HIV-positive pregnant women in  Zimbabwe.  Presented as poster during the XIV International AIDS Conference in Barcelona, Spain July 7-  12, 2002.

47.    Moyo S, Mhazo M, Mateta P, von Lieven A, Shetty AK, **Maldonado YA**, Maponga C, Katzenstein D, Bassett MT.  Feasibility of HIV/AIDS counseling for pregnant women using community volunteers: experience from Zimbabwe.  Presented as poster during the XIV International AIDS Conference in Barcelona, Spain July 7-12, 2002.

48.    Montgomery ET, Kropp R, Hill DW, Ruiz J, **Maldonado YA**. Assessment of universal HIV voluntary counseling, test offering and testing for prenatal women in California. Presented as an oral presentation during the XIV International AIDS Conference in Barcelona, Spain July 7-12, 2002.

49.    Sarnquist C, Sullivan B, Hill DW, **Maldonado YA**.  Implementation and evaluation of interventions   aimed at increasing HIV counseling and testing and test acceptance among pregnant women in California.   Presented as an Oral presentation during the 130th Annual APHA Meeting in Philadelphia, PA, 9-13  November 2002.

50.    Kropp R, Montgomery ET, Hill DW, Ruiz J, **Maldonado YA**.  A needs assessment reveals unique challenges to preventing perinatal HIV transmission among Hispanic women in California.  Presented as and   oral presentation during the 130th Annual APHA Meeting in Philadelphia, PA, 9-13 November 2002.

51.    Sansom S, **Maldonado YA**, Ruiz J.  Evaluating the impact of programs to increase voluntary HIV testing among pregnant women.   Presented as poster during the 130th Annual APHA Meeting in Philadelphia, PA, 9-13 November 2002.

52.    Martinez CV, Old MO, Kwock DK, Khan SS, Garcia JJ, Chan CS, Webster R, Falkovitz-Halpern MS, **Maldonado YA**.  Shedding of Sabin poliovirus type 3 containing the nt-472 U to C point mutation after administration of oral poliovirus vaccine.  Oral presentation, 41st Annual Meeting, Infectious Diseases Society of America, San Diego, CA, October 11, 2003.

53.    Jackson DD, **Maldonado YA**, Chan C, Rivas-Merelles E, Santos-Preciado J.  Household transmission of atypical isolates of type 3 oral poliovirus vaccine.  Poster presentation, 41st Annual Meeting, Infectious Diseases Society of America, San Diego, CA, October 11, 2003.

54.    Berk DR, Falkovitz-Halpern MS, Hill DW, **Maldonado YA**.  Temporal trends in early clinical manifestations of Perinatal human immunodeficiency virus infection in a population-based cohort.  Presented at the Meeting of the Pediatric Academic Societies, Washington DC, May 2005.

55.    Wong LJ, Biswas S, Gnanashanmugam D, Fang M, Hammon R, Rivas-Merelles EE, Santos JI, **Maldonado YA**.  Shedding and Household Transmission of Sabin Poliovirus Type 3 after administration of   OPV to Mexican infants in a primary OPV vaccination schedule.  Presented at the 43rd Annual Meeting of  the Infectious Diseases Society of America (IDSA), October 6, 2005, San Francisco,

California.

56.     Gnanashanmugam D, Fang M, Falkovitz- Halpern MS, Dodge A, Esparza M, Hammon R, Wong LJ,  Rivas-Merelles EE, Santos JI, **Maldonado YA**.  Comparison of MAPREC to a Real Time PCR Assay Estimating VAPP Reversion of OPV3 in Mexican Families.  Presented at the Meeting of the Pediatric Academic Societies, San Francisco, CA, May 2006.

57.     Bowles M, Sarnquist C, Falkovitz-Halpern, **Maldonado YA**.  Racial/ethnic birth weight and prenatal   care disparities in California from 2000-2004.  Accepted for presentation at the 134th Annual Meeting,   American Public Health Association, November 8, 2006, Boston, MA.

58.     Hillary L Copp Hillary, Halpern Meira, **Maldonado YA,** Shortliffe Linda. The Prevalence Of Hospitalization For Pyelonephritis In California Increases: Results from a Statewide Hospital Discharge  Database with Implications on a National Scale. Poster presentation, American Urological Association   National Meeting, Chicago, Il, April 25-30, 2009.

59.     McNeil C, **Maldonado, YA**. California Femail Human Papillomavirus Related Anogenital Malignancies.  48th Annual Meeting of the Infectious Diseases Society of America (IDSA), October 21 - 24, 2010 at the  Vancouver Convention Centre in Vancouver, British Columbia, Canada.

60.     Sarnquist C, **Maldonado YA.** Vaccine Risk Communication: The Role of Resident Education. 48th Annual   Meeting of the Infectious Diseases Society of America (IDSA), October 21 - 24, 2010 at the Vancouver  Convention Centre in Vancouver, British Columbia, Canada.

61.     Sturt A, **Maldonado YA**. Relationship of Pediatric HIV CDC Category B Diagnoses to Progression to Category C Diagnosis and Death. 48th Annual Meeting of the Infectious Diseases Society of America (IDSA), October 21 - 24, 2010 at the Vancouver Convention Centre in Vancouver, British Columbia, Canada.

63.     Hoosen Coovadia, EB, **Maldonado YA**, Mofenson L, Moodley D, Musoke P, Fowler MG, Karim Manji,   George K,  Zwerski S, and the HPTN 046 Protocol Team.  HPTN 046: Efficacy of Extended Daily Infant  Nevirapine  through Age 6 Months Compared to 6 Weeks for Prevention of Postnatal Mother-to-Child  Transmission of HIV through Breastfeeding. Oral presentation, Conference on Retroviruses and Opportunistic Infections, Boston, MA, March 2, 2011.

64.     Troy SB, Musingwini G,  Huang CH,  Meira S. Halpern MS, Stranix-Chibanda L, Shetty AK Chirara M,   Nathoo K **Maldonado YA**. Oral Polio Vaccine Shedding in HIV-Infected versus Uninfected Zimbabwean  Infants. Poster Presentation, 49th Annual Meeting of the Infectious Disease Society of America Boston, MA,   October 20-23, 2011.

65.     Troy S, Ferreyra-Reyes L, Canizales-Quintero S,  Huang CH, Lee YJ, Báez-Saldaña  R,  Ferreira-Guerrero E,  García-García L, **Maldonado YA.** Oral Polio Vaccine Circulation and Mutation after Mexican National Immunization Weeks. Poster Presentation, 49th Annual Meeting of the Infectious Disease Society of America, Boston, MA, October 20-23, 2011.

66.     Sturt A, Anglemyer A, Berk D, **Maldonado YA**. Pediatric HIV CDC Category A and B Dermatologic   Diagnoses over 22 Years of Longitudinal Follow-up. (manuscript title: temporal trends in

mucocutaneous finding among human immunodeficiency virus-1 infected children in a population-based cohort). Poster Presentation, 49th Annual Meeting of the Infectious Disease Society of America, Boston, MA, October 20-23, 2011.

67.    Sarnquist C, Stranix-Chibanda L, Moyo P, Tagwera V, Chipato T, Kang J, **Maldonado YA**. Integrating family planning into prevention of mother-to-child HIV transmission (PMTCT) programs: Maximizing PMTCT in Zimbabwe. Poster presentation, 19th International AIDS Conference, July 22-27, 2012. Washington, DC.

68.    Troy S, Nathoo K, Stranix-Chibanda L, Shetty A, Musingwini G, Huang CH, Holubar M, Halpern, M, **Maldonado Y**. The Effects of HIV Exposure and Malnutrition on Oral Polio Vaccine Shedding in Zimbabwean Infants. Poster Presentation. 50th IDWeek, San Diego, CA, October 16-21, 2012.

69.    Holubar M, Troy S, Kusum Nathoo K, Stranix-Chibanda, L, Shetty A, Musingwini G, Huang C, Srinivas N, Halpern M, Maldonado Y. Shedding of Oral Polio Vaccine (OPV) in Mothers of OPV-vaccinated Zimbabwean Infants. Poster Presentation. 50th IDWeek, San Diego, CA, October 16-21, 2012.

70.    Ferreyra-Reyes L, Canizales-Quintero S, Nelson C, Huang CH, Baez- Saldana R, Ferreira-Guerrero E, Garcia-Garcia L, **Maldonado, Y**. Oral Polio Vaccine Shedding among Mexican Children after National Immunization Weeks. Poster Presentation. 50th IDWeek, San Diego, CA, October 16-21, 2012.

71.    Dyner LL, Yasukawa LL, Sung P, Mason P, Nathoo K, Hayley Gans, H, **Maldonado Y.** Immunogenicity of the Measles Vaccine in HIV-infected and HIV-exposed Uninfected Infants in Zimbabwe. Poster Presentation. 50th IDWeek, San Diego, CA, October 16-21, 2012.

72.    Stranix- Chibanda L, Chipato T, **Maldonado Y**. Efficacy and safety of 6 months vs 6 weeks nevirapine (NVP) for prevention of postnatal HIV-1 transmission 18 month follow-up of the HPTN 046 trial. 20th Conference on Retroviruses and Oportunistic Infections, March 3-6, 2013. Atlanta, GA.

73.    Troy S, Ferreyra-Reyes L, Huang CH, Canizales-Quintero S, Nelson C, Baez-Salada R, Elizabeth Ferreira-Guerrero E, Garcia-Garcia L, **Maldonado Y**. Differential Circulation Patterns of Oral Polio Vaccine Serotypes 1, 2, and 3 after Mexican National Immunization Weeks. Oral Abstract Presentation. 51st IDWeek, San Francisco, CA, October 2-6, 2013.

74.    Kann D, Norton E, Bauer D, Huang CH, Clements J, **Maldonado Y**. Fecal Markers of Intestinal Immunity Using a Poliovirus Vaccine Model**.** Poster Abstract Presentation. 53rd IDWeek, San Diego, CA, October 7-11, 2015.

75.    Sarnquist C, Holubar M, Garcia-Garcia L, Ferreyra Reyes, L, Montero-Campos R, Cruz-Hervert LP, Talib A, Falkovitz Halpern M, **Maldonado Y**. Towards Polio Eradication: OPV and IPV exposure in Mexican Communities Preparing for a Randomized Controlled Trial of Poliovirus Circulation Patterns. Poster Abstract Presentation. 53rd IDWeek, San Diego, CA, October 7-11, 2015.

76.    Huang CC, Holubar M, Leary S, Hoorebeke C, **Maldonado Y**. Use of a High-Throughput, Multiplex Assay for Detection of Sabin Oral Polio Vaccine in Fecal Samples. Poster Abstract Presentation. Pediatric Academic Societies Annual Meeting, Baltimore, MD, April 30-May 3, 2016.

77.    Cruz-Hervert LP, Ferreyra Reyes L, Canizales-Quintero S, Montero-Campos R, Delgado G, Ferreira E, Mongua N, Melchor A, Sarnquist C, Holubar M, Talib A, Altamirano J, **Maldonado Y**, Garcia-Garcia L Determinants of IPV Vaccination Among Children Younger Than Five in Three Rural

and Semiurban Communities in Mexico. Poster Abstract Presentation. Pediatric Academic Societies Annual Meeting, Baltimore, MD, April 30-May 3, 2016.

78.    Sarnquist CC, Garcia-Garcia L, Ferreyra L, Montero-Campos R, Cruz-Hervert LP, Altamirano J, Holubar M, Talib A, Purington N, Halpern M, Ferreira E, Delgado G, Canizales Quintero S, **Maldonado Y**. Preventing Polio Post-eradication: Elucidating Polio Virus Shedding and Transmission Patterns in the Presence of IPV and OPV. Oral Presentation, 54th IDWeek, New Orleans, LA, October 26-30, 2-16, 2016.

79.    Kann D, **Maldonado Y.** Total and Polio Specific Fecal IgA Trends in a Pediatric Cohort  Poster Presentation, 54th IDWeek, New Orleans, LA, October 26-30, 2-16, 2016

80.    Anglemyer A, Sturt A, **Maldonado Y**. The Effect of Antiretroviral Therapy Use Among HIV-1 Positive Children on the Hazard of AIDS Using Calendar Year as an Instrumental Variable.  Poster Presentation, 54th IDWeek, New Orleans, LA, October 26-30, 2-16, 2016.

81.    Jarvis C, Edmunds J, Altamirano J, **Maldonado Y**. OPV transmissibility in communities after cessation of routine OPV immunization:  GPS analysis. Oral Presentation, 55th IDWeek, San Diego, CA, October 4-8, 2017.


**Selected invited lectures**

1.    Epidemiology of Pediatric AIDS.  University of California at Berkeley School of Public Health.  February 18, 1992

2.    HIV Disease in Latinos.  California Latino Health Care Task Force.  March 7, 1992

3.    Pediatric HIV.  University of New Mexico Pediatric Grand Rounds. May 21, 1992

4.    Pediatric Vaccines.  Lucile Salter Packard Children's Hospital at Stanford Grand Rounds. September  11, 1992

5.    Epidemiology of HIV in Infants and Children.  Hospital Infantil de Mexico Grand Rounds, Mexico City.  November 19, 1992

6.    Measles Vaccine: State of the Art.  18th Annual Meeting of the Mexican Infectious Disease Society, Mexico City.  November 22, 1993

7.    Epidemiology of Pediatric HIV.  Third Annual Update on AIDS Conference, San Francisco, California.  May 20, 1994

8.    Pediatric AIDS.  Lucile Salter Packard Children's Hospital at Stanford Plenary Session, Continuing Medical Education Course.  July 16, 1994

9.    Epidemiology of Poliovirus infection in the Western Hemisphere.  Invited lecture, National Institutes  of Health, Bethesda, Maryland.  September 29, 1994.

10.    Antiviral Agents.  Plenary Session, American Academy of Pediatrics Annual Meeting, Dallas, Texas.  October 23, 1994

11.     Principles of Hospital Infection Control.  Association for Practitioners of Infection Control, Asilomar,  California.  November 10, 1994

12.     Pneumococcal Infections.   Lucile Salter Packard Children's Hospital at Stanford Grand Rounds. May  26, 1995

13.     Intensive review of Pediatric Infectious Diseases.  PREP the Course (National Pediatrics Review and  Education Program, American Academy of Pediatrics), Santa Monica, California.  February 3 - 7, 1995

14.     Intensive review of Pediatric Infectious Diseases.  PREP the Course (National Pediatrics Review and  Education Program, American Academy of Pediatrics), Minneapolis, Minnesota.  August 12-16, 1995

15.     How to Conduct Clinical Trials.  Plenary Session jointly sponsored by the Infectious Disease Society  of America, Interscience Conference on Antimicrobial Agents and Chemotherapy, and the Food and Drug  Administration, San Francisco, California.  September 15, 1995

16.     Antivirals and Antibiotics.  Plenary Session, American Academy of Pediatrics Annual Meeting, San  Francisco, California.  October 15, 1995

17.     Varicella Virus and Chickenpox Vaccine.  American Society for Microbiology, Concord, California. November 11, 1995

18.     Pediatric HIV Infection: Maternal and Infant Prevention and Management.  California Department of  Health Services Fifth Annual Governor's Conference.  San Diego, California.  February 5, 1998.

