XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
TODD GRABARSKY, State Bar No. 286999
Deputy Attorney General
LISA J. PLANK, State Bar No. 153737
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-4445
 Fax: (415) 703-1234
 E-mail: Lisa.Plank@doj.ca.gov
*Attorneys for Defendants Gavin Newsom, California Governor; Xavier Becerra, California Attorney General; and Sandra Shewry, Acting Director of the California Department of Public Health*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOUTH BAY UNITED PENTECOSTAL CHURCH**, a California non-profit corporation; **BISHOP ARTHUR HODGES III**, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM**, in his official capacity as Governor of the State of California; **XAVIER BECERRA**, in his official capacity as Attorney General of California; **SONIA ANGELL**, in her official capacity as Director of the California Department of Public Health, et al.,<br><br>    Defendants. | 3:20-cv-00865-BAS-AHG<br><br>**STATE DEFENDANTS' OBJECTION TO PLAINTIFFS' EVIDENCE FILED WITH REPLY**<br><br>Date:  December 18, 2020<br>Time:  10:30 a.m.<br>Dept:  4B<br>Judge:  Hon. Cynthia Bashant<br>Action Filed: May 8, 2020 |

1    Defendants Governor Gavin Newsom, Attorney General Xavier Becerra, and
2 Acting Director of the California Department of Public Health Sandra Shewry
3 hereby respectfully object to evidence submitted by Plaintiffs South Bay United
4 Pentecostal Church and Bishop Arthur Hodges III as Exhibits 4 through 7 of the
5 Declaration of Jeffrey M. Trissell re: Plaintiffs' Replies in Support of Motion for a
6 Preliminary Injunction (Dkt. No. 85-2), which consist of declarations submitted on
7 November 4 on behalf of the plaintiffs in the Kern County Superior Court matter,
8 *Burfitt v. Newsom*, No. BCV-20-102267.
9    Plaintiffs have improperly submitted this evidence for the first time in the
10 present matter on December 16, 2020, with their Reply briefings.  Plaintiffs did so
11 despite the fact that the Court afforded them an opportunity to submit supplemental
12 evidence to support their request for preliminary injunctive relief, which they
13 declined to do.  Plaintiffs had access to this evidence well in advance of this Court's
14 supplemental briefing deadline of December 9.  The State Defendants have not had
15 reasonable opportunity to consider and respond to this evidence as it pertains to the
16 present matter, and so they object to its admission into the record.  Therefore, the
17 Court should reject this newly submitted evidence.
18    The Court should also reject this improperly submitted evidence for the
19 additional reason that it is immaterial to the present matter.  This evidence concerns
20 claims made under California State law—to which the State Defendants are
21 immune in federal court—and other claims not asserted in the present matter such
22 as challenges to the State's COVID-19-related face-covering requirement and the
23 California Emergency Services Act.  In fact, Plaintiffs make no reference
24 whatsoever to these improperly submitted declarations in their Reply Brief, and
25 they appear to agree that this evidence is "not truly needed" (Dkt. No. 85-2 at 2).
26    In the alterative, and to the extent the Court does consider this new evidence,
27 the State Defendants respectfully request that the Court also consider declarations
28

the State submitted to directly rebut the aforementioned declarations in *Burfitt v. Newsom*, attached hereto as **Exhibits A, B, and C**.[1]

Dated: December 17, 2020          Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
LISA J. PLANK
Deputy Attorney General

*/s/ Todd Grabarsky*
TODD GRABARSKY
Deputy Attorney General
*Attorneys for the State Defendants*

---

[1] For the Court's convenience, these declarations from *Burfitt* are submitted without the accompanying exhibits, which are in large part available online via the hyperlinks included in the declarations and are in large part duplicative of exhibits already submitted on the record. Should the Court wish to review these exhibits as PDFs, the State Defendants would be happy to provide them.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: December 17, 2020  /s/ Todd Grabarsky
TODD GRABARSKY