FILED

DEC 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SOUTH BAY UNITED PENTECOSTAL CHURCH, a California nonprofit corporation; BISHOP ARTHUR HODGES III, an individual,<br><br>            Plaintiffs-Appellants,<br><br> v.<br><br>GAVIN NEWSOM, in his official capacity as the Governor of California; et al.,<br><br>            Defendants-Appellees. | No.   20-56358<br><br>D.C. No.<br>3:20-cv-00865-BAS-AHG<br>Southern District of California, San Diego<br><br>ORDER |

Before: WARDLAW and CLIFTON, Circuit Judges, and HILLMAN,[*] District Judge.

     Appellants' Urgent Motion for an Injunction Pending Appeal Under Circuit Rule 27-3(b) (ECF No. 5) is DENIED without prejudice to renewing the request for injunctive relief in conjunction with the merits appeal.

     IT IS SO ORDERED.

---

     [*] The Honorable Timothy Hillman, United States District Judge for the District of Massachusetts, sitting by designation.