


ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
LISA J. PLANK
Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
State Bar No. 286999
300 South Spring Street, Suite 1702
Los Angeles, CA 90013 Telephone: (213) 269-6044
Fax: (916) 731-2124
E-mail: Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendants Gavin Newsom, Rob Bonta, and Dr. Tomás Aragón*

*(Additional counsel on following page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**SOUTH BAY UNITED PENTECOSTAL CHURCH, a California non-profit corporation; BISHOP ARTHUR HODGES III, an individual,**

Plaintiffs,

**v.**

**GAVIN NEWSOM, in his official capacity as Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of California; SONIA ANGELL, in her official capacity as Director of the California Department of Public Health, et al.,**

Defendants.

3:20-cv-00865-BAS-AHG

**STIPULATION REGARDING FINAL JUDGMENT ENTERING PERMANENT INJUNCTION, AWARDING ATTORNEY'S FEES AND DISMISSING ACTION WITH PREJUDICE; REQUEST FOR EXPEDITED CONSIDERATION**

Judge: The Honorable Cynthia Bashant

Action Filed: 5/8/2020

Charles S. LiMandri, SBN 110841
Paul M. Jonna, SBN 265389
Jeffrey M. Trissell, SBN 292480
LIMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938
cslimandri@limandri.com
pjonna@limandri.com
jtrissell@limandri.com

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmorsociety.org

Harmeet K. Dhillon (SBN: 207873)
Mark P. Meuser (SBN: 231335)
Gregory R. Michael (SBN: 306814)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
harmeet@dhillonlaw.com
mmeuser@dhillonlaw.com
gmichael@dhillonlaw.com

*Attorneys for Plaintiffs South Bay United Pentecostal Church and Bishop Arthur Hodges III*

Plaintiffs South Bay United Pentecostal Church and Bishop Arthur Hodges III ("Plaintiffs"), and defendants California Governor Gavin Newsom, California Attorney General Rob Bonta, and Director of the California Department of Public Health Dr. Tomás Aragón ("State Defendants"),[1] stipulate as follows:

1) In May 2020, Plaintiffs filed the complaint in this case against State Defendants, San Diego County Public Health Officer Wilma J. Wooten, San Diego County Director of Emergency Services Helen Robbins-Meyer, San Diego County Sheriff William D. Gore, City of San Diego Mayor Kevin Faulconer, and City of San Diego Police Chief David Nisleit (together with State Defendants, "Defendants"), challenging the State's restrictions on houses of worship imposed in connection with the COVID-19 pandemic. The parties have litigated this matter in this Court, the Ninth Circuit, and the Supreme Court since that filing.

2) In light of the Supreme Court's decision in *Tandon v. Newsom*, 141 S. Ct. 1294 (2021), the State made its restrictions on indoor worship services voluntary. Although State Defendants continue to dispute Plaintiffs' claims, State Defendants as well as Plaintiffs wish to resolve this matter now and hereby consent to entry of judgment in favor of Plaintiffs, and to entry of a permanent injunction and order of dismissal in the form submitted as Exhibit A herewith to fully and finally resolve Plaintiffs' claim under the Free Exercise Clause of the United States Constitution. This stipulation shall not be construed as a concession of liability on either Plaintiffs' claim under the Free Exercise Clause of the United States Constitution, or any other claim alleged in the Complaint.

3) In consideration for the promises set forth in this stipulation, Plaintiffs agree to dismiss with prejudice all claims pending against all Defendants and hereby release and discharge all Defendants, and all of their agents, employees,

[1] Dr. Tomás Aragón is automatically substituted for Sonia Angell as a defendant. Fed. R. Civ. P. 25(d). Rob Bonta is automatically substituted for Xavier Becerra as a defendant. *Id.*

successors, and assigns, from all known and unknown charges, complaints, claims, grievances, liabilities, obligations, agreements, causes of action, damages, and expenses (including attorneys' fees and costs, except as provided in this stipulation), of any nature whatsoever, whether at law or in equity, or known or unknown, which Plaintiffs have, or may have had, against Defendants (or any of them), whether or not apparent or yet to be discovered, or which may hereafter develop, for any acts or omissions related to or arising from this litigation, excepting any claims related to the enforcement of this stipulated judgment, through the date of this stipulation.

4) Entry of the stipulated permanent injunction and order of dismissal will fully resolve this civil action and related appeals.  After this Court's entry of the stipulated injunction, Plaintiffs will dismiss any pending appeals.

5) The parties respectfully request expedited consideration and action on this stipulation and entry of the permanent injunction.  This Court's prompt entry of the stipulated permanent injunction by May 31, 2021, would obviate the need for any interim motion to stay existing deadlines regarding Plaintiffs' pending discovery requests and State Defendants' response to Plaintiffs' complaint.

6) The stipulated permanent injunction will be entered under Federal Rule of Civil Procedure 65 and shall constitute the final judgment in this matter.

7) Defendant Governor Newsom shall pay Plaintiffs the sum of $1,600,000 for Plaintiffs' reasonable attorney's fees necessarily incurred in this case, including all associated appeals.  Plaintiffs expressly waive any right to recover costs in this case, including all associated appeals.  Pursuant to 28 U.S.C. § 1961, post-judgment interest shall begin to accrue 60 days from the date the Court signs the final judgment.

8) The parties request that this Court retain jurisdiction over this matter for the purpose of implementing and enforcing the final judgment.

Dated: May 27, 2021

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
LISA J. PLANK
Deputy Attorney General

/s/ Todd Grabarsky[2]
TODD GRABARSKY
Deputy Attorney General
*Attorneys for Defendants Gavin Newsom, Rob Bonta, and Dr. Tomás Aragón*

Dated: May 27, 2021

LIMANDRI & JONNA LLP

/s/ Paul M. Jonna
PAUL M. JONNA
*Attorneys for Plaintiffs South Bay United Pentecostal Church and Bishop Arthur Hodges III*

SA2020301026

[2] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.