1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 SOUTH BAY UNITED<br>PENTECOASTAL CHURCH, et al., | Case No. 3:20-cv-865-BAS-AHG |
| 12 | **JUDGMENT ENTERING** |
| 13 Plaintiffs, | **PERMANENT INJUNCTION,**<br>**AWARDING ATTORNEY'S FEES,** |
| 14 v. | **AND DISMISSING ACTION WITH**<br>**PREJUDICE** |
| 15 GAVIN NEWSOM, in his official<br>capacity as the Governor of California, *et* | |
| 16 *al.*, | |
| 17 Defendant. | |

18

19      It is hereby **ORDERED** that Defendant Gavin Newsom, in his official capacity as

20 Governor of the State of California, all State officers, agents, employees, and all other

21 persons in active concert or participation with him, are hereby permanently enjoined state-

22 wide from issuing or enforcing regulations issued in connection with the COVID-19 State

23 of Emergency declared on March 4, 2020, that impose:

24      (1)      any capacity or numerical restrictions on religious worship services and

25 gatherings at places of worship, provided that if

26          (a)      hospital admissions for individuals aged 1-17 suffering from COVID-

27          19 rise at least 100% statewide, or at least 200% in a county with at least 10

28          hospitalizations in the prior week, in each of two consecutive weeks; or

(b)    statewide daily case rates for COVID-19 rise above 25 cases per hundred thousand persons, and the statewide four week total projected available adult intensive care unit bed capacity falls below 20%, the State may impose capacity or numerical restrictions on religious worship services and gatherings at places of worship that are either identical to, or at least as favorable as, the restrictions imposed on other similar gatherings of similar risk, as identified by the Supreme Court in *Tandon v. Newsom*, 141 S. Ct. 1294 (2021), *South Bay United Pentecostal Church v. Newsom*, 141 S. Ct. 716 (2021), *Harvest Rock Church, Inc. v. Newsom*, 141 S. Ct. 1289 (2021), and *Roman Catholic Diocese of Brooklyn v. Cuomo*, 141 S. Ct. 63 (2020);

(2)    any new public health precautions on religious worship services and gatherings at places of worship not in the current guidance, unless those precautions are either identical to, or at least as favorable as, the precautions imposed on other similar gatherings of similar risk, as identified by the Supreme Court in *Tandon v. Newsom*, 141 S. Ct. 1294 (2021), *South Bay United Pentecostal Church v. Newsom*, 141 S. Ct. 716 (2021), *Harvest Rock Church, Inc. v. Newsom*, 141 S. Ct. 1289 (2021), and *Roman Catholic Diocese of Brooklyn v. Cuomo*, 141 S. Ct. 63 (2020); and

(3)    any restrictions or prohibitions on the religious exercise of singing and chanting during religious worship services and gatherings at places of worship besides generally applicable restrictions or prohibitions included in the guidance for live events and performances.

This Order does not prohibit the State from issuing recommendations, best practices, precautions, or other measures, as long as such promulgations make clear to the public that they are voluntary and not enforceable.

It is further **ORDERED** that Plaintiffs should be and hereby are declared prevailing parties for purposes of 42 U.S.C. § 1988; and that Defendant Governor Gavin Newsom shall pay Plaintiffs the sum of $1,600,000 for Plaintiffs' reasonable attorney's fees (exclusive of costs of suit, any right of which to recover Plaintiffs expressly waive)

- 2 -

necessarily incurred in this case.  Pursuant to 28 U.S.C. § 1961, post-judgment interest shall begin to accrue 60 days from the date this Court signs this Order;

It is further **ORDERED** that this action is dismissed with prejudice in its entirety, as to all Defendants; and

It is further **ORDERED** that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing the final judgment.

**IT IS SO ORDERED.**

**DATED: June 1, 2021**

**Hon. Cynthia Bashant**
**United States District Judge**

20cv865