19.     Clinical Management of HIV in Newborns: Mothers to be and Newborns.  Thirteenth Annual Conference on Human Retrovirus Testing, San Diego, California. March 4, 1998.

20.     Update on Pediatric Vaccines.  Pediatric Grand Rounds, University of California, San Francisco. May, 1998.

21.     What's New in Viral Vaccines. Polio and the Eradication effort. Medical Virology Symposium,  Annual meeting of the American Society for Virology. Vancouver, British Columbia, Canada. July 11,  1998.

22.     Infectious Diseases in Children: Successes and Failures in Lowering Morbidity and Mortality in Africa and Latin America.  The Environmental Policy Forum, Institute for International Studies, Stanford  University, December 3, 1998.

23.     Measles Vaccine Efficacy.  Aerosol Measles Immunization and Alternative Routes of Immunization  Workshop.  A.B. Sabin Vaccine Institute, Georgetown University, Washington, DC, January 13, 1999.

24.     Clinical Trials and Universities.  "The FDA Comes to Stanford."  Stanford University, March 23,  2000.

25.     Elimination of Measles in the United States.  Meeting of the National Vaccine Advisory Committee,   United States Public Health Service, Washington, DC, October 24, 2000.

26.    Edmonston B Measles Vaccine Administration to the Yanomami Indians.  Meeting of the American  Anthropologic Association, San Francisco, California, November 16, 2000.

27.    HIV/AIDS among African American Women in California.  African Americans: Meeting the Challenge to Protect the Future. UC Davis Fifth Annual AIDS Conference, Sacramento, California, October  19, 2001.

28.    Household Transmission of Oral Poliovirus Vaccine: Implications for Eradication.  University of  California at Berkeley School of Public Health, November 2, 2001.

29.    Adaptive Immunity of Young Infants to Measles and Mumps Vaccine.  WHO Steering Committee on  research related to measles vaccines and vaccination, March 27-28, 2002, WHO, Geneva.

30.    OPV and IPV Studies in Mexico.  Meeting of the Mexican Federal Health Department and World  Health Organization on "Poliomyelitis: an update in the Mexican Context."  Cancun, Mexico, March 4,  2004.

31.    Approach to Rotavirus Gastrotenteritis.  Pediatric Grand Rounds, USC County Medical Center, Los  Angeles, California, July 18, 2006.

32.    Global Childhood Survival: How Preventable Infections in the Developing World Affect Us All.  Meeting of the Zimbabwe Pediatric Association, Harare, Zimbabwe, August 9, 2006.

33.    Pediatric HIV and AIDS efforts and the UN Millenium Program.  Can the United Nations Save the  World?  Symposium at Stanford University School of Medicine, Stanford, CA, October, 2006.

34.    HPV Infection and HPV Vaccine. Lucile Salter Packard Children's Hospital at Stanford Grand Rounds. March 5, 2007

35.    Impact of Fetal and Neonatal viral (and Parasitic) infections on later development and diseases outcome.  The Window of Opportunity: Pre-Pregnancy to 24 Months of Age, volume 61 of the Nestlé Nutrition Workshop Series.  April 1-5, 2007, Bali, Indonesia.

36.     MRSA Colonization and Infection: Implications for Pediatrics.  Lucile Salter Packard Children's Hospital at Stanford Grand Rounds.  December 14, 2007

38.    Emerging Issues in Pediatric Foodborne Illness.  Lucile Salter Packard Children's Hospital at Stanford Grand Rounds. September 5, 2008.

39.    MRSA.  Eden Valley Medical Center Grand Rounds. December 19, 2008.

40.    Hacia la eliminación del sarampión en México y en el continente Americano.  13 Congreso de Investigacion en Salud Publica-INSP, Instituto Nacional de Salud Publica, Cuernavaca, Mexico, March 5,  2009.

41.    An update on Human Papillomavirus. Lucile Salter Packard Children's Hospital at Stanford Grand  Rounds. January 16, 2009.

42.     Routine Use of RotaTeq®:Postlicensure Experience in US.  Plenary session, World Society of  Pediatric Infectious Diseases, Buenos Aires, Argentina, November 21, 2009.

43.     Postlicensure Experience with Oral, Pentavalent Rotavirus Vaccine (RotaTeq[®]).  Plenary Session,   International Pediatric Association (IPA) Congress of Pediatrics, Johannesburg, South Africa, August 4,  2010.

44.     Rotavirus Vaccination and Human Papilloma Virus (HPV) Vaccination.  Plenary Session, Biennial meeting, Turkish Pediatric Infectious Diseases Congress, Antalya, Turkey, April 28, 2011.

45.     Safety and Effectiveness of Oral, Pentavalent Rotavirus Vaccine (RotaTeq[®]).  Plenary Session, Annual Meeting, Sociedad Latinoamericano de Infectiologia Pediatrica, Punta Cana, Dominican Republic,  May 27, 2011.

46.     HPTN 046: Efficacy of Extended Daily Infant Nevirapine  through Age 6 Months Compared to 6  Weeks for Prevention of Postnatal Mother-to-Child Transmission of HIV through Breastfeeding.  Plenary   talk, HIV Prevention Trials Network/ International Maternal Pediatric Adolescent AIDS Clinical Trials   Group Annual retreat, Washington DC, June 8, 2011.

47.     Pediatric Vaccine Update 2011. Lucile Salter Packard Children's Hospital at Stanford Grand Rounds.   September 30, 2011.

48.     Pediatric HIV Infection:  A Global Perspective.  Keynote Address, Sanford/Mayo Symposium, Inaugural Denny Sanford Visiting Professor, November 4, 2011, Sanford Medical School, Sioux Falls, South  Dakota.

49.     Measles vaccines - A positive step toward eradicating a negative strand.  Grand Rounds, Merck & Co., November 15, 2011.  West Point, Pennsylvania.

50.     Global childhood survival:  Pediatric infectious disease challenges.  Research seminar, Children's Hospital at Los Angeles, December 14, 2011.  Los Angeles, California.

51.     Pediatric IPV and OPV studies in Zimbabwe and Mexico.  Polio Research Committee meeting, World Health Organization, Geneva, Switzerland, April 3, 2012.

52.     Panorama de poliomielitis y riesgo de re-emergencia (Poliomyelitis panorama and risk of reemergence). 35th annual meeting of the Mexican Association of Infectology and Microbiology (AMIMC) April 26, 2012.  Leon, Guanajuato, Mexico

53.     Global Childhood Survival: Vaccine Preventable Deaths.  American Academy of Pediatrics Global  Vaccine Advisory Committee, US Congressional briefing, June 13, 2012, Washington DC.

54.     Pertussis and Pertussis Vaccine Update.  12th Annual Stephen A. Chartrand, M.D. Memorial Distinguished Lecture, Department of Pediatrics, Creighton University School of Medicine, Omaha, Nebraska, September 28, 2012.

55.     Panorama de poliomielitis y riesgo de re-emergencia (Poliomyelitis panorama and risk of re emergence).  XVI Congreso Latinoamericano de Pediatria – ALAPE 2012.  November 17, 2012. Cartagena, Colombia.

56.     La tos ferina y actualizacion de la vacuna de tos ferina (Pertussis and update on pertussis vaccine).  XVI Congreso Latinoamericano de Pediatria- ALAPE 2012 November 17, 2012, Cartagena,

Colombis.

57.    Epidemiologic Principles in the Global Elimination of Poliomyelitis.  MAC-EPID symposium
"Eradicating Polio: Scientific Opinion and Political Will." November 13, 2015, University of
Michigan School of Public Health, Ann Arbor, Michigan.

58.    The American Academy of Pediatrics & Global Immunizations.  WHO/Sabin Institute Joint
Symposium on Closing Immunity Gaps in Older Children and Adults Towards Measles and Rubella
Elimination: Lessons learned and challenges.   Siena, Italy 10-11 May 2016.

59.    Bay Area Virus Symposium Plenary talk.  Epidemiologic Principles in the Global Elimination of
Poliomyelitis.  UC Berkeley, California, May 2, 2016.

60.    Red Book 2016 Vaccine Update.  William E. Rhea Memorial Lectureship.  July 26, 2016, UCSF
Benioff Oakland Children's Hospital.

61. Efficacy and effectiveness of RotaTeqTM:  results from pre-licensure and post-marketing studies.
September 14, 2017, the 1st International Gastroenteritis Workshop, Fudan University, Shanghai, China.

62. Pediatric Immunization Update.  Bay Area Infectious Disease Conference for Prenatal and Pediatric
Providers.  January 24, 2018, Alameda County Health Department, Oakland, California.

63. SPHERE: Collaborative Research and Precision Medicine.  17th Annual Developmental Disabilities: An
Update for Health Professionals 2018.  March 8, 2018, University of California, San Francisco, California.

64.  Dealing with Vaccine Hesitancy.  July 12, 2018, Philippine Pediatric Society, Manila, Philippines.

65.  Temas para el final de la erradicación de la polio y las limitaciones de la inmunogenicidad de la OPV y
la IPV.  August 3, 2018, Department of Immunology, Universidad Nacional Autonoma de Mexico, Mexico
City, Mexico.

66.  Academic Biomedical Career Customization (ABCC) Promoting Flexibility in Academic Medicine to
Foster Success.  August 10, 2018, Department of Pediatrics, Children's Mercy Hospital, Kansas City,
Missouri.

 67. Global Climate Change: Infectious Diseases and Impact on Child Health.  Children's' Health and
       Climate Change. Global Climate Action Summit, September 13, 2018, San Francisco, California.

 68. Maternal HBV Viremia is associated with adverse infant outcomes in HIV/HBV women.  March 4-7,
2019, 2019 Conference on Retroviruses and Opportunistic Infections (CROI), Seattle, Washington.

69, Novel Coronavirus (COVID-19) Update. May 7, 2020, Department of Pediatrics, Staten Island
University Hospital, Staten Island, New York.

70.  Redbook Update. May 8, 2020, Lucile Salter Packard Children's Hospital at Stanford Grand   Rounds.
January 16, 2009.

 69. Using COVID-19 Epidemiology to Understand When and How to Return to Work and School. June 5,
       2020, Lucile Salter Packard Children's Hospital at Stanford Grand   Rounds. January 16, 2009.

Memberships in professional associations and learned societies

| 1983-1987 | Junior Fellow, American Academy of Pediatrics |
| 1988- | Fellow, American Academy of Pediatrics |
| 1989- | Member, Infectious Disease Society of America |
| 1996- | Member, Pediatric Infectious Disease Society |
| 1996- | Member, Infectious Disease Section, Northern California Chapter, American Academy of Pediatrics |
| 2000-2004 | Co-Chair, Infectious Disease Section, Norther California Chapter, American Academy of Pediatrics |
| 2002- | Member, American Public Health Association |
| 2006- | Member, American Pediatric Society |
| 2006- | Member, American Society of Microbiology |
| 2010- | Member, Society of Healthcare Epidemiology of American |
| 2015- | Fellow, Pediatric Infectious Diseases Society |

Certification

| 1984-1988 | State of Maryland Medical License |
| 1988- | State of California Medical License   G63684 |
| 1988- | Board Certification in Pediatrics, American Board of Pediatrics |

## II. Bibliographic information

**A.1. Scholarly publications**

**Articles published in peer-reviewed professional journals**

1.    Goldblum OR, Brusilow SW, **Maldonado YA**, Farmer ER. Neonatal citrullinemia associated with cutaneous manifestations and arginine deficiency.  Journal of the American Academy of Dermatology. 2:321-  6, 1986.

2.    **Maldonado YA**, Hestvik L, Wilson M, O'Hare J, Bi-Wee S, Townsend T, Yolken R.  Safety and  Immunogenicity of Bovine Rotavirus Vaccine RIT 4237 in 3-month-old Infants.  Journal of Pediatrics.  109:931-5, 1986.

3.    Shaw RD, Fong KJ, Losonsky GA, Levine MM, **Maldonado YA**, Yolken R, Flores J, Kapikian AZ,  Vo PT, Greenberg HB.  Epitope-Specific Immune Responses to Rotavirus Vaccination. Gastroenterology.  93:941-50, 1987.

4.    **Maldonado YA**, Nahlen BL, Roberto RR, Ginsberg M, Orellana E, Mizrahi M, McBarron K, Lobel  HO, Campbell CC.  Transmission of Plasmodium vivax Malaria in San Diego County, California, 1986.  American Journal of  Tropical Medicine and  Hygene. 42:3-9, 1990.

5.    Yolken RH, **Maldonado YA**, Kinney J, Vonderfecht S.  Epidemiology and Potential Methods for   Prevention of Neonatal Intestinal Viral Infections.  Reviews of Infectious Diseases. 12:S421-7, 1990.

6.     Caldwell BM, Mascola L, Smith W, Thomas P, Hsu HW, **Maldonado YA**. Parents-Biologic, Foster,  and Adoptive:  Caregivers of Children Exposed Perinatally to HIV in the United States. Pediatrics. 90:603‑ 11, 1992.

7.     St. Geme JW, **Maldonado YA**, Enzmann D, Hotez P J, Overturf GD, Schantz PM.  Consensus: Diagnosis and Management of Neurocysticercosis in Children. Pediatric Infectious Disease Journal. 12:455‑ 61, 1993.

8.     Lesar S, **Maldonado YA**.  Infants and Young Children with HIV Infection: Service Delivery Considerations for Family Support. Infants and Young Children. 6:70-81, 1994.

9.     **Maldonado YA**, Wang NE, Caldwell B, and the Northern California Pediatric HIV Consortium. Factors Associated with Early Clinical Recognition of Children with Perinatal Human Immunodeficiency Virus Infection. Journal of Infectious Diseases. 171:689-92, 1995.

10.    **Maldonado YA**, Lawrence EC, DeHovitz R, Hartzell H, Albrecht P. Early Loss of Passive Measles Antibody in Infants of Mothers with Vaccine-Induced Immunity.  Pediatrics. 96:447-50, 1995.

11.    Rabin RL, Roederer M, **Maldonado YA**, Petru A, Herzenberg LA, Herzenberg LA. Altered Representation of Naive and Memory CD8 T Cell Subsets in HIV-Infected Children. Journal of Clinical Investigation. 95:2054-60, 1995.

12.    Bernstein DI, Glass RI, Rodgers G, Davidson BL, Sack DA, Anderson E, Bernstein D, Ward R, Chartrand S, Cherry J, Blumberg D, Davidson B, Zito E, Mack M, Forro J, Camardo J, Starr E, Dennehy P, Fries S, Froehlich H, Glass R, Hamm C, Imrie R, Jackson M, Kim K, Guzman E, Levin M, **Maldonado Y**, Pichichero M, Pickering L, Pomeranz A, Rennels M, Keane V, Rodgers G, Rabalais G, Sack D, Said D, Singh-Naz N, Pedreira F, van Dyke R, Wald E.  Evaluation of Rhesus Rotavirus Monovalent and Tetravalent  Reassortant Vaccines in US Children.   JAMA. 1995;273:1191-6.

13.    Lesar S, **Maldonado YA**.  Parental Coping Strategies in Families of HIV-infected Children. Children's Health Care Journal. 25:19-35, 1996.

14.    Barnhart H, Caldwell B, Thomas P, Mascola L, Ortiz I, Hsu H, Schulte J, Parrott R, **Maldonado YA**,  Byers R and the Pediatric Spectrum of Disease Clinical Consortium. Natural history of human immunodeficiency virus disease in perinatally infected children: an analysis from the Pediatric Spectrum of Disease Project.  Pediatrics. 97:710-6, 1996.

15.    Morris C, Araba-Owoyele L, Spector SA, **Maldonado YA**.  Disease Patterns and Survival after AIDS
Diagnosis in HIV-Infected Children. Pediatric Infectious Disease Journal. 15:321-8, 1996.

16.    Ramos-Gomez FJ, Hilton JF, Canchola AJ, Greenspan D, Greenspan JS, **Maldonado YA**. Risk Factors for HIV-Related Soft Tissue Orofacial Manifestations in Children. Pediatric Dentistry. 18:121-6,  1996.

17.    **Maldonado YA**, Peña-Cruz V, Sanchez M, Cantwell M, Logan L, Blandón S, Matsui S, Millan-Velasco F, Valdespino JL, Sepulveda J. Host and Viral Factors Affecting the Decreased Immunogenicity of

Sabin Type 3 After Administration of Trivalent Oral Polio Vaccine (OPV) to Rural Mayan Children. <u>Journal of Infectious Diseases</u>. 175:545-53, 1997.

18.     Lesar S, **Maldonado YA**.  The Impact of children with HIV-Infection on the Family System. <u>Families in Society</u>. 78:272-9, 1997.

19.     Old MO, Logan LH, **Maldonado YA**. Development of chemiluminescent probe hybridization, RT-PCR and nucleic acid cycle sequencing assays of Sabin type 3 isolates to identify base pair 472 Sabin type 3 mutants associated with vaccine-associated paralytic poliomyelitis. <u>Journal of Virological Methods</u>. 68:109-18, 1997.

20.     Weirich E, Rabin RL, **Maldonado YA**, Benitz W, Modeler S, Herzenberg LA, Herzenberg LA. CD11b Expression on Neutrophils as a Diagnostic Marker for Neonatal Infection. <u>Journal of Pediatrics</u>. 132:445-51, 1998.

21.     **Maldonado YA**, Araneta MRG, Hersh AL, and the Northern California Pediatric HIV Consortium. Effect of <u>Pneumocystis Carinii</u> Pneumonia Prophylaxis and Zidovudine on the Natural History of Early Progression of Perinatal Human Immunodeficiency Virus Infection. <u>Pediatric Infectious Disease Journal</u>. 17:398-402, 1998.

22.     Gans H, Galinus J, Logan L,  DeHovitz R, Arvin A, **Maldonado YA**. Comparison of Antibody and  T-cell Responses to Measles Vaccine in Infants Immunized at 6, 9, and 12 Months of Age.  <u>Journal of the  American Medical Association</u>. 280:527-32, 1998.

23.     **Maldonado YA**, Cantwell M, Logan L, Sanchez M, Millan F, Valdespino J, Sepulveda J, Matsui S.  Population-based Prevalence of Astrovirus Gastroenteritis in Rural Mayan Infants. <u>Journal of Infectious  Diseases</u>. 178:334-9, 1998.

24.     Zijenah L, Mbizvo MT, Kasule J, Nathoo K, Munjoma M, Mahomed K, **Maldonado YA**, Madzime S,  Katzenstein D.  Mortality in the first two years among infants born to HIV-infected women in Harare,  Zimbabwe. <u>Journal of Infectious Diseases</u>. 178:109-13, 1998.

25.     Granich R, Cantwell MF, Long K, **Maldonado YA**, Parsonnet J.  Patterns of health seeking behavior  during episodes of childhood diarrhea: a study of Tzotzil-speaking Mayans in the highlands of Chiapas,  Mexico.  <u>Social Science & Medicine</u>. 48:489-95, 1999.

26.     Gans HA, **Maldonado YA**, Yasukawa LL, Beeler J, Audet S, Rinki MM, DeHovitz R, Arvin AM.  Interleukin 12, interferon gamma and T cell proliferation to measles in immunized infants. <u>Journal of Immunology</u>. 162:5569-75, 1999.

27.     Gutierrez KM, Halpern MF, **Maldonado YA**, Arvin AM.  The epidemiology of neonatal herpes simplex virus infections in California from 1985 to 1995. <u>Journal of Infectious Diseases</u>. 180:199-202, 1999.

28.     Katzenstein DA, Mbizvo M, Zijenah L, Gittens T, Munjoma M,Hill D, Madzime S, **Maldonado YA**.  Serum level of maternal human immunodeficiency virus (HIV) RNA, infant mortality, and vertical transmission of HIV in Zimbabwe.  <u>Journal of Infectious Diseases</u>. 179:1382-7, 1999.

29.     Peter G, des Vignes-Kendrick M, Eickhoff TC, Fine A, Galvin V, Levine MM, **Maldonado YA**, Marcuse EK, Monath TP, Osborn JE, et al.  Lessons learned from a review of the development of selected vaccines.  National Vaccine Advisory Committee.  <u>Pediatrics</u>. 104(4 Pt 1):942-50, 1999.

30.     The National Vaccine Advisory Committee (**Maldonado YA** as a member of the Committee). Strategies to sustain success in childhood immunizations. <u>Journal of the American Medical Association</u>. 282:363-70, 1999.

31.     Dominguez K, Bertolli J, Fowler M, d'Almada P, Peters V, Ortiz I, Melville S, Rakusan T, Frederick  T, Hsu H, **Maldonado YA**, Wilfert C, the PSD Consortium and the Perinatal Safety Review Working Group.  Lack of Definitive Severe Mitochondrial Signs and Symptoms among Deceased HIV-Uninfected and HIV-  Indeterminate Children 5 Years of Age, Pediatric Spectrum of HIV Disease Project (PSD), USA.  <u>Annals of  the New York Academy of Sciences.</u> 918:236-246, 2000.

32.     Gans H, Yasukawa L, Rinki M, DeHovitz R, Forghani B, Beeler J, Audet S, **Maldonado YA**, Arvin AM.  Immune Responses to measles and mumps vaccination of infants at 6, 9, and 12 months. <u>Journal of Infectious Diseases.</u> 184:817-26, 2001.

33.     Shetty AK, Frankel LR, **Maldonado YA**, Falco DA, Lewis DB.  Group A streptococcal meningitis: report of a case and review of literature since 1976.  <u>Pediatric Emergency Care.</u> 17:430-4, 2001.

34.     **Maldonado YA**.  Current Controversies in Vaccination:  Vaccine Safety.  <u>Journal of the American Medical Association.</u> 288:3155-8, 2002.

35.     Old MA, Martinez CV, Kwock D, Garcia J, Martin G, Chan C, **Maldonado YA**.   Direct extraction  of Sabin poliovirus genomes from human fecal samples using a novel guanidine thiocyanate extraction  method.  <u>Journal of Virological Methods.</u>  110:193-200, 2003.

36.     Sanchez-Palacios C, Gotuzzo E, Vandamme AM, **Maldonado YA**. Seroprevalence and risk factors for  human T-cell lymphotropic virus (HTLV-I) infection among ethnically and geographically diverse Peruvian  women.  <u>International Journal of Infectious Diseases.</u> 7:132-7, 2003.

37.     Shetty AK, **Maldonado YA**.  Preventing mother-to-child transmission of human immunodeficiency virus type 1 in resource-poor countries.  <u>Pediatric Infectious Disease Journal.</u> 22:553-5, 2003.

38.     Gans H, DeHovitz R, Forghani B, Beeler J, **Maldonado YA**, Arvin AM.  Measles and mumps vaccination as a model to investigate the developing immune system: passive and active immunity during the first year of life.  <u>Vaccine.</u>  21: 3398-405, 2003.

39.     Safety and trough concentrations of nevirapine prophylaxis given daily, twice weekly, or weekly in  breast-feeding infants from birth to 6 months.  Shetty AK, Coovadia HM, Mirochnick MM, **Maldonado YA**,   Mofenson LM, Eshleman SH, Fleming T, Emel L, George K, Katzenstein DA, Wells J, Maponga CC,  Mwatha A, Jones SA, Abdool Karim SS, Bassett MT; HIVNET 023 Study Team. <u>Journal of Acquired  Immune Deficiency Syndromes</u>. 34:482-90, 2003.

40.     Gottleib D, Shetty AK, Mapfungautsi RM, Bassett MT, **Maldonado YA**, Katzenstein DA. Infant Feeding Practices of HIV-infected and uninfected women in Zimbabwe. <u>AIDS Patient Care and</u>

STDS.18:45-53, 2004.

41.    Wong-Chew RM, Islas-Romero R, Garcia-Garcia Mde L, Beeler JA, Audet S, Santos-Preciado JI, Gans H, Lew-Yasukawa L, **Maldonado YA**, Arvin AM, Valdespino-Gomez JL. Induction of cellular and humoral immunity after aerosol or subcutaneous administration of Edmonston-Zagreb measles vaccine as a  primary dose to 12-month-old children. Journal of Infectious Diseases.189:254-7, 2004.

42.    Gans HA, Yasukawa LL, Alderson A, Rinki M, DeHovitz R, Beeler J, Audet S, **Maldonado YA**, Arvin AM.  Humoral and cell-mediated immune responses to an early 2-dose measles vaccination regimen in  the United States.  Journal of Infectious Diseases. 190:83-90, 2004.

43.    Gans HA, Yasukawa LL, Alderson A, Rinki M, Dehovitz R, **Maldonado YA**, Arvin AM. T cell immunity to measles viral proteins in infants and adults after measles immunization. Viral Immunology. 17:298-307, 2004.

44.    Martinez CV, Old MO, Kwock DK, Khan SS, Garcia JJ, Chan CS, Webster R, Falkovitz-Halpern MS, **Maldonado YA**.  Shedding of Sabin poliovirus Type 3 containing the nucleotide 472 uracil-to-cytosine point mutation after administration of oral poliovirus vaccine.  Journal of Infectious Diseases.190:409-16, 2004.

45.    Kropp RY, Montgomery ET, Hill DW, Ruiz JD, **Maldonado YA**.  Unique challenges to preventing perinatal HIV transmission among Hispanic women in California: results of a needs assessment.  AIDS Education and Prevention.17:22-40, 2005.

46.    Berk DR, Falkovitz-Halpern MS, Hill DW, **Maldonado YA**.  Temporal trends in early clinical manifestations of Perinatal human immunodeficiency virus infection in a population-based cohort.  Journal of American Medical Association. 293:2221-31, 2005.

47.    Glass RI, Bhan MK, Ray P, Bahl R, Parashar UD, Greenberg H, Rao CD, Bhandari N, **Maldonado YA**, Ward RL, Bernstein DI, and Gentsch JR.  Development of candidate rotavirus vaccines derived from neonatal strains in India.  Journal of Infectious Diseases. 192 Suppl 1:S30-5, 2005.

48.    Lee EJ,  Kantor R, Zijenah L, Sheldon W, Emel L, Mateta P, Johnston E, Wells J, Shetty AK, Coovadia H, **Maldonado YA**, Adeniyi Jones S, Mofenson LM, Contag CH, Bassett M, Katzenstein DA. Breast-Milk Shedding of Drug-Resistant HIV-1 Subtype C in Women Exposed to Single-Dose Nevirapine.  Journal of Infectious Diseases. 192:1260-4, 2005.

49.    Shetty AK, Mhazo M, Moyo S, von Lieven A, Mateta P, Katzenstein DA, **Maldonado YA**, Hill D, Bassett MT.  The feasibility of voluntary counselling and HIV testing for pregnant women using community   volunteers in Zimbabwe. International Journal of STD and AIDS. 16:755-9, 2005.

50.    Stranix-Chibanda L, Chibanda D, Chingono A, Montgomery E, Wells J, **Maldonado YA**, Chipato T,   Shetty AK.  Screening for psychological morbidity in HIV-infected and HIV-uninfected pregnant women   using community counselors in Zimbabwe.  Journal of the International Association of Physicians in AIDS  Care. 4:83-8, 2005.

51.    Bhandari N, Sharma P, Glass RI, Ray P, Greenberg H, Taneja S, Saksena M, Rao CD, Gentsch JR,  Parashar U, **Maldonado YA**, Ward RL, Bhan MK.  Safety and immunogenicity of two live

attenuated human rotavirus vaccine candidates, 116E and I321, in infants: results of a randomised controlled trial. <u>Vaccine.</u> 24:5817-23, 2006.

52.     Wells J, Shetty AK, Stranix L, Chipato T, Falkovitz-Halpern MS, Bassett MT, and **Maldonado YA**. Ethnic Neutropenia in Zimbabwean Infants: Implications for monitoring hematologic toxicity due to HIV-1 antiretroviral prophylaxis and treatment in resource poor countries. <u>Journal of Acquired Immune Deficiency Syndrome</u>. 42:460-3, 2006.

53.     Wong-Chew RM, Islas-Romero R, Garcia-Garcia MD, Beeler JA, Audet S, Santos-Preciado JI, Gans H, Lew-Yasukawa L, **Maldonado YA**, Arvin AM, Valdespino-Gomez JL. Immunogenicity of aerosol measles vaccine given as the primary measles immunization to nine-month-old Mexican children. <u>Vaccine</u>. 24:683-90, 2006.

54.     Sarnquist CC, Sullivan B, Cunningham SD, **Maldonado YA**. Evaluation of the relationship between state and national policy and implementation of perinatal HIV prevention interventions. <u>American Journal of Public Health</u>. 97:1041-6, 2006.

55.     Kropp RY, Montgomery ET, Sarnquist CD, Ruiz JD, **Maldonado YA**. A Comparison of Perinatal HIV Prevention Opportunities For Hispanic and Non-Hispanic Women in California. <u>AIDS Education and Prevention</u>. 18:430-43, 2006.

56.     Berk DR, Falkovitz-Halpern MS, Sullivan B, Ruiz J, **Maldonado YA**. Disease progression among HIV-infected children who receive perinatal zidovudine prophylaxis. <u>Journal of Acquired Immune Deficiency Syndrome</u>. 44:106-11, 2007.

57.     Gnanashanmugam D, Fang M, Wong LJ, Biswas S, Hammon R, Rivas-Merelles EE, Santos JI, **Maldonado YA**. Shedding and Household Transmission of Sabin Poliovirus Type 3 after administration of OPV to Mexican infants in a primary OPV vaccination schedule. <u>Journal of Clinical Microbiology</u>. 45:2419- 25, 2007.

58.     **Maldonado, YA**. Impact of Fetal and Neonatal Viral (and Parasitic) Infections on Later Development and Disease Outcome. <u>Nestle Nutritional Workshop Series Pediatric Program.</u> 61:225-42, 2008.

59.     Rahangdale L, Sarnquist C, **Maldonado YA**, Cohan D. Patient Acceptance of and Satisfaction with Rapid HIV Testing in a Labor and Delivery Setting. <u>Journal of Women's Health</u>. 17: 465-471, 2008.

60.     Shetty AK, Marangwanda C, Stranix-Chibanda L, Chandisarewa W, Chirapa E, Mahomva A, Miller A, Simoyi M, **Maldonado YA**. The Feasibility of Preventing Mother-to-Child Transmission of HIV Using Peer Counselors in Zimbabwe. <u>AIDS Research and Therapy</u>. 5:17, 2008.

61.     Cohan D, Sarnquist C, Gomez E, Feakins C, **Maldonado YA**, Zetola N. Increased Uptake of HIV Testing With the Integration of Nurse-Initiated HIV Testing Into Routine Prenatal Care. <u>Journal of Acquired Immune Deficiency Syndrome</u>. 49(5):571-573, 2008.

62.     Sheikh LA, Sarnquist C, Grieb EM, Sullivan B, **Maldonado YA**. Prenatal Screening for Infectious Diseases: An Analysis of Disparities and Adherence to Policy in California. <u>Maternal and</u>

Child Health  Journal. 13(2):260-7, 2009

63.     Chibanda D, Mangezi W, Tshimanga M, Woelk G, Rusakaniko P, Stranix-Chibanda L, Midzi S, **Maldonado YA**, Shetty AK.  Validation of the Edinburgh Postnatal Depression Scale among women in a high  HIV prevalence area in urban Zimbabwe.  Archives of Women's Mental Health. 13(3):201-6, 2010.

64.     Sarnquist CC, Moix Grieb E, **Maldonado YA**.  How Racial and Ethnic Groupings May Mask Disparities: The Importance of Separating Pacific Islanders From Asians in Prenatal Care Data. Maternal and  Child Health Journal. 14(4):635-4, 2010.

65.     Troy SB, Ferreyra Reyes L, Huang C, Mahmud N, Lee YJ, Canizales Quintero S, Flaster H, Baez  Saldaña R, García-García L, **Maldonado YA.** Use of a Novel Real-Time PCR Assay to Detect Oral Polio  Vaccine (OPV) Shedding and Reversion in Stool and Sewage Samples after a Mexican National  Immunization Day. Journal of Clinical Microbiology. 49:1777-83, 2011.

66.     Sarnquist CC, Soni S, Hwang H, Topol BB, Mutima S, **Maldonado YA**.  Rural HIV-infected  women's access to medical care:  ongoing needs in California.  AIDS Care.  31:1-5, 2011.

67.     Smee N, Shetty AK, Stranix-Chibanda L, Chirneje M, Chipato T, **Maldonado YA**, Portillo C. Factors   associated with repeat pregnancy among women in an area of high HIV prevalence in Zimbabwe. Women's  Health Issues. 21:222-9, 2011.

68.     Elliott CS, Halpern MS, Paik J, **Maldonado YA**, Shortliffe LD.  Epidemiologic trends in penile  anomalies and hypospadias in the state of California, 1985-2006.  Journal of Pediatric Urology. 7:294-8,  2011.

69.     Morrison SD, Banushi VH, Sarnquist C, Gashi VH, Osterberg L, **Maldonado YA**, Harxhi A. Barriers to care and current medical and social needs of HIV-positive patients in Albania. Central European  Journal of Public Health. 19:91-7, 2011.

70.     Giaquinto C, Dominiak-Felden G, Van Damme P, Htar Myint TT, **Maldonado YA,** Spoulou V, Mast  TC, Staat MA. Summary of effectiveness and impact of rotavirus vaccination with the oral pentavalent  rotavirus vaccine: A systematic review of the experience in industrialized countries.  Human Vaccines. 7(7),  2011.

71.     Copp HL, Halpern MS, **Maldonado YA**, Shortliffe LD.  Trends in hospitalization for pediatric pyelonephritis: a population based study of california from 1985 to 2006.  Journal of Urology. 186:1028-34,  2011.

72.     Morrison S, Sarnquist C, Osterberg L, **Maldonado YA.** Levels of self-reported depression and  anxiety amongst HIV-positive patients in Albania. The Croatian Medical Journal.  52:622-8, 2011.

73.     Troy SB, Ferreyra-Reyes L, Canizales-Quintero S, Huang CH,  Lee Y-J, Báez-Saldaña R, Ferreira-Guerrero E, García-García L, **Maldonado YA**.  Use of a novel real-time PCR assay to detect oral polio vaccine  shedding and reversion in stool and sewage samples after a Mexican national immunization day. Journal of  Clinical Microbiology. 49(5):1777-83, 2011.

74.    Gnanashanmugam D, Troy S, Musingwini G, Huang C, Halpern MS, Stranix-Chibanda L, Shetty  AK, Kouiavskaia D, Nathoo K, Chumakov K, **Maldonado YA**. Immunologic Response to Oral Polio  Vaccine in HIV-Infected and Uninfected Zimbabwean Children. Pediatric Infectious Disease Journal.  31:176-80, 2012.

75.    Sturt AS, **Maldonado YA**. Timing of Antiretroviral Therapy Initiation and its Impact on Progression  to Moderate and Severe Disease in Perinatal HIV-1 Infection. The Pediatric Infectious Disease Journal.  31:53-60, 2012.

76.    Nelson K, Janssen JM, Troy SB, **Maldonado YA**. Intradermal fractional dose inactivated polio vaccine: A review of the literature. Vaccine. 30:121-5, 2012.

77.    Coovadia HM, Brown ER, Fowler MG, Chipato T, Moodley D, Manji K, Musoke P, Stranix-Chibanda L, Chetty V, Fawzi W, Nakabiito C, Msweli L, Kisenge R, Guay L, Mwatha A, Lynn DJ, Eshleman SH, Richardson P, George K, Andrew P, Mofenson LM, Zwerski S, **Maldonado YA**; for the HPTN 046 protocol team. Efficacy and safety of an extended nevirapine regimen in infant children of breastfeeding  mothers with HIV-1 infection for prevention of postnatal HIV-1 transmission (HPTN 046): a randomised,   double-blind, placebo-controlled trial. Lancet. 379(9812):221-8, 2012.

78.    Troy SB, Rowhani-Rahbar A, Dyner L, Musingwini G, Shetty AK, Woelk G, Stranix-Chibanda L,  Nathoo K, **Maldonado YA**.  Hematologic and immunologic parameters in Zimbabwean infants:  a case for  using local reference intervals to monitor toxicities in clinical trials.  Journal of Tropical Pediatrics.  58:59- 62, 2012.

79.    Troy SB, Ferreyra-Reyes L, Canizales-Quintero S, Huang CH, Lee Y-J, Baez-Saldana R, Ferreira-  Guerrero E, Garcia-Garcia L, **Maldonado YA**.  Real-time Polymerase Chain Reaction Analysis of Sewage   Samples to Determine Oral Polio Vaccine Circulation Duration and Mutation After Mexican National   Immunization Weeks. Journal of the Pediatric Infectious Diseases Society. 1:223-9, 2012.

80.  **Maldonado YA**.  Measles vaccine, HIV infection, and antiretroviral therapy – a window of opportunity.  Journal of Infectious Diseases. 206:466-8, 2012.

81.    Sturt AS, Anglemyer A, Berk DR, **Maldonado YA**.  Temporal Trends in Mucocutaneous Findings  Among Human Immunodeficiency Virus 1-Infected Children in a Population-Based Cohort. Pediatric  Dermatology.  Nov 7, 2012.  [Epub ahead of print].

82.    Sarnquist C, Sawyer M, Calvin K, Mason  W, Blumberg D, Luther J, **Maldonado YA**. Communicating about vaccines and vaccine safety: What are medical residents learning and what do they want to learn? Journal of Public Health Management & Practice. 19:40-46, 2013.

83.    Gutierrez K, Halpern MS, Sarnquist C, Soni S, Arroyo AC, **Maldonado YA**.  Staphylococcal infections  in children, California, USA, 1985-2009.  Emerging Infectious Diseases. 19:10-20, 2013.

84.    Troy SB, Musingwini G, Halpern MS, Huang CH, Stranix-Chibanda L, Kouiavskaia D, Shetty AK, Chumakov K, Nathoo K, **Maldonado YA**.  Vaccine Poliovirus Shedding and Immune Response to Oral Polio  Vaccine in HIV-Infected and Uninfected Zimbabwean Infants.  Journal of Infectious Diseases. May 14,  2013. [Epub ahead of print]

85.    Sarnquist CC, Rahangdale L, **Maldonado YA**. Reproductive Health and Family Planning Needs among   HIV-Infected Women in Sub-Saharan Africa.  <u>Current HIV Research</u>. 11(2):160-8, 2013.

86.    Shetty AK, **Maldonado YA**. Antiretroviral Drugs to Prevent Mother-to-Child Transmission of HIV during Breastfeeding.  <u>Current HIV Research</u>. 11(2):102-25, 2013.

88.  Gans HA, **Maldonado YA**.  Loss of Passively-Acquired Maternal Antibodies in Highly Vaccinated Populations: An Emerging Need to Define the Ontogeny of Infant Immune Responses.  <u>Journal of Infectious   Diseases</u>. 208(1):1-3, 2013.

89.  Watts HD, Brown ER, **Maldonado YA**, Herron C, Chipato T, Reddy L, Moodley D, Nakabiito C, Manji K,  Fawzi W, George K, Richardson P, Zwerski S, Coovadia C, Fowler MG, for the HPTN 046 protocol team.  HIV Disease Progression in the First Year after Delivery among African Women followed in the HPTN 046  Clinical Trial.  <u>Journal of Acquired Immune Difficiencey Syndroms.</u>64(3):299-306, 2013.

90.  Sturt AS, Anglemyer AT, DuBray K, **Maldonado YA**. Temporal trends in otolaryngologic findings among HIV-1-infected children in a population-based cohort. <u>Pediatric Infectious Disease Journal</u>. 33(3):e76-80, 2014.

91.Sarnquist CC, Moyo P, Stranix-Chibanda L, Chipato T, Kang JL, **Maldonado YA**. Integrating family planning and prevention of mother to child HIV transmission in Zimbabwe. <u>Contraception</u>. 89(3):209-14, 2014.

92.Troy SB, Ferreyra-Reyes L, Huang C, Sarnquist C, Canizales-Quintero S, Nelson C, Báez-Saldaña R,  Holubar M, Ferreira-Guerrero E, García-García L, **Maldonado YA**. Community circulation patterns of oral polio vaccine serotypes 1, 2, and 3 after Mexican national immunization weeks. <u>Journal of Infectious Diseases</u>. 209(11):1693-9, 2014

93. Morrison SD, Rashidi V, Sarnquist C, Banushi VH, Hole MK, Barbhaiya NJ, Gashi VH, Osterberg L, **Maldonado YA**, Harxhi A.  Antiretroviral therapy adherence and predictors to adherence in Albania: a cross-sectional study. <u>Journal of Infection in Developing Countries</u>. 8(7):853-862, 2014.

94.  Troy SB, Kouiavskaia D, Siik J, Kochba E, Beydoun H, Mirochnitchenko O, Levin Y, Khardori N, Chumakov K, **Maldonado YA**.  Comparison of the immunogenicity of various inactivated polio vaccine booster doses by intradermal versus intramuscular routes in HIV-infected adults.  <u>Journal of Infectious Diseases</u>. 211(12):1969-76, 2015.

95.  Guo J, Wagers SB, Srinivas N, Holubar M, **Maldonado YA**.  Immunodeficiency-related vaccine-derived poliovirus (iVDPV) cases: A systematic review and implications for polio eradication.  <u>Vaccine</u>. 3;33(10):1235-42, 2015.

96.  Contopoulos-Ioannidis DG, Halpern MS, **Maldonado YA**.  Trends in Hospitalizations for Intussusception in California in Relationship to the Introduction of New Rotavirus Vaccines, 1985-2010. <u>Pediatr Infect Dis J</u>. 34(7):712-7, 2015.

97.  Contopoulos-Ioannidis D, Talucod J, **Maldonado YA**, Montoya JG. Seasonal variation of acute toxoplasmic lymphadenopathy in the United States.  <u>Epidemiol Infect</u>. 143:1893-7, 2015.

98.  Contopoulos-Ioannidis D, Wheeler KM, Ramirez R, Press C, Mui E, Zhou Y, Van Tubbergen C, Prasad S, **Maldonado Y**, Withers S, Boyer KM, Noble AG, Rabiah P, Swisher CN, Heydemann P, Wroblewski K, Karrison T, Grigg ME, Montoya JG, McLeod R. Clustering of Toxoplasma gondii Infections Within Families of Congenitally Infected Infants. Clin Infect Dis. 61(12):1815-24, 2015.

99.  Contopoulos-Ioannidis D, Tseretopoulou X, Ancker M, Walterspiel JN, Panagiotou OA, **Maldonado Y**, Ioannidis J.  Comparative Rates of Harms in Randomized Trials from More-Developed Versus Less-Developed Countries May be Different. J Clin Epidemiol. 8:10-21, 2016.

100.  McNeil CJ, Kong CS, Anglemyer A, Levy V, **Maldonado Y**. Results of the Women's Self-Performed Anal Pap Trial in Human Immunodeficiency Virus-Infected Women. Sex Trans Dis. 2016 43:433-5.

101.  Aftandilian C, Weinberg K, Willert J, Kharbanda S, Porteus M, **Maldonado Y**, Agarwal R. Invasive Fungal Disease in Pediatric Patients Undergoing Allogeneic Hematopoietic Stem Cell Transplant. J Pediatr Hematol Oncol. 38:574-580, 2016.

102.  Holubar M, Troy SB, Nathoo K, Stranix-Chibanda L, Musingwini G, Srinivas N, Huang C, Junn A, Halpern MS, **Maldonado YA**.  Shedding of Oral Poliovirus Vaccine (OPV) by HIV-Infected and - Uninfected Mothers of OPV-Vaccinated Zimbabwean Infants. J Pediatric Infect Dis Soc. 2017;6(1):105-108, 2017.

103.  Sarnquist C, Sinclair J, Omondi Mboya B, Langat N, Paiva L, Halpern-Felsher B, Golden NH, **Maldonado YA,** Baiocchi MT. Evidence That Classroom-Based Behavioral Interventions Reduce Pregnancy-Related School Dropout Among Nairobi Adolescents. Health Educ Behav. 44(2):297-303, 2017.

104.  Holubar M, Stavroulakis MC, **Maldonado Y**, Ioannidis JP, Contopoulos-Ioannidis D. Impact of vaccine herd-protection effects in cost-effectiveness analyses of childhood vaccinations. A quantitative comparative analysis. PLoS One. 12(3):e0172414, 2017.

105.  Sahoo MK, Holubar M, Huang C, Mohamed-Hadley A, Liu Y, Waggoner JJ, Troy SB, Garcia-Garcia L, Ferreyra-Reyes L, **Maldonado Y**, Pinsky BA. Detection of Emerging Vaccine-Related Polioviruses by Deep Sequencing. J Clin Microbiol. (7):2162-2171,  2017

106.  Begeman IJ, Lykins J, Zhou Y, Lai BS, Levigne P, El Bissati K, Boyer K, Withers S, Clouser F, Noble AG, Rabiah P, Swisher CN, Heydemann PT, Contopoulos-Ioannidis DG, Montoya JG, **Maldonado Y**, Ramirez R, Press C, Stillwaggon E, Peyron F, McLeod R. Point-of-care testing for Toxoplasma gondii IgG/IgM using Toxoplasma ICT IgG-IgM test with sera from the United States and implications for developing countries. PLoS Negl Trop Dis. 11(6):e0005670, 2017.

107.  Fassiotto M, **Maldonado Y**, Hopkins J.  A long-term follow-up of a physician leadership program.  J Health Organ and Manag. 32(1):56-68, 2017.

108.  Ferreyra-Reyes L, Cruz-Hervert LP, Troy SB, Huang C, Sarnquist C, Delgado-Sánchez G, Canizales-Quintero S, Holubar M, Ferreira-Guerrero E, Montero-Campos R, Rodríguez-Álvarez M, Mongua-Rodriguez N, **Maldonado Y**, García-García L. Assessing the individual risk of fecal poliovirus shedding among vaccinated and non-vaccinated subjects following national health weeks in Mexico.  PLoS One. 212(10):e0185594, 2017.

109. Rogo-Gupta LJ, Haunschild C, Altamirano J, **Maldonado YA**, Fassiotto M.  Physician Gender Is Associated with Press Ganey Patient Satisfaction Scores in Outpatient Gynecology. Womens Health Issues. 28(3):281-285, 2018.

110. O'Leary ST, **Maldonado YA**. Safety of Multiple Antigen Exposure in the Childhood Immunization Schedule. JAMA. 319(9):870-871, 2018

111. Akinboyo IC, Sick-Samuels AC, Singeltary E, Fackler J, Ascenzi J, Carroll KC, **Maldonado Y**, Brooks RB, Benowitz I, Wilson LE, LiPuma JJ, Milstone AM. Multistate Outbreak of an Emerging Burkholderia cepacia Complex Strain Associated With Contaminated Oral Liquid Docusate Sodium. Infect Control Hosp Epidemiol. 39(2):237-239, 2018.

112. Anglemyer A, Sturt A, **Maldonado Y**. The Effect of Combination Antiretroviral Therapy Use Among HIV Positive Children on the Hazard of AIDS Using Calendar Year as an Instrumental Variable. Curr HIV Res. 16(2):151-157, 2018.

113. Fassiotto M, Li J, **Maldonado Y**, Kothary N. Female Surgeons as Counter Stereotype: The Impact of Gender Perceptions on Trainee Evaluations of Physician Faculty. J Surg Educ. Feb 2. pii: S1931-7204(17)30708-0, 2018.

114. O'Leary ST, Kimberlin DW, **Maldonado YA**. Update From the Advisory Committee on Immunization Practices. J Pediatric Infect Dis Soc. 7(2):93-99, 2018.

115. Lykins J, Li X, Levigne P, Zhou Y, El Bissati K, Clouser F, Wallon M, Morel F, Leahy K, El Mansouri B, Siddiqui M, Leong N, Michalowski M, Irwin E, Goodall P, Ismail M, Christmas M, Adlaoui EB, Rhajaoui M, Barkat A, Cong H, Begeman IJ, Lai BS, Contopoulos-Ioannidis DG, Montoya JG, **Maldonado Y**, Ramirez R, Press C, Peyron F, McLeod R. Rapid, inexpensive, fingerstick, whole-blood, sensitive, specific, point-of-care test for anti-Toxoplasma antibodies. PLoS Negl Trop Dis. 12(8):e0006536, 2018.

116. Tedesco D, Farid-Kapadia M, Offringa M, Bhutta ZA, **Maldonado Y**, Ioannidis JPA, Contopoulos-Ioannidis DG. Comparative evidence on harms in pediatric randomized clinical trials from less developed versus more developed countries is limited. J Clin Epidemiol. 2018:95:63-72.

117. Gomez CA, Budvytyte LN, Press C, Zhou L, McLeod R, **Maldonado Y**, Montoya JG, Contopoulos-Ioannidis DG. Evaluation of Three Point-of-Care Tests for Detection of *Toxoplasma* Immunoglobulin IgG and IgM in the United States: Proof of Concept and Challenges. Open Forum Infect Dis. 2018;5:ofy215.

118. Sarnquist C, Holubar M, Garcia-Garcia L, Ferreyra Reyes L, Montero-Campos R, Cruz-Hervert LP, Altamirano J, Purington N, Boyle S, Modlin J, Ferreira E, Delgado G, Canizales-Quintero S, Desai M, **Maldonado Y**. Protocol Paper: Oral poliovirus transmissibility in communities after cessation of routine oral poliovirus vaccine immunization. Clin Infect Dis. 2018 Oct 30;67(suppl_1):S115-120.

119. Van Hoorebeke C, Huang C, Holubar M, Leary S, Altamirano J, Sommer M, Halpern M, **Maldonado Y**. Use of a high-throughput, multiplex rt-QPCR assay for detection of Sabin Oral Polio Vaccine in Fecal Samples. Clin Infect Dis. 2018 Oct 30;67(suppl_1):S121-126.

120. Altamirano J, Purington N, Behl R, Sarnquist C, Holubar M, Garcia-Garcia L, Ferreyra Reyes L, Montero-Campos R, Cruz-Hervert LP, Boyle S, Modlin J, Van Hoorebeke C, Leary S, Huang C, Sommer M, Ferreira E, Delgado G, Canizales-Quintero S, Diaz-Ortega J, Desai M, **Maldonado Y**. Characterization of Household and Community Shedding and Transmission of Oral Poliovirus Vaccine in Mexican Communities with Varying Vaccination Coverage. Clin Infect Dis. 2018 Oct 30;67(suppl_1):S4-17.

121.  Jarvis C, Altamirano J, Sarnquist C, Edmunds J, **Maldonado Y**. Spatial Analyses of Oral Poliovirus Vaccine Transmission in an IPV-vaccinated Community.  Clin Infect Dis. 2018 Oct 30;67(suppl_1):S18-25.

122.  Altamirano J, Leary S, Van Hoorebeke C, Sarnquist C, Behl R, Garcia-Garcia L, Ferreyra Reyes L, Huang C, Sommer M, **Maldonado Y**. Validation of a high-throughput, multiplex rt-QPCR assay for detection of Sabin Oral Polio Vaccine in Environmental Samples. Clin Infect Dis. 2018 Oct 30;67(suppl_1):S98-102.

123.  Halpern M, Altamirano J, **Maldonado Y**. Reverse Proportion in Samples with Evidence of Oral Polio Vaccine Shedding: Comparing HIV-Infected and –Uninfected Vaccinated Infants. Clin Infect Dis. 2018 Oct 30;67(suppl_1):S78-84.

124.  Altamirano J, Sarnquist C, Behl R, Garcia-Garcia L, Ferreyra Reyes L, Leary S, **Maldonado Y.** OPV Vaccination and Shedding Patterns in Mexican and US Children. Clin Infect Dis. 2018 Oct 30;67(suppl_1):S85-89.

125.  Fu R, Altamirano J, Sarnquist C, **Maldonado Y**, Andrews J. Assessing the Risk of Vaccine-derived Outbreaks Following Re-introduction of Oral Polio Vaccine in Post-Cessation Settings. Clin Infect Dis. 2018 Oct 30;67(suppl_1):S26-34. 126. Marcelin JR, Siraj DS, Victor R, Kotadia S, Maldonado YA.  The Impact of Unconscious Bias in Healthcare: How to Recognize and Mitigate It. J Infect Dis. 220(Supplement_2):S62-S73, 2019.

126. Rostami A, Riahi SM, Contopoulos-Ioannidis DG, Gamble HR, Fakhri Y, Shiadeh MN, Foroutan M, Behniafar H, Taghipour A, Maldonado YA, Mokdad AH, Gasser RB. Acute Toxoplasma infection in pregnant women worldwide: A systematic review and meta-analysis. PLoS Negl Trop Dis. 14;13(10):e0007807, 2019

127. Krasnow MR, Maldonado YA, Contopoulos-Ioannidis DG. Congenital microcephaly hospitalizations in California infants: 1999-2013. Birth Defects Res. 111(19):1535-1542, 2019.

128.  Holubar M, Sahoo MK, Huang C, Mohamed-Hadley A, Liu Y, Waggoner JJ, Troy SB, García-García L, Ferreyra-Reyes L, **Maldonado Y**, Pinsky BA. Deep sequencing prompts the modification of a real-time RT-PCR for the serotype-specific detection of polioviruses.  J Virol Methods. 2019;264:38-43.

129. Perez MG, Fassiotto M, Altamirano J, Hwang GL, **Maldonado Y**, Josephs S, Sze DY, Kothary N. Untapped Resources: Attaining Equitable Representation for Women in IR. J Vasc Interv Radiol. 2019 Apr;30(4):579-583.

130. Seddik TB, Tian L, Nespor C, Kerner J, **Maldonado Y**, Gans H. Risk Factors of Ambulatory Central Line-Associated Bloodstream Infection in Pediatric Short Bowel Syndrome. J Parenter Enteral Nutr. 2019 Jun 9. [Epub ahead of print]

131. Marcelin JR, Siraj DS, Victor R, Kotadia S, **Maldonado YA**. The Impact of Unconscious Bias in Healthcare: How to Recognize and Mitigate It. J Infect Dis. 2019;220(Supplement_2):S62-S73.

132. Ghatan CE, Altamirano J, Fassiotto M, Perez MG, **Maldonado Y**, Josephs S, Sze DY, Kothary N. Achieving Speaker Gender Equity at the SIR Annual Scientific Meeting: The Effect of Female Session Coordinators. J Vasc Interv Radiol. 2019 Oct 3.

133.  Onyango-Makumbi C, Owora AH, Mwiru RS, Mwatha A, Young AM, Moodley D, Coovadia HM, Stranix-Chibanda L, Manji K, **Maldonado Y**, Richardson P, Andrew P, George K, Fawzi W, Fowler MG. Extended prophylaxis with nevirapine does not affect growth in HIV-exposed infants. J Acquir Immune Defic Syndr. 2019 Sep 13.

134.  Nyathi S, Karpel HC, Sainani KL, **Maldonado Y,** Hotez PJ, Bendavid E, Lo NC.  The 2016 California policy to eliminate nonmedical vaccine exemptions and changes in vaccine coverage: An empirical policy analysis.  PLoS Med. 2019 Dec 23;16(12):e1002994.

135. Graham LA, **Maldonado YA**, Tompkins LS, Wald SH, Chawla A, Hawn MT. Asymptomatic SARS-CoV-2 Transmission From Community Contacts in Healthcare Workers . Ann Surg. 2;10, 2020 (ePub ahead of print).

136. Altamirano J, Govindarajan P, Blomkalns AL, Kushner LE, Stevens BA, Pinsky BA, **Maldonado Y**. Assessment of Sensitivity and Specificity of Patient-Collected Lower Nasal Specimens for Sudden Acute Respiratory Syndrome Coronavirus 2 Testing. JAMA Netw Open.;3(6):e2012005, 2020.

137.  Garcia LC, Shanafelt TD, West CP, Sinsky CA, Trockel MT, Nedelec L, **Maldonado YA**, Tutty M, Dyrbye LN, Fassiotto M Burnout, Depression, Career Satisfaction, and Work-Life Integration by Physician Race/Ethnicity. JAMA Netw Open. 2020 Aug 3;3(8):e2012762.

138.  Tusty M, Flores B, Victor R, Fassiotto M, **Maldonado Y**, Howard J, Valdez TA.  The Long "Race" to Diversity in Otolaryngology. Otolaryngol Head Neck Surg. 2020 Aug 25:194599820951132.

139.  Fassiotto M, Flores B, Victor R, Altamirano J, Garcia LC, Kotadia S, **Maldonado Y**. Rank Equity Index: Measuring Parity in the Advancement of Underrepresented Populations in Academic Medicine Acad Med. 2020 Sep 1. doi: 10.1097/ACM.0000000000003720.

140.  Tan SK, Granados AC, Bouquet J, Hoy-Schulz YE, Green L, Federman S, Stryke D, Haggerty TD, Ley C, Yeh MT, Jannat K, **Maldonado YA**, Andino R, Parsonnet J, Chiu CY. Metagenomic sequencing of stool samples in Bangladeshi infants: virome association with poliovirus shedding after oral poliovirus vaccination Sci Rep. 2020 Sep 21;10(1):15392. doi: 10.1038/s41598-020-71791-4.

Peer Reviewed Policy and Guidelines Publications (Maldonado as member of the Committees)
1.      Bernstein HH, Starke JR; American Academy of Pediatrics. Committee on Infectious Diseases.  Policy statement--recommendation for mandatory influenza immunization of all health care personnel.  Pediatrics. 126:809-15, 2010.

2.      American Academy of Pediatrics. Committee on Infectious Diseases. Policy statement— recommendations for prevention and control of influenza in children, 2010-2011. Pediatrics. 126:816-26,  2010.

3.      American Academy of Pediatrics. Committee on Infectious Diseases. Rabies-prevention policy update: new reduced-dose schedule. Pediatrics. 127:785-7, 2011.

4.      American Academy of Pediatrics. Committee on Infectious Diseases; American Academy of Pediatrics. Policy statement--recommended childhood and adolescent immunization schedules-- United  States, 2011. Pediatrics.  127:387-8, 2011.

5.      American Academy of Pediatrics. Committee on Infectious Diseases. Meningococcal conjugate vaccines policy update: booster dose recommendations.  Pediatrics. 128:1213-8, 2011.

6.   Lessin HR, Edwards KM; Committee On Practice And Ambulatory Medicine; Committee On Infectious Diseases. Immunizing parents and other close family contacts in the pediatric office setting.  Pediatrics. 129(1):e247-53, 2012.

7.   Committee on Infectious Diseases. Recommended childhood and adolescent immunization schedules---United States, 2012. Pediatrics.  129(2):385-6, 2012.

8.   Committee on Infectious Diseases. HPV vaccine recommendations. Pediatrics. 129(3):602-5, 2012.

9.   Polin RA, Denson S, Brady MT; Committee on Fetus and Newborn; Committee on Infectious Diseases. Epidemiology and diagnosis of health care-associated infections in the NICU. Pediatrics. 129(4):e1104-9, 2012.

10.   Polin RA, Denson S, Brady MT; Committee on Fetus and Newborn; Committee on Infectious Diseases. Strategies for prevention of health care-associated infections in the NICU. Pediatrics. 129(4):e1085-93, 2012.

11.   Committee on Infectious Diseases, American Academy of Pediatrics.  Recommendations for prevention and control of influenza in children, 2011-2012.  Pediatrics. 130:780-92, 2012.

12.   Schutze GE, Willoughby RE; Committee on Infectious Diseases; American Academy of Pediatrics. Clostridium difficile infection in infants and children.  Pediatrics. 131(1):196-200, 2013.

13.   Committee on Infectious Diseases.  Recommended childhood and adolescent immunization schedule-United States, 2013. Pediatrics. 131(2):397-8, 2013.

14.    Kimberlin DW, Baley J; Committee on Infectious Diseases; Committee on Fetus and Newborn.  Guidance on management of asymptomatic neonates born to women with active genital herpes lesions.  Pediatrics. 131(2):383-6, 2013.

15.   Committee on Infectious Diseases, American Academy of Pediatrics.  Recommendations for  prevention and control of influenza in children, 2013-2014. Pediatrics. 132(4):e1089-104, 2013.

16.    Committee on Infectious Diseases; Committee on Nutrition; American Academy of Pediatrics. Consumption of raw or unpasteurized milk and milk products by pregnant women and children. Pediatrics. 133(1):175-9, 2014.

17.   Committee on Infectious Diseases, American Academy of Pediatrics. Recommended childhood and adolescent immunization schedule--United States, 2014. Pediatrics. 133(2):357-63, 2014.

18.   American Academy of Pediatrics Committee on Infectious Diseases; American Academy of Pediatrics Bronchiolitis Guidelines Committee. Updated guidance for palivizumab prophylaxis among infants and young children at increased risk of hospitalization for respiratory syncytial virus infection. Pediatrics. 134(2)e620-38, 2014.

19.    American Academy of Pediatrics Committee on Infectious Diseases. Updated Recommendations  on the use of meningococcal vaccines. Pediatrics. 134(2)400-3, 2014.

20.    American Academy of Pediatrics Committee on Infectious Diseases; American Academy of Pediatrics

Bronchiolitis Guidelines Committee.  Updated guidance for palivizumab prophylaxis among infants and young children at increased risk of hospitalization for respiratory syncytial virus infection. Pediatrics. 134(2):415-20, 2014.

21.     Committee On Infectious Diseases; American Academy Pediatrics.  Recommendations for prevention and control of influenza in children, 2014-2015.  Pediatrics. 134(5):e1503-19, 2014.

22.     Committee On Infectious Diseases.  Immunization for Streptococcus pneumoniae infections in high risk children.  Pediatrics. 134(6):1230-3, 2014.

23.     Starke JR; Committee On Infectious Diseases.  Interferon-γ release assays for diagnosis of tuberculosis
infection and disease in children.  Pediatrics. 134(6):e1763-73, 2014.

24.     Meissner HC, Brady MT, Byington CL, Kimberlin DW, Lieberthal AS, Maldonado YA, Ralston SL, Winterstein A.  Authors' responses in response to the letter from Ambrose. Pediatrics.134(6):e1782-3, 2014.

25.     Orenstein WA; Committee on Infectious Diseases.  Eradicating Polio: How the World's Pediatricians Can Help Stop This Crippling Illness Forever.  Pediatrics. 135(1):196-202, 2015.

26.     Committee on Infectious Diseases; American Academy of Pediatrics.  Recommended childhood and adolescent immunization schedule-United States, 2015.  Pediatrics. 135(2):396-7, 2015.

27.     Devore CD, Schutze GE; Council on School Health and Committee on Infectious Diseases, American Academy of Pediatrics.  Head lice.  Pediatrics. 135(5):e1355-65, 2015.

28.     National Vaccine Advisory Committee.  The National Vaccine Advisory Committee: reducing patient and provider barriers to maternal immunizations: approved by the National Vaccine Advisory Committee on June 11, 2014.  Public Health Rep. Jan-Feb;130(1):10-42, 2015.

29.     Committee on Infectious Diseases.  Influenza Immunization for All Health Care Personnel: Keep It Mandatory.  Pediatrics. 136(4):809-18., 2015.

30.     Committee on Infectious Diseases, American Academy of Pediatrics.  Recommendations for Prevention and Control of Influenza in Children, 2015-2016.  Pediatrics. 2015 Oct;136(4):792-808, 2015.

31.     Paulson JA, Zaoutis TE; Council on Environmental Health; Committee on Infectious Diseases.  Nontherapeutic Use of Antimicrobial Agents in Animal Agriculture: Implications for Pediatrics. Pediatrics. 136(6):e1670-7, 2015.

32.     COMMITTEE ON INFECTIOUS DISEASES; American Academy of Pediatrics. Recommended Childhood and Adolescent Immunization Schedule--United States, 2016. Pediatrics. 137(3):e20154531, 2016.

33.     Davies HD; COMMITTEE ON INFECTIOUS DISEASES.  Infectious Complications With the Use of Biologic Response Modifiers in Infants and Children.  Pediatrics. 138(2). pii: e20161209, 2016.

34.     Davies HD, Byington CL; COMMITTEE ON INFECTIOUS DISEASES.  Parental Presence During Treatment of Ebola or Other Highly Consequential Infection.  Pediatrics. 138(3). pii: e20161891, 2016.

35.     COMMITTEE ON INFECTIOUS DISEASES.  Recommendations for Serogroup

Meningococcal Vaccine for Persons 10 Years and Older.  <u>Pediatrics</u>. 2016 Sep;138(3). pii: e20161890.

36.   COMMITTEE ON PRACTICE AND AMBULATORY MEDICINE; COMMITTEE ON INFECTIOUS DISEASES; COMMITTEE ON STATE GOVERNMENT AFFAIRS; COUNCIL ON SCHOOL HEALTH; SECTION ON ADMINISTRATION AND PRACTICE MANAGEMENT. Medical Versus Nonmedical Immunization Exemptions for Child Care and School Attendance. <u>Pediatrics</u>. 2016 Sep;138(3). pii: e20162145.

37.   Edwards KM, Hackell JM; COMMITTEE ON INFECTIOUS DISEASES, THE COMMITTEE ON PRACTICE AND AMBULATORY MEDICINE.  <u>Countering Vaccine Hesitancy.</u>    <u>Pediatrics</u>. 2016 Sep;138(3). pii: e20162146.

38.   COMMITTEE ON INFECTIOUS DISEASES.  Recommendations for Prevention and Control Of Influenza in Children, 2016-2017.  <u>Pediatrics</u>. 2016 Sep 6. pii: e20162527. [Epub ahead of print]

39.    Jackson MA, Schutze GE; COMMITTEE ON INFECTIOUS DISEASES. The use of systemic and topical fluoroquinolones.  Pediatrics. 2016 Nov;138(5). pii: e20162706.

40.   **Maldonado YA**, Read JS; COMMITTEE ON INFECTIOUS DISEASES. Diagnosis, Treatment and Prevention of Congenital Toxoplasmosis in the United States.  Pediatrics. 2017 Feb;139(2). pii: e20163860. doi: 10.1542/peds.2016-3860.

41.    Bernstein HH, Bocchini JA Jr; COMMITTEE ON INFECTIOUS DISEASES. Practical approaches to optimize adolescent immunization.  Pediatrics. 2017 Mar;139(3). pii: e20164187.

42.    Bernstein HH, Bocchini JA Jr; COMMITTEE ON INFECTIOUS DISEASES.  The need to optimize adolescent immunization.  Pediatrics. 2017 Mar;139(3). pii: e20164186. doi: 10.1542/peds.2016-4186.

43.    O'Leary ST, **Maldonado YA**. Adverse Events Following Immunization: Will It Happen Again? <u>Pediatrics.</u>  2017 Sep;140(3). pii: e20171760.

44.  O'Leary ST, Kimberlin DW, Maldonado, YA.  Update from the Advisory Committee on Immunization J Pediatric Infect Dis Soc. 2017 Sep 1;6(3):215-218.

45.  Davies HD, Jackson MA, Rice SG; COMMITTEE ON INFECTIOUS DISEASES; COUNCIL ON SPORTS MEDICINE AND FITNESS.  <u>Infectious Diseases Associated With Organized Sports and Outbreak Control.</u> Pediatrics. 2017 Oct;140(4). pii: e20172477

46.  Rathore MH, Jackson MA; COMMITTEE ON INFECTIOUS DISEASES.  <u>Infection Prevention and Control in Pediatric Ambulatory Settings.</u>  Pediatrics. 2017 Nov;140(5). pii: e20172857.

47.  COMMITTEE ON INFECTIOUS DISEASES.  <u>Recommendations for Prevention and Control of Influenza in Children, 2018-2019.</u>  Pediatrics. 2018 Sep 3. pii: e20182367. doi: 10.1542/peds.2018-2367. [Epub ahead of print].

48. COMMITTEE ON INFECTIOUS DISEASES. Recommendations for Prevention and Control of Influenza in Children, 2018-2019. Pediatrics. 2018 Oct;142(4). pii: e20182367. doi: 10.1542/peds.2018-2367. Epub 2018 Sep 3.

49.  Puopolo KM, Benitz WE, Zaoutis TE; COMMITTEE ON FETUS AND NEWBORN; COMMITTEE ON INFECTIOUS DISEASES. Management of Neonates Born at ≥35 0/7 Weeks' Gestation With Suspected or Proven Early-Onset Bacterial Sepsis. Pediatrics. 2018;142. pii: e20182894. doi: 10.1542/peds.2018-2894.

50.  Puopolo KM, Benitz WE, Zaoutis TE; COMMITTEE ON FETUS AND NEWBORN; COMMITTEE ON INFECTIOUS DISEASES. Management of Neonates Born at ≤34 6/7 Weeks' Gestation With Suspected or Proven Early-Onset Bacterial Sepsis. Pediatrics. 2018;142.

51. COMMITTEE ON INFECTIOUS DISEASES. Recommended Childhood and Adolescent Immunization Schedules: United States, 2019. Pediatrics. 2019 Mar;143(3).

52. Puopolo KM, Lynfield R, Cummings JJ; COMMITTEE ON FETUS AND NEWBORN; COMMITTEE ON INFECTIOUS DISEASES. Management of Infants at Risk for Group B Streptococcal Disease. Pediatrics. 2019 Jul 8. pii: e20191881.

53.  O'Leary ST, Maldonado YA, Kimberlin DW.  Update From the Advisory Committee on Immunization Practices. J Pediatric Infect Dis Soc. 2019 Aug 1 [Epub ahead of print]

54.  COMMITTEE ON INFECTIOUS DISEASES. Recommendations for Prevention and Control of Influenza in Children, 2019-2020. Pediatrics. 2019 Oct;144(4).

55.  O'leary ST, Maldonado YA, Kimberlin DW. Update From the Advisory Committee on Immunization Practices. J Pediatric Infect Dis Soc. 2019 Oct 7. [Epub ahead of print]

56. COMMITTEE ON INFECTIOUS DISEASES. Recommended Childhood and Adolescent Immunization Schedule: United States, 2020. Pediatrics. 2020 Mar;145(3):e20193995. doi: 10.1542/peds.2019-3995. Epub 2020 Feb 4.PMID: 32019815

57.  O'Leary ST, Maldonado YA, Kimberlin DW.  Update from the Advisory Committee on Immunization Practices. J Pediatric Infect Dis Soc. 2020 Feb 28;9(1):3-5. doi: 10.1093/jpids/piaa008.PMID: 32016424

58. Chung S, Baum CR, Nyquist AC; Disaster Preparedness Advisory Council, Council on Environmental Health, Committee on Infectious Diseases.  Chemical-Biological Terrorism and Its Impact on Children. Pediatrics. 2020 Feb;145(2):e20193749. doi: 10.1542/peds.2019-3749.PMID: 31988169

59.  O'Leary ST, Maldonado YA.  Vaccination Policies and Disease Incidence Across the Pond: Implications for the United States. Pediatrics. 2020 Feb;145(2):e20192436. doi: 10.1542/peds.2019-2436. Epub 2020 Jan 13.PMID: 31932360

60.  Committee on Infectious Diseases. Recommendations for Prevention and Control of Influenza in Children, 2020-2021. 2020 Oct;146(4):e2020024588. doi: 10.1542/peds.2020-024588. Epub 2020 Sep 8.

## A.3    Books

1.   Associate Editor, Remington JS, Klein JO (Eds.) Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 7th edition, 2010.

2.   Co-Editor, Report of the Committee on Infectious Diseases ("Red Book"), American Academy of Pediatrics, Evanston, IL, 29th edition, 2013.

3. Associate Editor, Remington JS, Klein JO (Eds.) Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 8th edition, 2015.

4. Co-Editor, Report of the Committee on Infectious Diseases ("Red Book"), American Academy of Pediatrics, Evanston, IL, 30th edition, 2015.

5. Co-Editor, Report of the Committee on Infectious Diseases ("Red Book"), American Academy of Pediatrics, Evanston, IL, 31st edition, 2018.

6. Co-Editor, Report of the Committee on Infectious Diseases ("Red Book"), American Academy of Pediatrics, Evanston, IL, 32nd edition, 2021 (pending).

7. Senior Associate Editor, Remington JS, Klein JO (Eds.) Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 9th edition, 2021 (pending).


## A.4    Book chapters

1.      **Maldonado YA**: Infectious *Diseases.* Cole CH (Ed.) The Harriet Lane Handbook, 10th Edition, Year Book Medical Publishers, Inc., Chicago, 1983.

2.      **Maldonado YA** and Yolken RH: *Rotaviruses.* Farthing MJG, Keusch GT (Eds.) Enteric Infection: Mechanisms, Manifestations and Management, Chapman & Hall LTD, London, 1988.

3.      **Maldonado YA** and Yolken RH: Rotavirus. Farthing MJG (Guest Ed.) Balliere's Clinical Gastroenterology, International Practice and Research, Bailliere Tindall, London, 1990.

4.      **Maldonado YA** and Petru A: *Diagnosis of Pediatric HIV Disease.* Cohen PT, Sande MA, Volberding PA (Eds.) The AIDS Knowledge Base, Little, Brown and Company, Boston, 2nd edition, 1990.

6.      **Maldonado YA**, Arvin AM, Ruskin J, and Yeager AS: *Protozoan and Helminth Infections (Including Pneumocystic carinii).* Remington JS, Klein JO (Eds.) Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 4th edition, 1996.

7.      Arvin AM, **Maldonado YA**: *Other Viral Infections.* Remington JS, Klein JO (Eds.) Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 4th edition, 1996.

8. **Maldonado YA**: *Measles.* Behrman RE, Kliegman RM, Arvin AM (Eds.) Nelson Textbook of Pediatrics, W.B. Saunders Company, Philadelphia, 15th edition, 1996.

9. **Maldonado YA**: *Mumps.* Behrman RE, Kliegman RM, Arvin AM (Eds.) Nelson Textbook of Pediatrics, W.B. Saunders Company, Philadelphia, 15th edition, 1996.

10. **Maldonado YA**: *Rubella.* Behrman RE, Kliegman RM, Arvin AM (Eds.) Nelson Textbook of Pediatrics, W.B. Saunders Company, Philadelphia, 15th edition, 1996.

11.	**Maldonado YA**: *Epidemiology of HIV infection in children and adolescents.* Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 1st edition, 1997.

12.	**Maldonado YA**: *Prevention of HIV infection.*    Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 1st edition, 1997.

13.	**Maldonado YA**: *Rubella virus.* Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 1st edition, 1997.

14.	**Maldonado YA**: *Rubeola virus (Measles and Subacute Sclerosing Panencephalitis).* Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 1st edition, 1997.

15.	**Maldonado YA**: Perinatal *HIV Infection.* Sunshine P and Stevenson D (Eds.) Fetal and Neonatal Brain Injury: Mechanisms, Management, and the Risks of Practice, Oxford University Press, Oxford, 2nd edition, 1997.

16.	**Maldonado YA**, Arvin AM, Ruskin J, and Yeager AS: *Protozoan and Helminth Infections (Including Pneumocystic carinii).* Remington JS, Klein JO (Eds.) Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 5th edition, 2001.

17.	Arvin AM, **Maldonado YA**: *Other Viral Infections.* Remington JS, Klein JO (Eds.) Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 5th edition, 2001.

18.	**Maldonado YA**: *Measles.* Behrman RE, Kliegman RM, Arvin AM (Eds.) Nelson Textbook of Pediatrics, W.B. Saunders Company, Philadelphia, 16th edition, 1999.

19.	**Maldonado YA**: *Mumps.* Behrman RE, Kliegman RM, Arvin AM (Eds.) Nelson Textbook of Pediatrics, W.B. Saunders Company, Philadelphia, 16th edition, 1999.

20.	**Maldonado YA**: *Rubella.* Behrman RE, Kliegman RM, Arvin AM (Eds.) Nelson Textbook of Pediatrics, W.B. Saunders Company, Philadelphia, 16th edition, 1999.

21.	**Maldonado YA**: *Measles, Rubella, Mumps.* Wilfert C (Ed.) Atlas of Infectious Diseases, volume 11, Pediatric Infectious Diseases, Current Medicine, Inc., Philadelphia, 1st edition, 1999.

22.	**Maldonado YA,** Shetty, AK: *Epidemiology of HIV infection in children and adolescents.* Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 2nd edition, 2003.

23.	**Maldonado YA**: *Polioviruses*. Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 2nd edition, 2003.

24.	**Maldonado YA**: *Rubella virus.* Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and

Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 2nd edition, 2003.

25. **Maldonado YA**: *Rubeola virus (Measles and Subacute Sclerosing Panencephalitis).* Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 2nd edition, 2003.

26. **Maldonado YA**, Enright AM: *Perinatal HIV Infection.* Sunshine P and Stevenson D (Eds.) Fetal and Neonatal Brain Injury: Mechanisms, Management, and the Risks of Practice, Oxford University Press, Oxford, 3rd edition, 2003.

27. **Maldonado YA:** *Measles.* Rakel RE and Bope ET (Eds) Conn's Current Therapy 2003, WB Saunders, Philadelphia, PA, 2003.

28. **Maldonado YA:** *Measles (Rubeola).* Rakel RE and Bope ET (Eds) Conn's Current Therapy 2004, WB Saunders, Philadelphia, PA, 2004.

29. **Maldonado YA**: *Measles.* Behrman RE, Kliegman RM, Arvin AM (Eds.) Nelson Textbook of Pediatrics, W.B. Saunders Company, Philadelphia, 17th edition, 2004.

30. **Maldonado YA***: Mumps.* Behrman RE, Kliegman RM, Arvin AM (Eds.) Nelson Textbook of Pediatrics, W.B. Saunders Company, Philadelphia, 17th edition, 2004.

31. **Maldonado YA***: Rubella.* Behrman RE, Kliegman RM, Arvin AM (Eds.) Nelson Textbook of Pediatrics, W.B. Saunders Company, Philadelphia, 17th edition, 2004.

32. **Maldonado YA**: *Acquired Immunodeficiency Syndrome in the Infant..* Remington JS, Klein JO (Eds.) Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 6th edition, 2006.

33. **Maldonado YA**: *Less Common Viral Infections.* Remington JS, Klein JO (Eds.) Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 6th edition, 2006.

34. **Maldonado YA**, Arvin AM, Ruskin J, and Yeager AS: *Less Common Protozoan and Helminth Infections.* Remington JS, Klein JO (Eds.) Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Phi ladelphia, 6th edition, 2006.

35. **Maldonado YA**, Baker CO, Miller MJ: *Pneumocytis and Other Less Common Fungal Infections.* Remington JS, Klein JO (Eds.) Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 6t[h] edition, 2006.

36. **Maldonado YA**: *Epidemiology of HIV infection in children and adolescents.* Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 3rd edition, 2009.

37. **Maldonado YA**: *Prevention of HIV infection.* Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 3rd edition, 2009.

38.    **Maldonado YA**: *Rubella virus.* Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 3rd edition, 2009.

39.    **Maldonado YA**: *Rubeola virus (Measles and Subacute Sclerosing Panencephalitis).*    Long S.S., Pickering L.K., and Prober C.G. (Eds.) Principles and Practice of Pediatric Infectious Diseases, Churchill Livingstone, New York, 3rd edition, 2009.

40.    **Maldonado YA**, Nizet V, Klein J, Remington J, Wilson C: *Current Concepts of Infections of the Fetus and Newborn Infant.* Remington JS, Klein JO, Wilson C, Nizet V, Maldonado Y (Eds), Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 7th edition, 2011.

41.    Shetty AK, **Maldonado YA**: *Human Immunodeficiency Virus/ Acquired Immunodeficiency Syndrome  in the Infant. .* Remington JS, Klein JO, Wilson C, Nizet V, Maldonado Y (Eds), Infectious Diseases of the  Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 7th edition, 2011.

42.    **Maldonado YA**: *Less Common Viral Infections. .* Remington JS, Klein JO, Wilson C, Nizet V, Maldonado Y (Eds), Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 7th edition, 2011.

43.    **Maldonado YA**: *Less Common Protozoan and Helminth Infections. .* Remington JS, Klein JO, Wilson C, Nizet V, Maldonado Y (Eds), Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 7th edition, 2011.

44.    **Maldonado YA**: *Pneumocystis and Other Less Common Fungal Infections. .* Remington JS, Klein JO,  Wilson C, Nizet V, Maldonado Y (Eds), Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders  Company, Philadelphia, 7th edition, 2011.

45.    **Maldonado YA**, Nizet V, Klein J, Remington J, Wilson C: *Current Concepts of Infections of the Fetus and Newborn Infant.* Remington JS, Klein JO, Wilson C, Nizet V, Maldonado Y (Eds), Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 6th edition, 2014.

46.    Shetty AK, **Maldonado YA**: *Human Immunodeficiency Virus/ Acquired Immunodeficiency Syndrome  in the Infant. .* Remington JS, Klein JO, Wilson C, Nizet V, Maldonado Y (Eds), Infectious Diseases of the  Fetus and Newborn Infant, W.B. Saunders Company, Philadelphia, 8th edition, 2014.

47.    Mcmillan, JA, **Maldonado YA**: *Less Common Viral Infections. .* Remington JS, Klein JO, Wilson C, Nizet V,  Maldonado Y (Eds), Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders Company,  Philadelphia, 8th edition, 2014.

48.    **Maldonado YA**: *Malaria and Less Common Protozoan and Helminth Infections.* Remington JS, Klein JO,  Wilson C, Nizet V, Maldonado Y (Eds), Infectious Diseases of the Fetus and Newborn Infant, W.B. Saunders  Company, Philadelphia, 8th edition, 2014.

48.  Mathew R, **Maldonado YA**: *Measles.* Klein MW, Blaney S, Giardino, Orange JS, Penny DJ, Schutze GE, Shekerdemian LS. (Eds), Rudolph's Pediatrics, McGraw Hill Education, New York, 23[th] edition, 2016.

49.  Contopolous D, **Maldonado YA**:  *Toxoplasmosis.* Klein MW, Blaney S, Giardino, Orange JS, Penny DJ, Schutze GE, Shekerdemian LS. (Eds), <u>Rudolph's Pediatrics,</u> McGraw Hill Education, New York, 23th edition, 2016.

50.  Shetty AK**, Maldonado YA**:  *Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome in the Infant.*  Long S.S., Pickering L.K., and Prober C.G. (Eds.)   <u>Principles and Practice of Pediatric Infectious Diseases</u>, Churchill Livingstone, New York, 4th edition, 2016.

51.  Troy SB, **Maldonado YA**:  *Polioviruses.*  Long S.S., Pickering L.K., and Prober C.G. (Eds.)   <u>Principles and Practice of Pediatric Infectious Diseases</u>, Churchill Livingstone, New York, 4th edition, 2016.

52. Contopoulos-Ioannidis D, **Maldonado YA**.  *Toxoplasmosis*.  Kline MW, Blaney SM, Giardino AP, Orange JS, Penny DJ, Schultze GE, Shekerdemian LS (eds).  <u>Rudolph's Pediatrics</u>, McGraw- Hill Education, New York, 23rd edition, 2018.

# EXHIBIT 2



September 9, 2020

Dear Colleagues,

As infectious diseases physicians and researchers, microbiologist and immunologists, epidemiologists and health policy leaders, we stand united in efforts to develop and promote science-based solutions that advance human health and prevent suffering from the coronavirus pandemic. In this pursuit, we share a commitment to a basic principle derived from the Hippocratic Oath: *Primum Non Nocere* (*First, Do No Harm*).

To prevent harm to the public's health, we also have both a moral and an ethical responsibility to call attention to the falsehoods and misrepresentations of science recently fostered by Dr. Scott Atlas, a former Stanford Medical School colleague and current senior fellow at the Hoover Institute at Stanford University. Many of his opinions and statements run counter to established science and, by doing so, undermine public-health authorities and the credible science that guides effective public health policy. The preponderance of data, accrued from around the world, currently supports each of the following statements:

- The use of face masks, social distancing, handwashing and hygiene have been shown to substantially reduce the spread of Covid-19. Crowded indoor spaces are settings that significantly increase the risk of community spread of SARS-CoV-2.

- Transmission of SARS-CoV-2 frequently occurs from asymptomatic people, including children and young adults, to family members and others. Therefore, testing asymptomatic individuals, especially those with probable Covid-19 exposure is important to break the chain of ongoing transmission.

- Children of all ages can be infected with SARS-CoV-2. While infection is less common in children than in adults, serious short-term and long-term consequences of Covid-19 are increasingly described in children and young people.

- The pandemic will be controlled when a large proportion of a population has developed immunity (referred to as herd immunity) and that the safest path to herd immunity is through deployment of rigorously evaluated, effective vaccines that have been approved by regulatory agencies.

1

- In contrast, encouraging herd immunity through unchecked community transmission is not a safe public health strategy. In fact, this approach would do the opposite, causing a significant increase in preventable cases, suffering and deaths, especially among vulnerable populations, such as older individuals and essential workers.

Commitment to science-based decision-making is a fundamental obligation of public health policy. The rates of SARS-CoV-2 infection in the US, with consequent morbidity and mortality, are among the highest in the world. The policy response to this pandemic must reinforce the science, including that evidence-based prevention and the safe development, testing and delivery of efficacious therapies and preventive measures, including vaccines, represent the safest path forward. Failure to follow the science -- or deliberately misrepresenting the science – will lead to immense avoidable harm.

We believe that social and economic activity can reopen safely, if we follow policies that are consistent with science. In fact, the countries that have reopened businesses and schools safely are those that have implemented the science-based strategies outlined above.

As Stanford faculty with expertise in infectious diseases, epidemiology and health policy, our signatures support this statement with the hope that our voices affirm scientific, medical and public health approaches that promote the safety of our communities and nation.

**Philip A. Pizzo, MD**

Professor of Pediatrics (Infectious Diseases) and of Microbiology and Immunology and Former Dean, Stanford School of Medicine and Founding Director, Stanford Distinguished Careers Institute

**Upi Singh, MD**

Professor of Medicine (Infectious Disease and Geographic Medicine) and of Microbiology and Immunology and Chief, Division of Infectious Diseases

**Bonnie Maldonado, MD**

Professor of Pediatrics (Infectious Diseases) and of Epidemiology and Population Health Chief, Division of Pediatric Infectious Diseases and Senior Associate Dean for Faculty Development and Diversity

**Lucy Shapiro, PhD**

Professor of Developmental Biology and Director, Beckman Center for Molecular and Genetic Medicine

**Charles Prober, MD**

Professor of Pediatrics and of Microbiology and Immunology and Senior Associate Vice Provost for Health Education

**David Relman, MD**

Professor of Medicine (Infectious Diseases) and of Microbiology and Immunology and Senior Fellow, Freeman Spogli Institute for International Studies

**Harry Greenberg, MD**

Professor of Medicine and of Microbiology and Immunology and Associate Dean for Research

**John Boothroyd, PhD**

Professor of Microbiology and Immunology

**Jason Andrews, MD, SM, DTM&H**

Associate Professor of Medicine (Infectious Diseases) and of Epidemiology and Health Policy

**Joshua Salomon, PhD**

Professor of Medicine (Primary Care and Outcomes Research) and Senior Fellow, Freeman Spogli Institute for International Studies

**Melissa Bondy, PhD**

Professor and Chair of Epidemiology and Population Health and Co-Director of the Stanford Center for Population Health Sciences

**Julie Parsonnet, MD**

Professor of Medicine (Infectious Diseases and Geographic Medicine) and of Epidemiology and Population Health

**Lee M. Sanders, MD, MPH**

Associate Professor of Pediatrics and of Health Research and Policy (Epidemiology) and Chief, Division of General Pediatrics

**Ann Arvin, MD**

Professor of Pediatrics (Infectious Diseases) and of Microbiology and Immunology and Former Vice Provost and Dean of Research

**John Carette, PhD**

Associate Professor of Microbiology and Immunology

**David Studdert, LLB, MPH, ScD**

Professor of Law and Medicine, Stanford Health Policy, Stanford Law School

**Manuel Ricardo Amieva, MD, PhD**

Professor of Pediatrics (Infectious Diseases) and of Microbiology and Immunology

**Michele Barry, MD**

Professor of Medicine and Senior Associate Dean for Global Health and Director, Center for Innovation in Global Health and Senior Fellow, Woods Institute and the Freeman Spogli Institute for International Studies

**Steve Goodman, MD, MHS, PhD**

Professor of Epidemiology and Population Health and Associate Dean of Clinical and Translational Research

**Steve Luby, MD**

Professor of Medicine (Infectious Diseases) and of Epidemiology and Population Health and Senior Fellow, Freeman Spogli Institute

**Edward S Mocarski, Jr, PhD**

Professor of Microbiology and Immunology, Emeritus

**Dylan Dodd, MD, PhD**

Assistant Professor of Pathology and of Microbiology and Immunology

**Michelle Mello, JD, PhD**

Professor of Medicine (Health Policy) and Professor of Law

**Lorene Nelson, PhD, MA**

Associate Professor of Epidemiology and Public Health and Faculty Director of the Stanford Center for Population Health Sciences

3

**Abraham Verghese MD, MACP, FRCP(Edin)**

Linda R. Meier and Joan F. Lane Provostial Professor, Vice Chair for the Theory and Practice of Medicine

**Arun Subramanian, MD**

Clinical Professor of Medicine, Chief, Immunocompromised Host Infectious Diseases Division of Infectious Diseases and Geographic Medicine

**Dean L. Winslow, MD, FACP, FIDSA, FPIDS**

Professor of Medicine – Infectious Diseases

**Stephen J Galli, MD**

Professor of Pathology and of Microbiology and Immunology and Former Chair, Department of Pathology

**Helen M Blau, PhD**

Professor of Microbiology and Immunology and Director, Baxter Laboratory for Stem Cell Biology

**Jason Wang, MD, PhD**

Associate Professor of Pediatrics and Medicine and of Health Research and Policy and Director, Center for Policy, Outcomes and Prevention

**Ann Hsing, PhD, MPH**

Professor of Medicine (Stanford Prevention Research Center/Cancer Institute) and Epidemiology and Population Health

**Steve Asch, MD, MPH**

Professor of Medicine, Primary Care and Population Health

**Esther John, PhD, MSPH**

Professor, Department of Epidemiology and Population Health and Co-leader, Population Sciences Program, Stanford Cancer Institute

**Thomas C Merigan, MD**

Professor of Medicine, Emeritus Former Division Chief Director, Center for Aids Research, Emeritus

**David A. Stevens, M.D., F.A.C.P., F.A.A.M., F.I.D.S.A.**

Professor of Medicine - Infectious Diseases, Emeritus and President, California Institute for Medical Research, Infectious Diseases Research Laboratory, Calif. Inst. for Med. Res.

**Gary K. Schoolnik, MD**

Professor of Medicine - Infectious Diseases, Emeritus

**Jack Remington, MD**

Professor of Medicine (Infectious Diseases) and Chief, Palo Alto Medical Research Foundation

**Cornelia L. Dekker, MD**

Professor of Pediatrics (Infectious Diseases), Emerita

**Denise Monack, PhD**

Professor of Microbiology and Immunology

**Stan Deresinski, MD, FIDSA**

Clinical Professor of Medicine Infectious Diseases and Geographic Medicine

**Shirit Einav, MD**

Associate Professor Medicine - Infectious Diseases and Geographic Medicine and of Microbiology and Immunology

**Robert Shafer, MD**

Professor of Medicine Division of Infectious Diseases and Geographic Medicine

**Holden Terry Maecker, PhD**

Professor of Microbiology and Immunology

**Wah Chiu, PhD**

Professor of Bioengineering and of Microbiology and Immunology

**Doug K Owens, MD, MS**

Professor of Medicine and Senior Fellow, Freeman Spogli Institute for International Studies

4

**Cybele A. Renault, MD, DTM&H**

Clinical Associate Professor (Infectious Diseases) Program Lead for Global Health (Stanford Internal Medicine Residency Program)

**Jake Scott, MD**

Clinical Assistant Professor of Medicine Infectious Diseases and Geographic Medicine

**Justin Sonnenburg, PhD**

Associate Professor of Microbiology and Immunology and Co-Director, Center for Human Microbiome Studies

**Hector Bonilla, MD**

Clinical Associate Professor of Medicine Infectious Diseases and Geographic Medicine

**Dora Ho, MD, PhD**

Clinical Associate Professor of Medicine Infectious Diseases and Geographic Medicine

**Marisa Holubar, MD MS**

Clinical Associate Professor of Medicine Infectious Diseases and Geographic Medicine and Associate Director, Stanford Antimicrobial Safety and Sustainability Program

**Sharon Chen, MD, MS**

Clinical Associate Professor of Pediatrics (Infectious Diseases)

**Roshni Matthew, MD**

Clinical Assistant Professor of Pediatrics (Infectious Diseases) and Associate Medical Director, Infection Prevention & Control

**Elizabeth S. Egan, MD, PhD**

Assistant Professor of Pediatrics (Infectious Diseases) and the Tashia and John Morgridge Endowed Faculty Scholar

**Jenny R. Aronson, MD**

Clinical Assistant Professor Division of Infectious Diseases and Geographic Medicine

**Catherine Blish, MD, PhD**

Associate Professor of Medicine Infectious Diseases and Geographic Medicine and Immunology

**Paul L. Bollyky, MD, D.Phil**

Associate Professor Division of Infectious Diseases Department of Medicine

**Talal Seddick, MD**

Clinical Assistant of Professor of Pediatrics (Infectious Diseases)

**Clea Sarnquist, MD**

Clinical Professor of Pediatrics (Infectious Diseases)

**Sruti Nadimpalli, MD**

Clinical Professor of Pediatrics (Infectious Disease)

**Tim Stearns, PhD**

Professor of Biology and of Genetics and Senior Associate Vice Provost for Research

**Kerwyn Casey Huang, PhD**

Professor of Bioengineering and of Microbiology and Immunology

**Michael Fischbach, PhD**

Associate Professor of Bioengineering and of Microbiology and Immunology

**Maya Adam, MD**

Clinical Assistant Professor of Pediatrics and Director of Health Media Innovation

**Samantha Johnson, MD, MPH**

Clinical Associate Professor of Pediatrics (Infectious Diseases)

**Philip M. Grant, MD**

Assistant Professor of Medicine Infectious Diseases and Geographic Medicine

**Joanna Nelson, MD**

Clinical Assistant Professor
Department of Medicine –
Infectious Diseases

**Peter Sarnow, PhD**

Professor of Microbiology and
Immunology

**Glenn M. Chertow, MD,
MPH**

Norman S. Coplon Satellite
Healthcare Professor of
Medicine, and by courtesy
Department of Epidemiology
and Population Health

**A.C. Matin, PhD**

Professor of Microbiology and
Immunology

**Hayley Gans**

Clinical Professor, Pediatrics -
Infectious Diseases

**Paul Graham Fisher, MD**

Professor, Neurology and
Pediatrics, and by courtesy,
Neurosurgery, Epidemiology and
Population Health, and Human
Biology, The Beirne Family
Professor of Pediatric Neuro-
Oncology, The Dunlevie Family
University Fellow in
Undergraduate Education, Chief,
Division of Child Neurology,
Vice Chair, Faculty Affairs,
Department of Neurology

**Tain T. Wang, MD, PhD,
MSCI**

Assistant Professor of Medicine
and of Microbiology and
Immunology

**Michael Baiocchi, PhD**

Assistant Professor, Department
of Epidemiology and
Population Health

**Lisa Goldman-Rosas, PhD,
MPH**

Assistant Professor, Department
of Epidemiology and Population
Health, Director, Office of
Community Engagement

**Bonnie Halpern-Felsher, PhD,
FSAHM**

Professor of Pediatrics, Taube
Endowed Research Faculty
Scholar Professor, and
by courtesy Department
of Epidemiology and
Population Health, Director of
Fellows' Scholarship,
Department of Pediatrics,
Director of Research, Division
of Adolescent Medicine

**Victor Henderson, MD**

Professor, Department of
Epidemiology and Population
Health

**Tina Hernandez-Boussard,
PhD, MPH, MS**

Associate Professor of
Medicine, Biomedical Data
Science, and Surgery, and
by courtesy Department
of Epidemiology and Population
Health

**Abby King, PhD**

Professor, Epidemiology and Population Health, and Medicine (Stanford Prevention Research Center) Director, Healthy Aging Research & Technology Solutions (HARTS) Laboratory Faculty Director, *Our Voice* Global Citizen Science Initiative Past President, Society of Behavioral Medicine

**Allison W. Kurian, M.D., M.Sc.**

Associate Professor of Medicine (Oncology) and of Epidemiology and Population Health Associate Chief for Academic Affairs, Division of Oncology Director, Women's Clinical Cancer Genetics Program, Co-leader, Population Sciences Program, Stanford Cancer Institute

**Lianne Kurina, PhD**

Associate Professor, Primary Care and Population Health, Bing Director of the Program in Human Biology

**Mitchell R. Lunn, MD, MAS, FACP, FASN**

Assistant Professor of Medicine, and by courtesy, Department of Epidemiology and Population Health

**Kari Nadeau, MD, PhD**

Naddisy Foundation Professor of Pediatric Food Allergy, Immunology and Asthma, Professor of Pediatrics and Professor by Courtesy of Otolaryngology Head & Neck Surgery at LPCH and Department of Epidemiology and Population Health

**Lorene Nelson, PhD, MS**

Associate Professor, Department of Epidemiology and Population Health Faculty Director of Research, Stanford Center for Population Health Sciences

**Mindie H. Nguyen, MD, MAS, AGAF, FAASLD**

Professor, Department of Medicine, and by courtesy Department of Epidemiology and Population Health

**Michelle C. Odden, PhD**

Associate Professor, Department of Epidemiology and Population Health

**Juno Obedin-Maliver, MD, MPH, MAS**

Assistant Professor, Department of Obstetrics and Gynecology and, by courtesy, Department of Epidemiology and Population Health

**Latha Palaniappan, MD, MS, FAHA, FACC, FACP**

Professor of Medicine, Department of Medicine (Primary Care and Population Health) and, by courtesy, Department of Epidemiology and Population Health

**Lesley S. Park, PhD, MPH**

Instructor, Department of Epidemiology and Population Health, Associate Director, Stanford Center for Population Health Sciences

**Rita A. Popat, PhD**

Clinical Associate Professor, Department of Epidemiology and Population Health

7

**David H Rehkopf, ScD, MPH**

Associate Professor, Departments of Epidemiology and Population Health, Department of Medicine, (Primary Care and Population Health), Co-director, Stanford Center for Population Health Sciences

**Thomas N. Robinson, MD, MPH**

Professor of Pediatrics and of Medicine and, by courtesy, Department of Epidemiology and Population Health

**Kristin Sainani, PhD**

Associate Professor, Department of Epidemiology and Population Health

**Gary M. Shaw, DrPH**

NICU Nurses Endowed Professor of Pediatrics, Associate Chair Dept of Pediatrics, Department of Pediatrics and, by courtesy, Department of Epidemiology and Population Health

**Julia F Simard, ScD**

Associate Professor, Department of Epidemiology & Population Health

**Marcia L. Stefanick, PhD**

Professor of Medicine (Stanford Prevention Research Center), Professor of Obstetrics & Gynecology, and by courtesy Professor of Epidemiology and Population Health, Director, Stanford Women's Health and Sex Differences in Medicine (WHSDM) Center

**Holly Tabor, PhD**

Associate Professor, Department of Medicine and by courtesy, Department of Epidemiology and Population Health) and Associate Director, Stanford Center for Biomedical Ethics

**Alice S. Whittemore, Ph.D.**

Professor (Emerita) of Epidemiology and Biostatistics Departments of Epidemiology and Population Health and of Biomedical Data Science

8